Created by: Flavius, Nichita: Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - Page 11 of 216 Created by: Kimila Shavonne ; Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL)

( hereinafter, "Affiant")

Attorney or Party Without an Attorney
FLAVIUS N EURISTHE© & KIMILA S. EURISTHE©
900 N Blue Mound Rd
Ste 144-111
Saginaw, Texas [ 76131]
360 970 8479

**ORIGINAL**

# UNITED SATES DISTRICT COURT

# NORTHERN DISTRICT OF TEXAS

## 501 West 10th Street, Fort Worth Texas 76102 - 3673

FLAVIUS N EURISTHE© & KIMILA S. EURISTHE©

Plaintiff's,  )

vs.  )

William P Beckmann, as CEO, MERS Inc, as Sevicer for Scott Everett Dba Supreme Lending  )

Scott Everette, as Principal, DBASupreme Lending original lender. And mortgage broker  )

John G. Aldridge jr, as principal , Et Al (11 attorneys listed on notice of sale Trustees, Aldridge Pite LLP ( trustee) + Joshua A Hahn.  )

David A Spector, CEO PennyMac - third-party Claiming Mortgagee of Note and Deed.  )

Bill Shaddock, owner, Capital Title, Tittle Company at Closing  )

Mary L.Nicholson, in personal and public capacity as Tarrant County Clerk.  )

And all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title, or any cloud upon plaintiff's title,  )

Defendants,  )

Real Party In Interest, Intervenor:  )

**Flavius- Nichita: EuristhePersonal Bond Number**  )

**RF184189495US**  )

**Kimila- Shavonne: EuristhePersonal Bond Number**  )

**RF184189500**  )

Case No.:  **4 - 23 CV - 653 - 0**

**PETITION TO SET ASIDE AND VOID NON JUDICIAL FORECLOSURE SALE- JULY 5, 2023, CANCEL NOTE AND DEED OF TRUST, CLAIM IN RECOUPMENT, QUIET TITLE, AND FOR DECLARATORY AND INJUNCTIVE RELIEF**

Created by: Flavius-Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter, "Affiant")

## PETITION to SET ASIDE NON JUDICIAL FORECLOSURE SALE ON JULY 5th 2023 CANCEL NOTE AND DEED OF TRUST FOR FRAUD, USURY, MATERIAL MISREPRESENTATION, FRAUD IN THE INDUCEMENT, FRAUD IN FACT, LACK OF CONSIDERATION, CLAIM IN RECOUPMENT, AND QUIET TITLE AGAINST ALL KNOWN COUNTER AND CROSS DEFENDANTS AND FOR DECLARATORY AND INJUNCTIVE RELIEF

COMES NOW Flavius-Nichita: Euristhe©, non-attorney, a real man, and Real Party in Interest, non-corporate entity, as agent for FLAVIUS N EURISTHE©, as a corporate entity defined by United States Code as a United States Vessel & Kimila-Shavonne: Euristhe©, non-attorney, a real woman, and Real Party in Interest, non-corporate entity, as agent for KIMILA S EURISTHE© (hereinafter Plaintiff), appearing, by special rules, in the original, as a matter of right and privilege, to allege rights under treaty law, the Texas Constitution, by verified oath and solemn affirmation of complaint, pursuant to special rules, exercising Plaintiffs' procedural due process.

This **PETITION to SET ASIDE NON JUDICIAL FORECLOSURE SALE- SET for JULY 5, 2023 & CANCEL NOTE AND DEED OF TRUST FOR FRAUD, USURY, MATERIAL MISREPRESENTATION, FRAUD IN THE INDUCEMENT, FRAUD IN FACT, LACK OF CONSIDERATION, CLAIM IN RECOUPMENT, AND QUIET TITLE AGAINST ALL KNOWN DEFENDANTS AND FOR DECLARATORY AND INJUNCTIVE RELIEF** is hereby given and Plaintiffs comes to this forum with clean hands and having exhausted all administrative remedies.

Defendants have been making false claims, contrary to the truth and record, contrary to the statues regarding real estate and foreclosures and have denied Plaintiffs' due process. Notice is now given for the protection of Plaintiffs' persons, property, estate, and trust.  Plaintiffs hereby enter their complaints of injured parties, involuntary servitude, and peonage due to wanton and malicious acts and threats, duress, coercion and fraud, by and through promulgating counterfeit securities, in violation of the laws of the forum in Texas Republic, united States of America and the Law of Nations and states as follows:

### CLAIM OF RIGHTS

Intervenor, as agent for Plaintiffs, claims all of Intervenor's rights, including rights under treaty law, including seniorage rights, at all times and waives none of them at any time for any cause or reason.  Seniorage rights are defined as all rights delegated under the social compact; e.g., the constitution for the united States, wherein this sovereign delegated limited power and authority to government to act on the sovereign's behalf and in the sovereign's best interest.

Created by: Flavius Nichita ;. Euristhe,(executory) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila
Shavome ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL)
( hereinafter, "Affiant")

Plaintiffs hereby invokes the powers and protections of the Constitution of Texas Annotated and the Constitution of the United States of America Annotated.  Plaintiff hereby invokes the powers and protections of *Anastasoff v. U.S.*, 223 F3d 898, especially where it speaks to the Doctrine of Precedent.   Plaintiff requests that the court take judicial notice (Rule 201 of the Federal Rules of Evidence andTexas Rules of Evidence) of the enunciation of principles stated in *King v. Knoll* (No. 04-04149-JAR), *Whitney v. State of New Mexico* (113 F.3d 1170), *Haines v. Kerner* (404 U.S. 519), and *Platsky v. Central Intelligence Agency*, 953 F2d 25;  Additionally, "Affidavits are often the only supporting evidence… Affidavits alone should therefore certainly be sufficient to prove a prima facie case." See United States v Kis, 658 F.2d 526, 536 N.28 ( 7th Cir 1981), "whereas an affidavit is the appropriate common law method for establishing a claim as Status ( Vlandis v, Kline, 412U.S. 441 1973)); allegations in an affidavit must be considered as true in the absence of counter-affidavit ( Group v. Finletter, 108F.Sup. 327; FRCP 28 U.S.C.A Rule 9(d)); and an affidavit which is not contested in a timely manner shall be considered undisputed facts as a matter of law ( Morris v.NCR, 44 SW2d 433). and Plaintiff hereby invokes the powers and protections thereof, especially where they speak to affidavits and the fact that Pro Se and In Propria Persona (Pro Per) litigants shall not be held to the same strict pleading standards as Bar-authorized attorneys, and that they have the right to submit evidence of their claims to the courts for adjudication, and that where the courts dismiss said claims, the courts must provide curative instructions as to how to repair the paperwork and give leave or permission and adequate time to re-file. Therefore, Plaintiff hereby claims the substantial Due Process right to have Findings of Fact and Conclusions of Law published with any order of this Court.

Plaintiff hereby claims the powers, protections and benefits of the Statute of Frauds Annotated, especially where it speaks to the fact that in order to have standing to sue on a debt or have a court consider the issue or for a court to have subject matter jurisdiction to provide relief or a remedy the Defendant or moving party must prove the existence of a debt which may only be established by submission of the original contract, original promissory note or agreement in open court, on the record, as evidenced through the testimony of a competent fact witness with personal firsthand knowledge, under oath, and be subject to the test and "fire" of cross examination.  Additionally, Defendant or moving party must prove it is the Holder in Due Course and that Plaintiffs signed the contract, note, or agreement with full knowledge of the true nature of the transaction, as required by state and federal law governing disclosure requirements. Further, any party that asserts a claim upon Plaintiff's property must prove with specificity that Plaintiff received equal value, as consideration to the contract, by demonstrating, possession of the original unaltered promissory note and under GAAP (Generally accepted Accounting Principles) how much value was given under GAAP rules to Plaintiff, the source and the nature of the consideration (where in reality did it come from); in order to demonstrate that no fraud

occurred in the inducement and that whomever the holder in due course purports to be, has a valid instrument to support a claim under any security agreement upon Plaintiff's property.

Plaintiffs hereby makes declaration of non-corporate status as evidenced by (published affidavit of Status in Pima county recorders office sequence # 20223540030 pages 4-7 of 27 pages for kimila. & sequence # 20223540031 pages 5-8 of 28 pages for flavius). Plaintiffs hereby makes declaration of domicile and revokes any previous declaration of domicile. Plaintiffs are domiciled in Texas state.  Plaintiffs hereby makes declaration that their names are "Flavius-Nichita: Euristhe", which is separate and distinct from FLAVIUS N EURISTHE or EURISTHE, FLAVIUS N. or any other pseudonym, not the upper and lower case Flavius-Nichita: Euristhe©.   "Kimila-Shavonne: Euristhe©",   hereby makes declaration of her name which is separate and distinct from KIMILA  S EURISTHE or EURISTHE, KIMILA S. or any other pseudonym, not the upper and lower case Kimila-Shavonne: Euristhe©.

The Plaintiffs, the Affiants herein, do solemnly affirm that he and she are both of lawful age, being of sound mind and competent to make this affidavit and willing to testify in open court; that the statements herein are from his and her own personal, firsthand knowledge of the information and facts contained herein and are true and correct in substance and in fact; and that those matters cited herein are believed to be true as reported and as further grounds for the relief sought.

## JURISDICTION

1.    This court has jurisdiction over this proceeding pursuant to the fact that the Supreme Court has already spoken on this matter. The Plaintiffs as lawfully qualified state nationals having allodial claim to title in the form of Land Patent on subject property; which is now being challenged, as such the court of competent original and exclusive jurisdiction is common law Supreme Court (Article III). Any action against a Land Patent by a corporate, state or their respective statutory, legislative units i.e. Article I Courts would be an action at Law which is outside the venue and jurisdiction of these Article I courts. There is no law issue contained herein which may be heard in any of the State Courts ( ArticleI ), nor can any court of Equity/ Admiralty/ Military set aside, annul or correct a Land Patent. The Supreme Court has explained that the power to adjudicate private rights must be vested in an Article III court. Northern Pipeline Const. Co. v. Marathon Pipe Line Co., 458 U.S. 50, 63-76 (1982) (plurality opinion). <u>The law works by presumption and the defendants in this case have presumed the Plaintiffs to be a U.S. Citizens, persons or residents, legal</u>

Granted by: Flavius Neville; Euristhe,(executor) Created for: FLAVIUS NEVILLE EURISTHE - (VESSEL) & Created by: Kimila Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter, "Affiant")

fiction created under the 14th amendment and subject to that jurisdiction **Which the Plaintiffs are not. The defendants have applied statutory jurisdiction and have stolen the property of the plaintiffs in a non judicial foreclosure.** The plaintiffs are american state nationals in accordance with 8 USC 1101(21)(a) and are protected by treaty's as such their property is subject to the rules and regulations governing such protected people with diplomatic immunity under common law (Equity Law, Case Law) per the decisions handed down by the Supreme Court of the United States of America. Refer to Title 50 Section 7 c & e (2012) Territorial U.S.A; also Title 28, USC Sec. 1602 Seq. Additionally, se case laws: United States v. Cruikshank, 92 U.S. 542 (1875); United States v. Cruikshank, 92 U.S. 542 (1875); Dyett v Turner 439 P2d 266 @269, 20 U2d 403 [1968]; U.S. v. Anthony 24 Fed. 829 (1873) *"The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by congress.*

## STANDING

2.   Plaintiffs, as secured party on a properly executed Special warranty deed D221060917, in the name of the plaintiffs trusts and paid for with money from the same trusts and are the true owners fully vested with all rights to said property. The plaintiffs have allodial title to the property in the form of a land patent and is held in an expressed trust (See Exhibit AA) and therefore have standing to bring this complaint in accordance with federal rules of civil procedure, Rule 17(a)(1)(E), as trustees of the expressed trust-the subject property was purchased and issued in the name of the trust and the funds used to pay for the property in full o/a 03/04/2021 came from the plaintiffs' trusts (use determines jurisdiction) and as such this is trust property. The plaintiffs have not given any of the defendants expressed written permission to act as trustee on their behalf in reference to their trusts or property held in land patent belonging to their trusts. The law is clear on the plaintiffs standing as holders of the land patent they are immune from collateral attack- See Collin's V. Bartlett, 44  CAL 371; Weber v. Pere Marquette Boom Co., 62 Michigan 626, 30 N.W. 469; Suret v. Doe, 24 Miss. 118; Pittsmont Copper Co. v. Vanina, 71 Mont. 44, 227 PAC 45. Land Patent is conclusive that the patent has complied with the act of congress, as concerns improvements on the land. We believe there is no evidence to the contrary; See Jankins v. Gibson, 3 LA ANN 203; U.S. v. Steenerson 50 FED 504 , 1 CCA 552, U.S. APP. 332.

Created for: Flavius-Nichita ;. Euristhe,(executor) Created for: FLAVIUS-NICHITA-EURISTHE - (VESSEL) & Created by: Kimila Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter, "Affiant")

## VENUE

3.      The Venue in this matter is proper within the an Article III Court, The property is located in Tarrant County, Texas. However, given that the Plaintiffs Hold allodial title to the property in land patent and in an expressed Trust which is now being challenged. The venue is correct as this matter can only be heard in and Article III Court and not an Article I Court. Absent the creation of a separate administrative mechanism for administration and adjudication of civil forfeitures, such cases must be assigned in the first instance to Article III judges. Assignment of such cases to Magistrate Judges, who are mere adjuncts to United States District Judges, see Gomez v. United States, 490 U.S. 858, 872 (1989), cannot satisfy the Article III requirement." MEMORANDUM TO STEF CASSELLA DEPUTY DIRECTOR, POLICY AND LITIGATION ASSET FORFEITURE OFFICE, December 6,1993. Land held in land patent cannot be taken for debt or taxes, but real estate can , provided there is a true debt owed to the defendants who are making claim of having an adverse interest in the property, who need to demonstrate that they have a contract with the plaintiffs and that the defendants truly loaned the plaintiffs money which did not come from the plaintiffs own trusts, additionally they need to demonstrate that they met all 8 elements of a lawful contract, particularly that the parties were like kind ( human and human or legal fiction and legal fiction) & there was full disclosure and consideration from both parties ( the defendants need to prove they loaned the plaintiffs money from the defendants account and that the defendant have suffered a loss which warrants seizure of the property). A warranty deed is not true title but rather a color of title. The plaintiffs do not have a partner in ownership of the land. They have changed their Status from 14th amendments and are now sui juris and have revoked all unconscionable contracts from the plaintiffs past.

## PARTIES

4.      The Plaintiffs in this action are named Flavius-Nichita: Euristhe© & Kimila-Shavonne: Euristhe©, who are domiciled in Texas state.  The Plaintiffs maintains a mailing address at 9912 Villa Verde Drive, Fort Worth, Texas [76179], and is the successor in interest to this property by way of assignment of one Warranty Deed issued from First Texas Corp, March, 4th 2021. Flavius is a 100% disabled combat veteran and Kimila has a distinct 22 years of service to this country ( and has served in the United States Army, the United States Air Force and The Texas Air National Guard. She is still currently serving in the United States Armed Forces as a Medical Logistics Officer and holds the rank of captain . The property in question is held in Land Patent and is in an expressed sacred trust. The property was purchased in the name of the plaintiffs trust and the funds used to pay for-

Created by: Flavius-Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter, "Affiant")

the property in full came from the plaintiffs trusts.  <u>Wrongful actions by any corporate entity that bring upon a private living man an injury must be recompensed.  A corporate government serving papers on a living man is abuse of process because a fiction cannot serve papers nor cause injury or harm to a living man. Trustees of Dartmouth College v Woodward. Waters-Pierce v Texas.</u>

5.    The defendants listed below are making claims to the property and are challenging the Land patent and expressed trust in which the property is held.  And have made claims that the property was not paid for and that monies are owed to the defendants. The Defendants have scheduled a non judicial foreclose on the subject property in less that 15 days on July 5, 2023 we are seeking injunctive relief to stop this sale. The defendants are operating in concert and in violation of the FOREIGN SOVEREIGN IMMUNITIES ACT", Title 28, USC Sec. 1602 seq, which say that whoever WILLFULLY intimidates, coerces, threatens, or harasses, or ATTEMPTS to intimidate, coerce, threaten, or harass the plaintiffs within the United States and with the intent to violate any other provision, shall be fined and/or imprisoned under Title 18 U.S. Criminal codes Section 112; Title 18 U.S. Criminal codes Section 241 and 242; resulting in fines of $1000 to $10.000 or imprisoned for one (1) to ten (10) years, or both. Enforced by the U.S. Attorney General with assistance from ANY Agency, including Federal or the MILITARY! The plaintiffs would like to stop the non judicial foreclosure and seek quiet title to property which- was issued in the names of the plaintiffs trust and the funds which paid for the property in full were derived from the plaintiffs same trust  (there is no debt). "It is the duty of all officials whether legislative, judicial, executive, administrative, or ministerial to so perform every official act as not to violate constitutional provisions." Montgomery v state 55 Fla. 97-45SO.879.

6.    Defendant David A Spector as CEO of PennyMac (alleged mortgagee) & PennyMac Loan Services LLC (mortgage servicer for PennyMac) (hereinafter referred to as "PennyMac"), claims an adverse estate or interest in the subject Property that gives them the ability to offer the property for sale in a. Non judicial Foreclosure currently scheduled on July 5, 2023, in less than 15 days . Their  an address of 3043 Townsgate Rd, Suite 200, Westlake Village ,CA 91361.

7.    Defendant Scott Everett, as owner DBA Supreme Lending, acting as both mortgage lender and Mortgage broker. <u>*(Who claims to have made a loan to the plaintiffs- and is now claiming he has not been paid and for the money he loaned the plaintiffs to purchase the property)*</u> believed to be organized under the laws of the STATE OF

Created by: Flavius Nichol ; Eurisrhe, (executor) Created for: FLAVIUS NICHOL & EURISTHE - (VESSEL) & Created by: Kimila Shavonne ;. Euristhe, (executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter, "Affiant")

TEXAS and of the UNITED STATES with its main office having a mailing address of 14801 Quorum Drive, ste 160, Dallas Texas 75254 (hereinafter referred to as "Scott Everett"), claims an adverse estate or interest in the subject Property for the purposes of complying with the Quiet Title requirements of the Texas Code.

8. Defendant William P Beckmann, as CEO, MERS Inc, as Servicer for Scott Everett Dba Supreme Lending and or assigns, a company believed to be organized under the laws of the STATE OF VIRGINIA and of the UNITED STATES with its listed registered agent located at 1595 Spring Hill Road , Ste 310 Vienna Virginia 22182. (hereinafter referred to as "MERS").

9. Defendant(s) Defendant Joshua A. Hahn, Indentured trustee of trust bank, US BANK NATIONAL ASSOCIATION used by PennyMac and the only one who can stop this non judicial and unlawful theft of property. He who securitized the note (which became unsecured debt after purchase from Scott Everett due to the fact negotiating instrument was separated from the promissory note. With an address of 60 Livingston Avenue, Saint Paul, MN 55107 ( giving direction to Aldridge Pite LLPas indentured trustee hereinafter referred to as,with and by "Aldridge Pite LLP") **Combined with** Defendant John G. Aldridge Jr as principal, Et Al (11attorneys identified on the Notice of Trustee sale) Aldridge Pite LLP, as Trustee believed to be organized in the STATE of GEORGIA and the UNITED STATES, with its main address as Six Piedmont Center, 3525 Piedmont Road N.E. Suite 700, Atlanta GA 30305 (hereinafter "Aldridge Pite LLP")

10. Defendant Bill Shaddock as owner Capital Title, a Title Company used to close on subject property with full knowledge of the funding and served as fiduciary to get recieve and disburse funds; believed to be organized under the laws of the STATE OF TEXAS and of the UNITED STATES with its main office having a mailing address of 7301 State Highway 161, Suite 120 Irving Texas 75039 (Capital Title").

11. Defendant Mary L. Nicholson as Tarrant County Clerk, who  has hidden the name of the judge who signed and issued the non judicial foreclosure order 113037-TX She is an agent of the STATE OF TEXAS and of the UNITED STATES with its main office having a mailing address of 100 W. Weatherford, Fort Worth Texas 76196 (County Clerk").

12. John and Jane Does are Defendants and Plaintiffs who are unknown to Plaintiffs, FLAVIUS N EURISTHE and KIMILA S EURISTHE, at this time, but who may be added appropriately to the complaint as they become known.

Created by: Flavius Nichita ; Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila
Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL)
( hereinafter, "Affiant")

## FACTS OF THE CASE

11.  PROPERTY IN QUESTION: 9912 Villa Verde Drive, Fort Worth,Texas 76179 with a legal description as follows: _"All of Lot 10 , Block 12, LAFRONTERA, an addition to the city of Fort Worth, Tarrant County, Texas, according to the Map or Plat thereof recorded in document No. D219215343, Plat records of Tarrant County, Texas. The property is scheduled to be sold in a non judicial foreclosure auction for non payment on July 5,2023. The plaint request injunctive relief to stock the action until this matter is heard_

12.  _On January 27, 2020_ , Plaintiff made application to Scott Everett DBa Supreme Lending for a mortgage loan in the amount of $547,475.00 via his agent Jeff Weems

13.  On or about March 4th, 2021 the property was closed on , FLAVIUS N EURISTHE©, as trustee, executed a trust deed on the subject property captioned above to secure his performance on a promissory note for $547,475.00. Flavius N. Euristhe© signed on behalf of KIMILA S EURISTHE ©TRUST via a limited power of attorney.  The Everett "loan" number identifying this matter is 704200100386.

14.  The trust deed was filed electronically for record on March 8, 2021 by Capital Title of Texas LLC as DD221060917 at 12:25 pm in Tarrant County, Texas with Recorder's Entry No. 21-553618-LB and consisted of 2 pages and cost $23.

15.  Plaintiff made the contractually established monthly payments timely and in full and as agreed with Everett throughout the remainder of the period which Everette held the Loan.

16.  On or about July 2021, Flavius N Euristhe received notification from Everett that they would no longer be accepting his payments and he should direct all payments to PennyMac. The plaintiffs understood the implication of the notice and the material fact that they had a contract with Everett but there was no contract with PennyMac. The assignment of the mortgage (i.e. the agreement between the plaintiffs and Scott Everett which Gives Scott Everett and only Scott Everett the right to foreclose if he was-not paid back the money he loaned us with interest), without an assignment of the debt( i.e. the monthly payments due the lender with interest for the money he loaned to you), is a nullity. "The note and mortgage are inseparable; the former as essential, the latter as an incident. An assignment of the note carries the mortgage with it, while an assignment of the latter alone is a nullity." Van Burkleo v. Southwestern, Tex. Civ. App., 39 S.W. 1085, 1087; Sheldon v. Sill, 49 U.S. 441 (1850) 49 U.S. 441: The assignment of the mortgage, without an assignment of the debt, is a nullity." See... Kirby v. Williams, 230 F.2d 330

(United States Court of Appeals Fifth Circuit) February 10, 1956.  <u>The separation of the negotiating instrument from the promise to pay (i.e. Promissory note) makes the NOTE by itself unsecured debt. As such the subject property is not security for PennyMac and PennyMac is committing theft by using a non judicial foreclosure to property they have no interest in and to and are committing violations of the RICO laws.</u> and <u>**the subject property is held in Land Patent is immune from collateral attack.**</u> The United States Supreme Court is not silent on this matter and is already spoken on this.

17.    In August 2021 Plaintiff's research led them to discovery that the home when purchased on 03/04/2021 was in the name of the ALL CAPS name of their Trusts and the money that was given to FIRST TEXAS INC came from the plaintiffs Trust. They learned that Scott Everett never loaned them anything of value. They learned that their name and social security was used to pull the money from the trust without their expressed written permission. They learned about the UCC which codified the fraud and the fact that as 14th amendment citizens they could not own property and were wards of the STATE  OF TEXAS( A foreign Corporation with a DUNS number) under the doctrine of Parens Patriae where we are declared  incompetent and the STATE is our Master. The Plaintiffs became american state nationals In accordance with 8 USC 1101 (21)(a) as one of the protected people protected by international treaty , and sui juris and as such are not subject to 14th amendment jurisdiction utilizing statutory jurisdiction which when applied to the plaintiffs are in violation of 18 USC 241 and 18 USC 242.

18.    The property in dispute was paid in full o/a March 4, 2021 with fund from the plaintiffs 'trust", known as a "Cestui Que Trust". A cestui que trust is defined as: "He who has a right to a beneficial interest in and out of an estate the legal title to which is vested in another; the beneficiary of another." Cestui que use is: "He for whose use and benefit lands or tenements are held by another. The cestui que user has the right to receive the profits and benefits of the estate Given that the property was purchased in the name of the Plaintiffs Trust and the Funds given to the Title company which was paid to First Texas did not come from Scott Everett  as he led the plaintiffs to believe. Scott Everett misled the plaintiffs into thinking he was loaning them money in Scott Everett's possession. The fact is Scott Everett never loaned the plaintiffs any money or provided anything of consideration. At the time of the transaction the   State of Texas was in controlled of and manages on behalf of the plaintiffs without the plaintiffs knowledge had accessed the plaintiffs trust and paid for the property in full. The plaintiffs were not able to access the trust because they were 14th amendment citizens and property of the United states corporation  as defined by 26 USC 3002(15) which states that the United States is

このlike

Created by: Flavius-Nkemzi; Euristhe,(executor) Created for: FLAVIUS NKEMZI EURISTHE - (VESSEL) & Created by: Kimila
Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL)
( hereinafter, "Affiant")

a corporation and that a person at 26 USC 3002 (10) defined includes a trust or an estate.

19. On or about October 18 2022. The Plaintiffs became American state nationals in accordance with 8 USC 1101(21) (a), (23) and requested from PennyMac in the form of an affidavit a conditional acceptance of value and was willing to pay upon proof of validation of debt. The request was sent on registered mail # RF184189589US on 01/17/2023 and was received by PennyMac on 01/25/2023 in Moorpark, CA 93021 at 1:01pm. The plaintiffs did a second request in response to a presentment fromPennyMac on certified mail # 7021 1970 0002 1699 2556 on 02/17/2023 and was received on 02/21/2023 by PennyMac at Los Angeles CA 90001 at 1:18pm (See Exhibit BB).

20. The Plaintiffs accepted penny Mac's silence or failure to respond in a timely manner to the affidavit as estoppel by acquiescence. And in reliance of the truth in fact and the violation of the RICO laws. The plaintiffs operating in honor and peace and having clean hands, sent PennyMac a lawful payment on loan # 8195565186, MERS MIN No. 1003071- 1001295554-3. <u>The plaintiffs were aware that the loan in question was not a loan secured by any collateral, given the fact that the negotiating instrument and the promise to pay had been separated. PenyMac returned the Lawful money via FedEx #.0201 7717 4494 3604 **(See Exhibit EE)** citing that the coin would not suffice as payment on the debt. When PennyMac Returned the lawful money for the unsecured debt THEREBY Forgiving the debt in question. SO why are they making a claim of my property as security for unsecured debt?</u> The debt which never existed in the first place. Additionally, their claim to the property which they have put up for non judicial foreclose is is void of fact and truth and is not rooted in law. The property is not security for the unsecured debt, which was already paid on 03/04/2021 and as such we reserve the right and will be pursuing a criminal complaint against all parties listed on the notice of trustees sale. US. SUPREME COURT DECISION - The common law is the real law, the Supreme Law of the land, the code, rules, regulations, policy and statutes are "not the law", [Self v. Rhay, 61 Wn (2d) 261] Therefore the application of Statutory Jurisdiction violates 18 USC 241, 242 and the RICO Laws.

21. The plaintiffs in reliance on the truth that the property was paid in full on 03/04/2021, and that the property was issued in the all caps name of the plaintiffs trust and the funds that paid for the property came from the plaintiffs trusts they moved to reconvey the property back to the trust given that there was no debt. The <u>plaintiffs also filed for a land patent for the land on which the property sits and after a period of publish for 62 days and having no</u>

challenge to their claim they published the land patent along with a common law copyright for the names of the plaintiffs trusts on 04/01/2023 (See Exhibit AA). In Hertado v. California, 110 US 516, the U.S Supreme Court states very plainly: "The state cannot diminish rights of the people." and a non judicial foreclose has denied the plaintiffs not only the truth in evidence and denied due process.They have been punished when they have committed no crime. The loss of the plaintiffs home and making the family homeless and destitute when the defendants know they have no claim and to is theft and is punishable by law. This is evil , criminal and walks the line of human trafficking.  The defendants violated laws set in place for them and are using colorable law to make the plaintiffs believe that the defendants are above the law. This is a lie. U.S. SUPREME COURT DECISION - "All codes, rules, and regulations are for government authorities only, not human/Creators in accordance with God's laws. All codes, rules, and regulations are unconstitutional and lacking due process..." Rodriques v. Ray Donavan (U.S. Department of Labor) 769 F. 2d 1344, 1348 (1985).

22.     Once the Plaintiffs received notice from Aldridge Pite LLP of the acceleration and Non Judicial foreclosure the sent them an affidavit of truth and facts and skied Aldridge Pite LLP to validate the debt. Additionally in the affidavit the plaintiffs also gave notice to material facts as to their status, standing and jurisdiction. Aldridge Pite LLP was made aware that if they were relying on the UCC that the UCC had to be used in conjunction with common Law and that The plaintiffs had reserved their rights to unquestionable contracts to which they were not privy back in December 15, 2022, when they published their affidavit of status and rescinded all unintended powers of attorneys etc. They could now use UCC1-308 to redress any contracts to which they were not given full disclosure and that the non judicial foreclosure was criminal and would be treated as trespass and incur a fee of 10 Million US Silver Dollars ( calculated at the ratio of 24 US Silver Dollars to1 Federal Reserve Note per violator- for a total of ( $240,000,000.00 Two Hundred and Forty Million Federal Reserve Notes) per the published Land Patent to each person listed on the notice of trustee Sale who disrupts the land patent  (See Exhibit  CC)

23.     Aldridge Pite LLP Et al, Scott Everett, PennyMac, William P. Beckmann representing **MERS Inc violated both Common Law Copyright and The USPTO copyright** when they used the Patent Protected Trust names of the Plaintiffs without their expressed written permission. They knew full well the implications of doing a non judicial foreclosure and that it would not require going to court. By their action they lost any immunities and or protection that may have been granted if there was a Lis Pendens or had they performed to the letter of the law. As such this current  Lis Pendens the plaintiffs are engaged in for

protection and to save their property will not confer Immunity or absolve the parties from the demand and their responsibility to pay. The Plaintiffs issued the notice in the form of an affidavit or certified and registered mail label- the notice of copyright infringement and a demand to pay the required $1,000,000.00 (One Million US Silver Dollars) and need to place an add in a local DFW newspaper retracting the use of the names to consider the matter settled; there will be a fee of $1000 US Silver Dollars per day until the retraction in a local news paper occurs, and the payment of the $24 Million U. S.Dollars Federal Reserve Notes for infringement FLAVIUS EURiSTHE© flavius and for Kimila an additional $24 Million U. S.Dollars Federal Reserve Notes for infringement on KIMILA EURISTHE©.

24. The United States State Department in recognition of the new status as american state nationals issued a passport with the correct status as an American state national non citizen. Granting us limited Diplomatic immunity and protection by international treaty and the United Nations. We have the right to immunity and all the privileges granted In accordance with (IAW) 22 USC 254d. Additionally, 49 Statute 3097 Treaty Series 881 Conventions and Duties and Rights of the States, placed all states under international law, thus making all courts, Intentional courts. Therefore ability to govern is subject to the limit of the law, and that limit is reached with the revocation of consent. We comprehend With no subject matter jurisdiction, the judge and other officers of the court have no official or judicial immunity and can be held personally and criminally liable for wrongdoing. The courts have held: "When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost."
**Rankin v. Howard**, (1980) 633 F.2d 844, cert. den. Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326. "A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts."
**Davis v. Burris**, 51 Ariz. 220, 75 P.2d 689 (1938). "When a judicial officer acts entirely without jurisdiction or without compliance with jurisdiction requisites he may be held civilly liable for abuse of process even though his act involved a decision made in good faith, that he had jurisdiction."

25. When a lawfully qualified American State National has a claim to title and is challenged, the court of competent original and exclusive jurisdiction is Common Law Supreme Court (Article III). Any action against a patent by a corporate state or their respective statutory, legislative units (i.e., courts) would be an action at Law which is outside the venue and

Created by: Flavius- Nichita ;, Euristhe,(executrix) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila- Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter, "Affiant")

jurisdiction of these Article 1 courts. There is no Law issue contained herein which may be heard in any of the State courts (Article 1), nor can any court of Equity/ Admiralty/ Military set aside, annul, or correct a LAND PATENT. It is further resolved that article  1 Courts use statutory jurisdiction- which is made up and not defined in black law dictionary 4th edition. [The word statute as defined byBlacks Law Dictionary 4th edition means written law in contradiction to unwritten law. See. Foster v. Brown, 199, Ga. 444, 34 S.E.2d, 530 535 See Common Law] [ unwritten law is common law, "contradiction" means "as opposed to"  [opposite to]* Therefore the application of Statutory jurisdiction to the plaintiffs is at odds with common law and is a clear violation of 18 USC 241 and 18 USC 242, FOREIGN SOVEREIGN IMMUNITIES ACT", Title 28, USC Sec. 1602 seq.

26. The Plaintiffs after a period of more than 22 days accepted the silence of PennyMac's failure to respond as estoppel by acquiescence and did a notice of un-rebutted judgement. The Plaintiffs' issued a notice fro transgressions and violations to David Spector as CEO of PennyMac;  with a bill for the transgressions (See Exhibit EE). Acceptance of their acquiescence by estoppel bars them from bring up this issue, as it is now a well settled matter in law. That 1. There is no debt.  2. The property has been reconvayed to the trust whose name in which it was originally purchased with funds coming from the trusts as well, and that paid the debt in full. 4. There was fraud and illegal activity and as the damaged party the plaintiffs have set an amount to make  them whole. The Judge in this matter will be asked to issue a motion for judgement on the demand place on PennyMac to pay the fees associated with their transgressions to the plaintiffs.

## SUMMARY OF THE CASE

27. The main part of the case involves Plaintiffs who have owned and occupied the property in question as their primary dwelling and abode with a homestead exemption. Additionally, the land on which the real estate sits is held in land patent since April 1st 2023. The property has been put back into and is held in an expressed Trust for the benefit of the true beneficiaries. The Plaintiffs are the owner of record given the that property was issued in the name of the plaintiffs Trusts and Paid for in full from funds from the Plaintiffs trust. The Defendants have used the Plaintiffs social security number and signature and paid for the property on behalf of the Plaintiffs in a scheme based on fraud. The defendants then violated the law and made false claims that they loaned the Plaintiffs money to purchase the property in in reliance of the lies and false claims the plaintiffs entered into contract. The defendants then demanded payment and charged usury based on a lie and false claim. The defendants Loaned no money and gave nothing

Created by: Flavius-Nichita ;. Euristhe,(executrix) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter, "Affiant")

of value in consideration to the Plaintiffs. The defendants are now engaged in criminal activity and are committing theft of private property. The Theft of the Personal Private property by Taking the private property without Just Compensation. The United States Code Title 42 Chapter 21 Subchapter I 1985- Conspiracy interfering with Private Property Rights. The United States Code Annotated Title 18. 1651 et seq Piracy and Privateering activities conducted on vessels at dry dock under commercial law by a body of insurgent Privateers. The United States Code Title 18 152 and 3571 provides fine up to $500,000.00 or imprisonment for up to 5 years for the presenting of fraudulent claims, fraudulent indictment, fraudulent evidence. Further; the  defendants have violated the following -The United States Code Title 42 Chapter 21 Subchapter 11 obstructing the evidence in the witnesses through the modification of language creating Federal Racketeering; -Influenced and Corrupt Organizations; -Terrorism; -Privateering. -The United States Code Title 421986 For knowledge and the right to stop and correct a wrong, -The United States Code Title 28 USC 1746 and Title 181621 -Perjury and conspiring to commit perjury. -The United States Code Title 18 1001 and the Federal Rules of Civil Procedure 9(b). -Extorting private property through the modification of language. -The United States Code Title 18 Part I Chapter 95 1651 Interference with commerce by threats or violence. -Acting without establishing as a matter of record, Proper Jurisdiction. -Breach of Fiduciary Duty of Upholding the "Oath of Office" and Upholding the Office of Public Trust. -Acts of War against the United States Government Treaties and Organic Constitution Constituting Treason. -Employing Intimidation to affect Identity, Nationality, Birthright. -Theft Using a Fiction, Artificial Person Name to Impersonate and Steal the Sovereign De Jure Identity. -Federal law 18 USC 1961 bans engaging in a pattern of crime. When state and local officials in essence extort money, they are committing federal felonies and are in essence "racketeers" as per the law. As such we pray,beg and burden the court for relief; please stop the non judicial foreclosure scheduled for July 5th 2023 on the court house steps of Tarrant County and grant the following:

   a.  To have an order of the Court to set-aside the non judicial foreclosure sale that is set to occur July 5th 2023, in less that 15 days for a lack of standing and jurisdiction by Defendants, as they have failed to produce any evidence that they were the holder in due course of any instrument granting any rights to a non judicial foreclosure and have failed to provide a contract obligating the plaintiffs to pay they were acting ultra vires and had no authority to foreclose. We pray for and request quiet title.

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-
Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL)
( hereinafter, "Affiant")

    b. Cancel the original Promissory Note for failure of consideration, fraudulent inducement, material misrepresentation and violations of various federal laws under TILA and RESPA by Defendant Scott Everett DBA Supreme Lending. Did not loan any money to the plaintiffs. A material fact of which Bill Shaddock and Capital Tile are aware and can prove when compelled by the court to show the accounting of where the funds given to First Texas Corporation came from, and show what if any funds did Capital Title received from Scott Everett on behalf of the Plaintiffs. The plaintiffs are requesting that the court compels Capital Title to give an account of what bank and line of accounting from which that money came from prior to giving it to First Texas Corp

    c. Rescind or cancel the Deed of Trust which was executed in conjunction with the Promissory Note. Given that the property was paid for in full on/about March. 4, 2021 from the Plaintiffs Trust and the property was issued in the name of the plaintiffs trust and not in the name of those claiming to have interest in the property and have contributed no money or energy in the fraudulent transaction.

    d. Award monetary damages for fraud in fact and usury in violation of federal and state law forbidding such practices.

    e. Award monetary amounts for the damages, plus punitive amounts, incurred for failure to disclose, failure of consideration to alienate, breach of trust, violation of the use of material under common law and USPTO copyright law, misfeasance, malfeasance and nonfeasance of the trustee, under the Deed of Trust by Defendants Aldridge Pite LLP ,Trustee.

    f. Award monetary amounts per the notice issued in teh form of an affidavit for damages, plus punitive amounts, for (a) Copyright infringement on the Names FLAVIUS EURISTHE©, KIMILA EURISTHE©, Flavius Euristhe© and Kimila Euristhe© (b) mail fraud, (c) wire fraud, and (d) securities fraud under the civil Racketeering Influenced and Corrupt Organizations Act

### BACKGROUND FACTS

28.   It is Plaintiff's contention that the UNITED STATES is and has been in a bankruptcy since at least 1933 and that evidence of such can be found in the Congressional Record and United States Code. As part of the "New Deal" the UNITED STATES borrowed 33 million non-redeemable Federal Reserve Notes from the Federal Reserve and at that time a new

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-
Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL)
( hereinafter, "Affiant")

form of currency entered into circulation in the system of commerce as the currency now became non-redeemable. We now offer expert testimony in the form of an affidavit from a competent party who is able to speak to the fraud which the plaintiffs alleges (See Exhibit FF)

29.  As a result today, as contained in numerous case decisions, a debt can no longer be paid but merely discharged as a matter of law. Meaning, Federal Reserve Notes have no intrinsic value, and as such, are negotiable instruments under the negotiable instruments law and when used to, in the common vernacular, "pay" a debt it is like paying a $2 debt owed with a $2 I.O.U. The net result is that one has increased the total debt regarding the matter to $4 dollars and therefore, as this illustrative example makes clear, *"the debt is not paid but merely discharged, as a matter of law. The original debt still exists but the nature of the debt changes and is no longer collectible."*

30.  As a matter of practice and usage the only functional currency in circulation and use today is non-redeemable Federal Reserve Notes. When Plaintiff applied for the loan and was funded on the loan, she understood and believed she was being loaned "money", meaning money of exchange that was on deposit in a bank of the lender that was redeemable and had intrinsic value; when in reality she was purchasing credit from the Federal Reserve, through the purported lender as a pass through, in the form of Negotiable Instruments, specifically, Federal Reserve Notes.

31.  As a result there were numerous material misrepresentations in the contract for the lending of credit, not "money", which constitute fraudulent inducement and which lead to fraud in fact in the operation of the contract. It was never disclosed to the Plaintiff that the Mortgage Company, when it loaned "money" according to Federal Reserve Publication Circular 10 and under the Mortgage Company's "Master Account Agreement" executed with the Federal Reserve (the ultimate source of all credit issued today in the US monetary system), the purported "lender" provided no more than 8% of the total funds that were proffered.

32.  A significant issue in this case based on recent Federal Case Law is this:  Does the purported lender have possession of the original note—not a photo copy or electronic facsimile—with a duly executed assignment and verified evidence of the full amount of consideration provided to demonstrate the party is in fact a legitimate Holder in Due Course?

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-
Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL)
( hereinafter, "Affiant")

33.    There is a fundamental presumption that every party that comes to this Court, or any other Article I tribunal, is a "corporate entity" (creature of the state) engaged in commerce or commercial activity in the closed monopoly of the Federal Reserve System, unless this presumption is rebutted. This presumption is again hereby rebutted and the Rule of Necessity is invoked for entry into the forum.

34.    Ultimately, there must be a remedy for debtors to the U.S. credit-based, fractional reserve, fiat monetary system. It would be a fraud upon the people if they were provided no remedy to pay a debt at law, but were merely allowed to discharge it (replace it with new debt). The creators of this fractional reserves banking system understood this issue from the beginning, and have provided remedy in the statutes. These remedies are provided under Federal Statute 46 USC 748 for payment of judgments and claims against United States Vessels, which includes the legal fiction, FLAVIUS N EURISTHE© and KIMILA S EURISTHE©, by the United States Secretary of the Treasury and Federal Statute 50 app USC 7, 9 & 32, for the return of property seized, to be returned by the United States Attorney General as the Alien Property Custodian under the Trading with the Enemy Act under Title 50 app.

### CAUSES OF ACTION AND CLAIM TO SET-ASIDE FORECLOSURE SALE

### Against Defendants PennyMac,

35.    Plaintiffs hereby incorporates the allegations of all previous paragraphs 1 through 34 as though those allegations were fully set forth herein.

36.    Defendant PennyMac, and The County Clerk as they have failed to produce any evidence that they were the holder in due course of any instrument granting any rights to foreclose and were acting ultra vires and had no authority to foreclose. With lack of authority, standing or jurisdiction this is theft among other things.

37.    As a result of Defendant Passing false information to DefendantAldridge Pite LLP as trustee, and Defendant Aldridge Pite LLP failing to verify Defendant PennyMac was a legitimate holder in due course and foreclosing on Plaintiff's property has caused and injury to Plaintiff by alienating her from his property and triggering disabilities for which flavius is rated at 100 percent and receives disability.

## CAUSES OF ACTION AND CLAIM FOR FAILURE OF CONSIDERATION

### Against Defendant Scott Everett Dba Supreme Lending

38.  Plaintiff hereby incorporates the allegations of all previous paragraphs 1 through 37 as though those allegations were fully set forth herein.

39.  Defendant, Scott Everett, the purported lender, failed to lend any valuable consideration. Scott. Everett provided no more than a promise to pay the substance of value known as "legal tender" by issuing a promise to pay said legal tender through the issuance of negotiable instruments.  Any legal tender that Scott Everett did actually contribute, as a result of the negotiable instruments later being presented to them, was a secondary and unrelated transaction.

40.  Defendant Scott Everett did not pay the value, as agreed to in the note, to the parties to whom they agreed to lend the money.   What Scott Everett provided to the alleged borrower was a promise to pay value in the form of negotiable instruments. These negotiable instruments in and of themselves contained no value.   They were merely promises to pay all value at a later date. As no value was contributed by the purported "lender" with at the formation and completion of the loan agreement contract, the "contracts" evidenced by the Promissory Note and Deed of Trust are invalid.

## CAUSES OF ACTION AND CLAIM FOR USURY

### Against Defendant Scott Everett (lender)   and PennyMac loan Services LLC (acting as it's owned Mortgage servicer and MERS INC ( acting as Servicer for Everett Financial)

41.  Plaintiff hereby incorporates the allegations of all previous paragraphs 1 through 40 as though those allegations were fully set forth herein.

42.  If the Promissory Note which the present Deed of Trust is designed to secure can be held to lawfully require a repayment in legal tender, then any good faith estimate accounting for that actual amount of legal tender Federal Reserve Notes that were actually contributed by Scott Everett DBa Supreme Lending, MERS Inc and PennyMac Loan Services LLC, will reveal that Scott Everett DBa Supreme Lending, MERS Inc and PennyMac Loan Services LLC actually gained a usurious amount of interest. Through the use of their fractional reserve banking system, Defendants Scott Everett DBa Supreme Lending, MERS Inc and PennyMac Loan Services LLC probably contributed a sum of

Created by: Flavius  Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila
Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL)
( hereinafter, "Affiant")

legal tender Federal Reserve Notes amounting to less than 1/13th of the face value of the negotiable instruments issued by it to encumber the property in question. This means that the actual interest rate upon the accurate number of legal tender Federal Reserve Notes loaned was a minimum of 13 times greater than the amount agreed to in the original Promissory Note.

43. This is a violation of Common Law and Statutory prohibitions against usury throughout the vast majority of the laws of this nation. As a result, the interest that Defendant  Scott Everett continues to claim through the Deed of Trust is no longer lawfully extant.

44. Attempted Collection of an Unlawful Debt in Violation of Principles of Law enshrined within 18 USC 1961, 1962, and 1964:   Defendants Scott Everett DBa Supreme Lending, MERS Inc and PennyMac Loan Services LLC have received income from collection of the unlawful debt encumbering the Plaintiff's property. Scott Everett DBa Supreme Lending, MERS Inc and PennyMac Loan Services LLC have participated in and/or used the proceeds of such income in the operation of an enterprise which engages in activities which affect interstate and foreign commerce in violation of the principles of Common-Law enshrined within 18 U.S.C. 1961, 1962, and 1964.

### CAUSES OF ACTION AND CLAIM FOR ULTRA VIRES

**Against Defendant PennyMac and PennyMac Loan Services LLC,  who identifies as the holder in due course and servicer**

45. Plaintiff hereby incorporates the allegations of all previous paragraphs 1 through 44 as though those allegations were fully set forth herein.

46. Defendants PennyMac exceeded the express provisions of its Corporate Charter in that it engaged in the activity of loaning a substance other than legal tender "dollars" of the United States. The negotiable instruments which it alleges it issued in granting the loan here in question are not legal tender "dollars" of the United States. Defendant PennyMac is authorized by its charter to loan legal tender "dollars" of the United States only. There is no authority in existence which authorizes Defendant PennyMac to loan negotiable instruments or promissory notes as it purports it did in this case.

### CAUSES OF ACTION AND CLAIM FOR FRAUDULENT INDUCEMENT Against Defendant Scott Everett DBa Supreme Lending,  who operated as both the Mortgage Broker and Lender

47. Plaintiff hereby incorporates the allegations of all previous paragraphs 1 through 46 as though those allegations were fully set forth herein. Additionally, Scott Everette Dba

Supreme Lending is a oxymoron poses a legal issue since they are one in the same person personom . As the lender he has a fiduciary relationship with the applicant. However as a mortgage broker he has no fiduciary relationship with me as the applicant.

48. The failure of Defendants Scott Everett DBa Supreme Lending to specify in the essential terms of the contract and to clearly state that as the original lender, Scott Everett DBa Supreme Lending, would loan negotiable instruments in the form of CREDIT (money of account representing accounting entries with little or no commercial energy attached) and Scott Everett DBa Supreme Lending  acting as the Mortgage Broker was demanding payment in legal tender "dollars" Federal Reserve Notes or negotiable instruments allowed themselves Defendant  functioning at the lender to take fraudulent advantage of the Plaintiff.

49. The failure of Defendant Scott Everett DBa Supreme Lending when acting in the capacity of Mortgage broker to further specify in the essential terms of the contract and to clearly state that as the original lender, Scott Everett DBa Supreme Lending, would require payment in the form of legal tender "dollars" or Federal Reserve Notes (money of exchange representing someone's commercial energy) when Scott Everett DBa Supreme Lending put little or no commercial energy into the contract.

50. Failure of Defendant Scott Everett DBa Supreme Lending when acting as broker to properly disclose or to intentionally hide the above material elements of the contract at its inception, as well as, good faith reliance by Plaintiffs upon Defendant Scott Everett DBa Supreme Lending limited representations were the cause of consequent and proximate injuries to Plaintiffs.

**Against Defendant Scott Everett DBa Supreme Lending  as Original Lender**

51. Plaintiff hereby incorporates the allegations of all previous paragraphs 1 through 50 as though those allegations were fully set forth herein.

52. Circulating Paper Money: The United States Constitution specifically prohibits institutions such as Defendant, Scott Everett DBa Supreme Lending from circulating its paper money in efforts to create debts such as the one encumbering the Plaintiffs' property.  As such, the note and trust deed encumbering the Plaintiff's property are invalid.  Legal Tender Cases, 110 U.S. 421 (1884) "if we understand by currency the legal money of the country, and that which constitutes a legal tender for debts, and is the standard measure of value, then undoubtedly nothing is included but gold and silver. Most unquestionably there is no

legal tender, and there can be no legal tender in this country, under the authority of this government or any other, but gold and silver, either the coinage of our own mints or foreign coins at rates regulated by Congress. This is a constitutional principle, perfectly plain and of the highest importance. The states are expressly prohibited from making anything but gold and silver a legal tender in payment of debts" See also

53. Plaintiff states that Defendant Scott Everett 's actions of fraud and deceit have foundation in *Taylor v. State Compensation Insurance Fund*, 175 Mont. 432, 913 P.2d 1242 (1996) where in order to sustain a claim of fraud, claimant was required to plead and prove each of the nine elements of fraud: (1) a representation; (2) falsity of the representation; (3) materiality of the representation; (4) speaker's knowledge of the falsity of the representation; (5) the speaker's intent it should be relied upon; (6) the hearer's ignorance of the falsity of the representation; (7) the hearer's reliance on the representation; (8) the hearer's right to rely on the representation; and (9) the hearer's consequent and proximate injury caused by reliance on the representation.

54. Plaintiff contends that all of these elements exist and thereon allege that on the date of the execution of the Promissory Note, and accompanying Deed of Trust document, the relevant information contained therein was false and materially deceptive, and that unfair business trade practices were used to conceal the true nature of the transaction. To wit:

    a. **A representation:** Defendant Scott Everett DBa Supreme Lending represented it would "fund" the loan.

    b. **Falsity of the representation:** Defendant Scott Everett DBa Supreme Lending did not in fact loan "money" to Plaintiff.

    c. **Materiality of the representation:** Defendant Scott Everett DBa Supreme Lending misrepresentations were material because of this demonstrable long-standing fact: Under the current monetary system of the USA, purported institutional "lenders" loan no money to the borrower as alleged in the loan application or loan documents they offer and accept.

    d. **Speaker's knowledge of the falsity of the representation:** The purported lender falsely stated the lender was loaning money prior to closing and the title / escrow person such as defendant Bill Shaddock, as owner Capital Title who received the check(s) are able to see that the "lender" does not transfer funds

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-
Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL)
( hereinafter, "Affiant")

into the escrow account and that the source of the funds is from elsewhere, yet falsely represented that funds did come from the "lender".

e.  **The speaker's intent it should be relied upon:**  Defendant Scott Everett DBa Supreme Lending's words were relied upon by Plaintiff in good faith. Consequently Plaintiff was defrauded during the process of funding and closing the loan.

f.  **The hearer's ignorance of the falsity of the representation:**  Plaintiff was not privy to the source of funds and was not in an equal or similarly situated business posture as Defendant Scott Everett DBa Supreme Lending at the time of the Contract formation period, and was taken in great disadvantage by the unfair business practices of Defendant Scott Everett DBa Supreme Lending.

g.  **The hearer's reliance on the representation:**  Defendant Scott Everett DBa Supreme Lending's words and writings were relied upon to the Plaintiff's detriment, as Plaintiff was fraudulently induced to pay money of exchange (currency exchanged for a substantial portion of Plaintiff's commercial energy) for money of account (Credit on Account created by Defendant, out of nothing).

h.  **The hearer's right to rely on the representation:**   Plaintiff relied upon Defendant Scott Everett DBa Supreme Lending's offer and was given a good faith estimate, assurances, written agreement.  Furthermore, Plaintiff had a right to trust and believe that these oral and written expressions were in every detail reliable. Because Plaintiff did rely upon the acts, deeds and inducement by Defendant Scott Everett DBa Supreme Lending who had superior knowledge in an industry standard operation, Plaintiff relied upon the veracity of Scott Everett DBa Supreme Lending's every representation made about this so-called "loan."

i.  **The hearer's consequent and proximate injury caused by reliance on the representation:**   Plaintiff's reliance upon fraud in statements and writings provided to them by parties in superior position precluded Plaintiff from appreciating the essential elements of the undertaking. Plaintiff's reliance gave forth to consequent and proximate injuries for (a) loss by conversion under contract, (b) financial instability of the home unit due to usury, (c) interfering with financial stability, and (d) loss of use and enjoyment of funds which were paid in unfair advantage to Defendant Scott Everett DBa Supreme Lending.

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-
Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL)
( hereinafter, "Affiant")

## CAUSES OF ACTION AND CLAIM FOR
## BREACH AND CONVERSION UNDER CONTRACT
## AGAINST TRUSTEE DEFENDANT
## Aldridge Pite LLP, as Trustee,

55.   Plaintiff hereby incorporates the allegations of all previous paragraphs 1 through 54 as though those allegations were fully set forth herein.

56.   The Trustee Defendant Aldridge Pite LLP owed a duty of care as trustee. Plaintiffs under the Deed of Trust agreement dated March 4, 2021. The plaintiffs made serval requests to validate the debt in accordance with 15 USC 1962G and to stop the foreclosure until the validation was complete. Plaintiffs relying on the fact that the property was purchased in the name of the Trust and the funds from the plaintiffs Trust paid the property in full. And the material fact that when SCott Everett sold the note not the contract or negotiating instrument  to PennyMac the note because unsecured debt and the property they are claiming as theirs in a dispute that needed to be resolved prior to their hasty actions of pursuing a non judicial foreclosure and imposing statutory jurisdiction on the plaintiffs in violation of 18 USC 241 and 242 given the Plaintfiss are exempt and immune for statutory jurisdiction. The request was made in the form of an affidavit on Registered mail number RF 184190613US mailed on June 6, 2023 and received in Atlanta, Ga 30305 on June 13th 2023 at 3:41pm.  As a direct and proximate result of the Trustee's failure to disclose the true nature of the trust relationship, and failing to inform Plaintiffs of the facts has resulted emotional distress and possible criminal charges if the non judicial foreclosure occurs July 5th 2023.   Due to this negligence Plaintiff has sustained consequent and proximate injuries for (a) breach of fiduciary duty; (b) conversion of property; (c) personal injury; (d) unjust enrichment; (e) financial loss according to proof; (f) emotional distress; and (g) deprivation of the right to use and enjoyment.

57.   Plaintiff further alleges that Trustee has violated the trust that Plaintiff should reasonably expect from that officer. Trustee knowingly withheld information from Plaintiff that was of a vital nature to Plaintiff's well being by failing to disclose that, under the terms of the Deed of Trust as an alleged contract, Plaintiff were being required to gift their property to the Mortgage Company without any corresponding consideration in return. As such, Trustee knowingly participated in deceit; fraud, larceny, and racketeering in a scheme to unlawfully take away Plaintiff's property.

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter, "Affiant")

## CAUSE OF ACTION FOR CANCELLATION
### Return Promissory Note for Cancellation

### and

### Return Deed of Trust for Cancellation

58.   Plaintiff hereby incorporates the allegations of all previous paragraphs 1 through 57 as though those allegations were fully set forth herein.

59.   Plaintiff requests that the original Note be brought to court for inspection and review for the purpose of authentication under Rules of Evidence, and for cancellation due to Fraud in the Inducement.

60.   Plaintiff requests that also the original Deed of Trust to be brought to court for inspection and review to authenticate under rules of evidence for canceling.

61.   Cancellation of an instrument may be had in an action for restitution [see, e.g., *Millar v. James* (1967) 254 Cal. App. 2d 530, 532, 534, 62 Cal. Rptr. 335 (affirming judgment for restitution of real property conveyed in consequence of fraudulent inducement, and for cancellation of Plaintiff's deed to Defendant)].

62.   A Plaintiff seeking restitution on the basis of his unilateral rescission of a contract is entitled to complete relief [see Civ. Code § 1692[Dearing's]].   Specific reasons for requesting cancellation of the Deed of Trust is that upon the Note being cancelled, the Deed of Trust is no longer a valid document due to the merger rule upon which the Trust is terminated by operation of law and for fraud in the inducement.

## CAUSE OF ACTION FOLLOWING TRUST PROPERTY INTO ITS PRODUCT AGAINST TRUSTEE AND TO IMPOSE A CONSTRUCTIVE TRUST

63.   Plaintiff hereby incorporates the allegations of all previous paragraphs 1 through 62 as though those allegations were fully set forth herein.

64.   Where the trustee, by the wrongful disposition of trust property, acquires other Property, the beneficiary is entitled, at his option, to either enforce a constructive trust of the property so acquired, or to enforce an equitable lien upon it to secure his claim against the trustee for damages for breach of trust, misfeasance, malfeasance and or nonfeasance, as long as the product of the trust Property that is held by the trustee and can be traced.

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-
Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL)
( hereinafter, "Affiant")

65.  Except as stated above, the claim of the Plaintiff against the trustee(s), any and all applicable, and for breach of trust, is that of a general claim with more specific claims possible once discovery is completed.  A right to amend is reserved.

66.  Plaintiff is entitled as a matter of law to the imposition of a Constructive Trust upon the Trustee Aldridge Pite LLP and upon the assets that can be traced.

### CAUSE OF ACTION CIVIL RICO
### AGAINST TRUSTEE AND MORTGAGE DEFENDANTS

67.  Plaintiff hereby incorporates the allegations of all previous paragraphs 1 through 66 as though those allegations were fully set forth herein.

68.  ILLEGALITY BY MONOPOLY, CONSPIRACY, & RACKETEERING:   Defendants Scott Everett DBa Supreme Lending, MERS INC, PennyMac , PennyMac Loan Services LLC, Bill Shaddock as owner Capital Title, Mary L Nicholson as county Clerk and Aldridge Pite LLP and its officers, and other Banking, Financial, Political, and/or Real Estate Institutions unknown at this time have all knowingly, or unknowingly, conspired against the working class population of Tarrant  County, Texas state to submerge the common people in a mountain of perpetual and unpayable debt. The private for-profit Federal Reserve Banking Corporation-and its subsidiaries of which Defendants Scott Everett DBa Supreme Lending, MERS INC, PennyMac , PennyMac Loan Services LLC, Bill Shaddock as owner Capital Title; and Aldridge Pite LLP is a significant franchise agent, has demonstrated an historical and documentable track record of purposefully expanding and contracting a fiat "money" supply at timed intervals so as to purposefully dispossess economically vulnerable Texians and other Americans from their property in every sovereign union state. The Plaintiff herein and all of the good people of Tarrant  County, Texas state, and of the de jure United States of America are the targets of a collusion by Defendants Scott Everett DBa Supreme Lending, MERS INC, PennyMac , PennyMac Loan Services LLC, Bill Shaddock as owner Capital Title,Aldridge Pite LLP and all other member banks of the privately owned Federal Reserve System.   The documentable intent of their collusion is to reduce the people to a class of deceived debt-bound tenants upon the land in a society that tolerates and enforces blatant disregard for the unalienable human right to property in a collectivist environment of ever-expanding corporate feudalism.

69.  In present-day America all capital, including land and the real estate constructed upon it, is being converted—often by contractual fraud—from the personal private ownership of

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-
Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL)
( hereinafter, "Affiant")

the people onto the balance sheets of trans-national corporate collectives.  The largest and most powerful of such collectives is the international banking cartel, of which Scott Everette DBa Supreme Lending and MERS INC are a leading member.  Present-day American banking and lending practices routinely offer contracts without full disclosure of material facts which prevent a true meeting of the minds between the parties.  These contracts also fail to provide real and sufficient consideration from the purported "lenders."

70.  The pandemic uniformity of these egregious practices throughout the Western World's banking "system" is prima-facie evidence that the global banking industry has very effectively acted in concert to establish and expand these contemptible practices of fraud and resultant extortion upon the people of many nations and locales, including Tarrant County, Texas state republic.  The Plaintiff asks the Court to consider how this could be anything other than a carefully crafted system of monopoly, conspiracy, and racketeering?

71.  Defendants Scott Everett DBa Supreme Lending, MERS INC, PennyMac , PennyMac Loan Services LLC, Bill Shaddock as owner Capital Title, and Aldridge Pite LLP and its officers are active causes of and participants in the present increase in the foreclosure rate in Texas and across the United States.  The Plaintiffs does not know whether the individual officers named herein are knowledgeable or ignorant of their criminality. Nevertheless, they have caused detriment and damage to the Plaintiffs herein, and also to every homeowner in Texas and across America by the manner in which they entered into alleged "lending" contracts which lack full disclosure, exercise fraud in their inducement, insufficient or nil consideration, and fraud in fact. Most egregious of all, Defendants Scott Everett DBa Supreme Lending, MERS INC, PennyMac , PennyMac Loan Services LLC, Bill Shaddock as owner Capital Title, and virtually all institutional "lenders" continuously duplicate this practice as their standard manner of doing business.

72.  Plaintiff claims that Defendants Scott Everett DBa Supreme Lending, MERS INC, PennyMac , PennyMac Loan Services LLC, Bill Shaddock as owner Capital Title, Mary. L Nicholson as county clerk and Trustees Aldridge Pite LLP operate in a pattern, practice, and course of conduct which constitutes a criminal enterprise in violation of Federal and State Racketeering Statutes. Said Defendants regularly engage in cooperative effort to deprive the public of property and cash under an elaborate scheme or artifice where the unaware public unknowingly enters into contracts under fraudulent terms where they are systematically loaned "credit" when they were led to believe they were being loaned "real

Created by: Flavius-Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-
Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL)
( hereinafter, "Affiant")

money of substantial value." Hence, individuals are brought into peonage and usury by lack of full disclosure and full consideration of substance by institutional lenders.

73.    In order for individuals to close on a loan, they are deceived, by a person who is in a superior position. The effect of this deception is the gifting away of their property under conveyance and security instruments, including a Deed of Trust, the nature of which is not fully disclosed. This practice precluded the Plaintiff herein from appreciating the essential elements and consequences of closing the purported "loan" referenced herein.

74.    In turn, the Defendants herein routinely deprive the individuals of private property by collaboratively and systematically executing foreclosures based upon a fraudulent process supported by fraudulent documents.

75.    As a result, this systematic usury and deprivation by the acts of the Defendants are the cause of consequent and proximate injuries under the Civil RICO Statutes.

76.    Defendants are engaging in a pattern and practice of conduct that constitutes a criminal enterprise in violation of State and Federal RICO statutes.

77.    Plaintiff is entitled to monetary damages for the violations of the State and Federal RICO statutes.

## CAUSE OF ACTION – VIOALTIONS OF FEDERAL LAW

## TILA AND RESPA

78.    Plaintiff hereby incorporates the allegations of all previous paragraphs 1 through 77 as though those allegations were fully set forth herein

Plaintiff is entitled to monetary and recision / cancellation relief as required by federal law.

## RELIEF REQUESTED

WHEREFORE, Plaintiff requests the following relief:

a)That this court require the Defendants to answer this complaint, admitting and denying with particularity each and every allegation herein or suffer the ramifications of a default for failure to answer and an injunction be ordered preventing any Defendant from moving against the property, contacting any tenants, transferring any property or in any way adversely affecting Plaintiff's interest in the property in any manner.

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-
Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL)
( hereinafter, "Affiant")

b)That the court issue an Order Quieting Title in favor of the Plaintiff herein, and/or declaring Null and Void the Deed of Trust and Note Contracts on the Property involved herein.

c)That all issues be tried by a Jury ( of our peers, be advised that 14th amendment citizens are not considered a jury of our peers) herein, actually be tried before and by a full Jury as at Common-Law within the Nisi-Prius Civil Jurisdiction, with the verdict to be binding upon the court and all parties as constitutionally required by "Due Course of Law".

d)That the original Promissory Note be returned to Plaintiff in court for inspection and review of signatures and to verify the representations made therein.

e)That Defendants  Scott Everett DBa Supreme Lending, MERS INC, PennyMac, Mary L Nicholson as county Clerk and Aldridge Pite LLP be ordered to pay damages for copyright infringement on the illegal use of the copy-written names FLAVIUS EURISTHE and KIMILA EURISTHE in the amounts in Affidavit of copy written material See Exhibit DD for using copy written material without permission in a commercial activity   to entice participants to pay them money in Fraudulent Inducement into the Contract(s) and enforcing contracts not held.

f) That representative for Defendant Bill Shaddock, and agents Capital Title give a full accounting where the funds given to First Texas Inc came from and  and an accounting of what funds they received form Scott Everett DBa Supreme Lending a full accounting  with documented, dated-and time stamped material to show where the funds given to First Texas came from and be required to demonstrate the specific form of payment used at the so-called funding of the loan

g)That Defendants known and unknown at this time, including Defendants herein, be declared to have no estate, right, title or interest in said Property, and that FLAVIUS N EURISTHE© & KIMILA S. EURISTHE© are entitled to quiet and undisturbed possession of the Property as described above.

h)That under election of remedies for compensatory damages the Plaintiff be awarded an amount   plus interest, plus three times punitive damages amounting to an amount for all payments so far tendered by the Plaintiff to the Defendants under usury.   Damages as set fort in the notice of fees for violation of rights as

published on the record for the record Pima county for both FLAVIUS N EURISTHE© & KIMILA S. EURISTHE© See Exhibit EE

i) That the compensatory damages are to be determined and apportioned amongst the various Defendants, as set fort in the notice of fees for violation of rights as published on the record for the record Pima county for both FLAVIUS N EURISTHE© & KIMILA S. EURISTHE© for time spent in legal research and composition of this action comparable to standard Attorney's allowances, from each and every Defendant on all counts. See Exhibit EE

j) For Punitive Damages against all Defendants as applicable, as well as compensatory and punitive damages under the Civil Racketeering Statutes in an amount to be determined at trial and sufficient to send a message that such practices are repugnant to the people of Tarrant County and Texas state.

k)That this court rule that it is a breach of contract to BAIT with an offer to contract for the loan of dollars and then SWITCH to loan negotiable instruments as a feigned fulfillment of that obligation.

l) For such Punitive Damages in an amount sufficient to send a message that bait and switch and usurious practices are repugnant to the people of Tarrant County and Texas state.

m)For recision / cancellation of the instruments under Federal law as required for the TILA and RESPA violations by Defendants.

n)That this court issue Declaratory Judgment that it is a proper interpretation of the doctrine of Equal Protection of the Laws that all who loan negotiable instruments or other instruments of credit in Texas be compelled to accept negotiable instruments issued by the people of Texas in satisfaction of any and all debts so contracted.

o)That the court issue an order granting injunctive relief from any parties moving against the Plaintiff and/or his real estate, including the property in question, without first proving to this court that all the lawful requirements and statutory requirements for foreclosure and transfer of property have been met.

p)Award Plaintiff the costs of bringing this action, as well as such other and additional relief as the court may determine to be just and proper.

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter, "Affiant")

FLAVIUS N EURISTHE©

By: Flavius-Nichita: Euristhe©, Agent, Plaintiff UCC 3-402(b)(1), without prejudice UCC1-308

_Flavius- Nichita ;. Euristhe._

Signature: Flavius-Nichita: Euirsthe, Plaintiff, lawful man

KIMILA S. EURISTHE©

By: Kimila-Shavonne: Euristhe©, Agent, Plaintiff UCC 3-402(b)(1), without prejudice UCC1-308

_Kimila-Shavonne ;. Euristhe._

Signature: Kimila-Shavonne: Euristhe, Plaintiff, lawful woman

JURAT

Texas State    )

                    )  ss

Tarrant County    )

The above named Plaintiff appeared before me, a Notary, and subscribed, sworn under oath this __24ᵗʰ__ day of __June__, 2023.

_Brittany Arnold_                    My commission expires

08·16·2026

Notary Public

                                        Seal

BRITTANY ARNOLD
Notary Public, State of Texas
Comm. Expires 08-16-2026
Notary ID 133911025

# EXHIBIT AA

## 47 Pages

20231420607
MISC
05/22/2023 04:21:14 PM          Page: 1 of 45
Gabriella Cázares-Kelly  Recorder
OFFICIAL RECORDS OF PIMA COUNTY, AZ

Date: _05/ 19 /2023_

At: Gabriella Cázares-Kelly Recording Dept.
**Pima County Recorder**
240 N Stone Ave
Tucson AZ 8570

**Dear Gabriella Cázares-Kelly,**

I am priority mailing the following documents for recording:
**Recording Cover Sheet**

- Affidavit of Truth- ALDRIDGE PITE LLP - ( 44 pages)
- Total _45_ pages including cover sheet

This list below is a compilation of a single document to be recorded as such for you to file for me as per the instructions of my lawyer please.

We have included the total payment of $ _78_ for the amount of **$30.00** to file this as a compilation of a single document, and an additional amount of $ _48.00_ to pay for 1 certified copy of this document to be mailed back to me included in your fees to the address below and on these documents:

**My address to receive our recorded document as well as the certified copies:**

**Flavius- Nichita; Euristhe**
**C/O 9912 Villa Verde Drive,**
**Fort Worth, Texas, [ 76179]**

If you have any questions at all regarding this filling do not hesitate to email me back at Email Address: feuristhe@gmail.com, or call 360-970-8479

**Most Sincerely,**

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter, "Affiant")

### Affidavit of Truth and Fact-Declaration in The Form of Affidavit

**Notice of Land Patent for 9912 Villa Verde to Aldridge Pite, LLP ,(en legis)**
**Challenge of jurisdiction to foreclose on property held in Land Patent**
**Request for relief from Tarrant County Clerk, Texas Secretary of State, Texas Attorney**
**General**

"Affidavits are often the only supporting evidence....
Affidavits alone should therefore certainly be sufficient to prove a *prima facie* case."
*United States v. Kis*, 658 F.2d 526, 536 N.28 (7th Cir. 1981)

Notice to agent is notice to principal, notice to principal is notice to all.
**UCC 1 § -308, & UCC 3 § -202, & UCC 9 § -109, 1**

**From Flavius & Kimila Euristhe (Affiant)**
c/o 9912 Villa Verde Drive. Fort Worth, Texas Republic U.S.A. Near. [76179]
**Non-Domestic/Non-Resident Mail**

To Respondents:

Principal in both their private and public Capacity as Principal of :
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N,E, Suite 700
Atlanta GA 30305
Registered Mail # RF 184 191 145 US Return Receipt #  9590 9402 7886 2234 1807 00

Mary Louise Nicholson in her private and public capacity as Tarrant County Clerk.
100 W. Weatherford, Fort Worth Texas 76196 -0401
Registered Mail # RF 184 191 106 US Return Receipt #  9590 9402 7886 2234 1806 94

Ken Paxton in his private and public capacity as Texas State Attorney General
P.O. Box 12548 Austin, Texas 78711 -2548
Registered Mail # RF 184 191 110 US Return Receipt #  9590 9402 7886 2234 1806 87

Jane Nelson in her private and public capacity as Texas Secretary of State.
P.O. Box 12887, Austin Texas 78711 -2887
Registered Mail# RF 184 191 123 US Return Receipt #  9590 9402 7886 2234 1806 70

Bill E. Waybourn in his private and public capacity as Tarrant County Sheriff.
200 Taylor Street, Fort Worth Texas 76196 -0401
Registered Mail # RF 184 191 137 US Return Receipt # 9590 9402 7886 2234 1806 63

### Affidavit of Truth and Fact

Be it known by all; I am I, and therefore, as I am a creation of nature and nature's God, with
DNA intact [1] and not altered to be cDNA by the mRNA (EMU) Emergency Use Authorization
concoction, it is my will and desire to correct the errors of my past and do as my creator has
commanded me.

[1] See... ASSOCIATION FOR MOLECULAR PATHOLOGY v. MYRIAD GENETICS, INC. 569 U. S.
576 (2013) No. 12–398. Argued April 15, 2013—Decided June 13, 2013 *"(c) cDNA is not a "product of*

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter, "Affiant")

nature," so it is patent eligible under §101. cDNA does not present the same obstacles to patentability as naturally occurring, isolated DNA segments."...."In light of Mayo Collaborative Services v. Prometheus Laboratories, Inc., 566 U. S. 66, the Circuit found both isolated DNA and cDNA patent eligible." ... Held: "A naturally occurring DNA segment is a product of nature and not patent eligible merely because it has been isolated, but cDNA is patent eligible because it is not naturally occurring."

**Whereas:** LAW (is) the **Land** Juris, being common law, of superior titles and private property rights. The **Air** Juris being Trusts and Wills, for the benefit of another, Canons of Trust and Duty of Care. The **Water** Juris being commercial contracts, code of commerce and statute, commercial intercourse, the admiralty form and in-land marine contracts.

As Flavius, as a man, as one people, no-longer being ignorant of the LAW, it is my free will to take dominion over the Land, Air and Water. As Kimila, as a womb-man, as one people, no-longer being ignorant of the LAW, it is my free will to take dominion over the Land, Air and Water

**By our hand and free-will,** We create this Affidavit of Truth and Fact for the Estates of FLAVIUS NICHITA EURISTHE as listed on the BIRTH CERTIFICATE . All rights are and will be reclaimed, reserved and retained by me Flavius- Nichita; Euristhe, as executor, transmitting utility / signatory, and co-beneficiary of the PCT-CQ estate, held in-trust. & for the Estates of KIMILA SHAVONNE HOWARD as listed on the BIRTH CERTIFICATE. All rights are and will be reclaimed, reserved and retained by me Kimila- Shavonne; Euristhe, as executor, transmitting utility / signatory, and co-beneficiary of the PCT-CQ estate, held in-trust.

All respondents are required to respond to this affidavit within 21 days. If you do not respond within 21 days, then this will be a matter of well settled law in my regard, and you and any potential affiliated parties would be held liable for trespass, Theft of private property or any loss damages or harm or any cause of potential injury to us. Note, direct response to this instrument is required. I give no consent to any unconscionable adhesion contracts. If you do not respond to this affidavit point by point via formal rebuttal under sworn statement under penalty of perjury by a living breathing live person; then I shall know through acquiescence that you have complied fully and completely in this matter. I thank you in appreciation for your diligent attention and service in this important matter.

Whereas an affidavit is the appropriate common law method for establishing a claim as status (**Vlandis v. Kline, 412 U.S. 441 (1973)**); allegations in an affidavit must be considered as true in absence of counter-affidavit (**Group v. Finletter, 108 F. Supp. 327; FRCP 28 U.S.C.A. Rule 9(d)**); and an Affidavit which is not contested in a timely manner shall be considered undisputed facts as a matter of law (**Morris v. NCR, 44 SW2d 433**). Therefore, with a profound respect for the law, being of sound mind, and acting in good faith, We, Flavius, a living man with a living soul, acting *sui juris*, & Kimila, a living womb-man with a living soul, acting *sui juris*, courteously present this Instrument to state the relevant known facts, as known and viewed from our own perspective, to the best of our knowledge, as a Declaration in the Form of an **Affidavit**

1.  It is a fact that without warning the unknown party Aldridge Pite, LLP. Has began a foreclosure process against my property held in Land Patent and in a sacred Trust. They is currently schedule to auction off the property at Auction on the court house steps of Tarrant County July 5th, 2023. ( See Exhibit A)

2.  It is a fact that we were denied the truth in evidence as we have not had an opportunity to review the laws and authority under which Aldridge Pite LLP is taking the proposed action

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter, "Affiant")

against us. We were never given notice and never had an opportunity to discuss this matter before a judge.

3.    It is a fact that we were made aware of the foreclosure because we kept getting calls with offers to buy the property before it went to foreclosure.

4.    It is a fact that this property is in Land patent  and is in a sacred Trust ( See  Exhibit B). Property held in Private Land claim patent. Which is defined as: A claim based on the assertion that the claimant (or his predecessor in interest )derived his right while the land was under dominion of a foreign government.

5.    It is a fact that any infringement of sovereign unalienable able rights as protected by the constitution for the United States of America C.1787 as amended by the first ten amendments, known as the bill of rights c. 1791 is declared excluded, null and void ( See Exhibit C).

6.    It is a fact that  property held in Land patent is immune from collateral attack. The United States Supreme Court  is not silent on this matter and has already spoken on this. There is no issue of law here and this matter is Res Judicata. See: Collin's v. Bartlett, 44 CAL 371; See Weber v. Peer Marquette Boom Co., 62 Michigan 626, 30 N.W. 469; Suret v. Doe, 24 Miss 118; Pittsmon Cooper Co. v.Vanina, 71 mont. 44, 227 PAC 45; Green v. Baker, 47 NEB 934, 66 NW 1032. Additionally, when land patent is transferred claim / purchaser will be protected ( See Exhibit D)

7.    It is a fact that a warranty deed in not true title , but rather a color of title. Which means that in a warranty deed the State of Texas would be co owner of the Land. (See Exhibit E ). Land Cannot be taken for Debt or taxes,But Real Estate can be taken.

8.    It is a fact , we are going on the record for the record and asking the Trarrant County Clerk to remove 9912 Villa Verde from The July 5th 2023 Auction as she has the power to do that and can make this happen. We are simply asking her to uphold her Oath of office.

9.    It is a fact that we are going on the record for the record and asking the Texas Secretary of State  who has a fiduciary  responsibility  to  FLAVIUS NICHITA EURISTHE , en Legis and KIMILA SHAVONNE HOWARD, en legis. to step in an uphold her oath of office and Stop this action. We Flavius Nichita Euristhe and Kimila Shavonne Euristhe as authorized representatives of the en legis make this request in our living capacity on behalf of the en legis .

10.    It is a fact that we are going on the record for the record and asking the Texas Attorney General to step in as the chief law sayer and most knowledgeable person on matters of law to step in and Uphold the constitution and to uphold his Oath of office by telling all involved that there is no matter of law here; and for him to be the voice of reason by declaring the obvious. Which is, Land Patents are  stare decisis ( i.e. , res judicata) this is already well- settled law and decided. Failure on his part would be a violation of his oath of office. See. Summa Corp. Supra; Wineman v. Gastrell, 54 Fed 819; U.S. Appeal 581].

11.    It is a fact that we are going on the record for the record an asking the sheriff to uphold his constitutional oath.  There is a distinction between land and real estate. They are not homogeneous and are two separate and distinct things . The sheriff should step in and help all concerned understand the distinction. And say that "Land Patents are issued  ( and theoretically passed) between sovereigns. Deeds are executed by persons and private corporations without these sovereign powers." See: Leading Fighter v. County of Gregory, 230 n.w. 2d114, 116 (1975).  The earliest law for granting land patents was passed by congress on April 24,1820. Sovereign citizens were electors in their respective state republics. Land owners are the only authority in

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;.
Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter, "Affiant")

the united states of America with the power to elect public officers of government at
every level, county, state and national.

12. It is a fact that you cannot buy land. You cannot sell land. Land must be granted. As
a sovereign "American" citizen it is mine, inherent since the original thirteen colonies
formed the united states of America, and each additional state republic entered the
union. Full payment is already made in the Land Patent and all subsequent
assignments. The registration fees in the securing of the Land Patent were paid to the
Surveyor General ( $1.25 an acre or $2.25 an acre for mining claim). This was not the
purchase of land. The land patent speaks plainly "... to give and grant (not sell) unto
" your name" and his heirs and assigns forever." To grant is to give freely not to
purchase.

13. We are <u>Sovereign</u> American State Nationals, under Title 8 United States Code [USC]
section 1101 (a) (21), (23). We are not a citizens, persons nor residents under the 14th
amendment and not subject to their jurisdiction.Our status as an American State
National affords us limited diplomatic immunity and protection under the United
Nations and by International Treaties. We are competent in this matter and are Sui
juris.

14. Our proper names are <u>Flavius- Nichita Euristhe</u> & <u>Kimila Shavonne Euristhe</u> (*in
upper* and lower case letters NOT all UPPER CASE LETTERS ) pursuant to Title 18
U.S. Code § 1342 affirm and attest under the laws of the united States of America,
without the United States corporation, this is the truth of my Affidavit of, the whole
truth and nothing but the truth, and not misleading, so help me God...; fully stating
that the ATTORNEY GENERAL'S OFFICE understands and fully agrees to the
seriousness in regards to communicating with "proper persons in their own «prover
name" as required by the code and not under any fictitious. false. or assumed title.
name or address under the authority of Title 18 U.S. Code § 1342 above and fully
agrees to abide by this code while communicating by way of US Postal, personally, or
use any associated organizations, corporations, partners or by Attorneys) and not
make any claims by using the United States Postal mail to commit mail Fraud.

15. We are not residents of Washington DC neither are we in the Federal Zone. Our
proper mailing address is Flavius-Nichita;. Euristhe & Kimila- Shavonne;. Euristhe
C/O Rural Route 9912 Villa Verdre Drive , Fort Worth, Texas Republic, Near [ 76179]
"non domestic" without the United states. To avoid any presumption that we are in
the Federal Zone. We will NOT accept and will return to sender any correspondence
bearing our name in ALL CAPITAL LETTERS, and has 2 letter state, and zip codes
in the address as that can be construed to mean that we volunteer to be under federal
jurisdiction. We reserve the right to file a claim and seek remedy for disputes under
treaty and international law to include but not limited to Universal Postal Union.

16. When a lawfully qualified Sovereign American individual has a claim to title and is
challenged, the court of competent original and exclusive jurisdiction is Common Law
Supreme Court (Article III). Any action against a patent by a corporate state or their
respective statutory, legislative units (i.e., courts) would be an action at Law which is
outside the venue and jurisdiction of these Article 1 courts. There is no Law issue
contained herein which may be heard in any of the State courts (Article 1), nor can
any court of Equity/ Admiralty/ Military set aside, annul, or correct a LAND
PATENT.

17. We herby invoke our right to immunity and all the privileges granted In accordance
with (IAW) 22 USC 254d. Additionally, 49 Statute 3097 Treaty Series 881 Conventions
and Duties and Rights of the States, placed all states under international law, thus
making all courts, Intentional courts. Therefore ability to govern is subject to the
limit of the law, and that limit is reached with the revocation of consent.

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter, "Affiant")

18. **OPPORTUNITY TO CURE:** Stop the the foreclosure and accept the truth in the law. Please take note of page three, second paragraph of the Land Patent attached, which states " Any confiscation or seizure of any kind of any of the guaranteed, absolute Private and Public properties by any of the De Facto/Renegade/Corporate officers, etc. will result in damages of Ten Million Dollars of United States (Treaty States, nation-state) specie Money (United States Dollars silver/"Blocked"), that being Enumerated in Article 1, Section 10, Clause 1 as "gold and silver Coin" in the Constitution for the United States of America (1764 to date), to be multiplied by not only the damaging party(s), but all those in concert and causes action. "

19. For the edification of understanding Ten Million silver dollars is defined as lawful money convertible at a ratio of 24:1, 24 silver dollar to 1 Federal Reserve Note. <u>Thereby making the amount $240, 000, 000.00 Two Hundred and forty million federal reserve notes. PLEASE Take note and govern yourselves accordingly</u>

20. For the edification of understanding those in concert and cause this action is defined as all the respondents listed above in the private and public capacity. As they have the ability to stop the illegal, unlawful and unconstitutional pending foreclosure in which this affidavit serves as Actual Notice. Where The United States Supreme Court has already spoken on this matter and it is Res Judicata.

21. It is a fact THAT, Respondents who operated in Dishonor and in violation of Title 18 and other applicable Supreme Court cases and the Constitution are subject to penalties as follows:

a. Fraud - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
b. Extortion - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
c. Denial of Right to Happiness/Harassment – Causing Financial Harm - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
d. Dishonor in Commerce - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
e. Collusion - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
f. Racketeering - $1,000,000.00 ()One million US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
g. Conspiracy - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
h. Breach of Fiduciary Duty - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
i. Intimidation - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
j. Defamation - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
k. Violations of TILA - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
l. Coercion - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
m. Violations of FDCPA - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

*PENALTIES*

1. Failure to pay claim in full within 30 days of default – One million US Dollars per calendar day beginning on the 31st day after default.
2. Failure to pay claim within 60 days of default - Three million US Dollars per calendar day beginning the 61st day after default.
3. Failure to pay claim in full within 90 days of default - Five million US Dollars per calendar day beginning on the 91st day of default.
4. All claims are represented in US dollars which is defined for the purposes of this contract as the value of a one ounce silver coin of .999 fine silver as established by the US Mint on the first day of default.

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter, "Affiant")

If the claim is paid in federal reserve notes or other lawful negotiable instruments, these instruments will only be accepted at the par value of silver as indicated above.

5. Total Damages will be assessed as the total amount of the damages as outlined in items 1-13 added to seven (7) times the damages, for Punitive, or other additional damages.

6. Damages to be collected via garnishing wages, bank accounts, real and/or personal property, future earnings, all public hazard bonds, corporate bonds, blanket bonds, insurance policies, CAFR funds, 401-k(s), 801k(s), retirement funds, personal wealth and properties, tax credits (OMB 1545-0117, 1545-0112, 1545-0110) or any other source of revenue as needed to cure your dishonor

**Flavius-Nichita: Euristhe**
**c/o 9912 Villa Verde Drive.**
**Fort Worth, Texas.**
**U.S.A. Near. [76179]**
**Non-Domestic/Non-Resident Mail**

22. _Supporting laws including but not limited to_

18 U.S. Code § 1651. Piracy under law of nations
Whoever, on the high seas, commits the crime of piracy as defined by the law of nations, and is afterwards brought into or found in the United States, shall be imprisoned for life.

18 U.S. Code § 1341. Frauds and swindles
Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.

18 U.S.C. § 1651 et Seq. Piracy and privateering are federal offenses.
It is a FELONY to use one?s office, de facto or otherwise, in the capacity of a ?Debt Collector? to collect a debt without the requisite evidentiary proof of the debt giving rise to the obligation and the resulting liability. Ever hear of ?RICO,? or read 18 U.S.C. " 1951-1968; particularly ' 1961(3)]. Without showing liability on the face of the instrument, the prosecution has failed to state a claim. Under the FDCPA, 28 U.S.C. " 3001 et seq., without verification of the debt, upon timely demand therefore, Scienter and FELONY FRAUD ensues.

NO written contract is enforceable if it is made without any element of a lawful contract:

1. Parties competent, of the age of consent, contract between legal or lawful entities. 2. Free and genuine consent, not obtained by fraud, deceit, coercion, or mistake. 3. Full disclosure, providing all material information that may influence a decision. 4. Sufficient consideration, something of value exchanged between the parties. 5. Certainty of terms and conditions, fixed and unable to be changed without agreement. 6. Meeting of the minds, when the parties recognise and understand their obligations.7. Signatures or autographs, in wet ink, as recorded evidence of reciprocal consent.

Contract Case Law:

"Failure to reveal the material facts of a license or any agreement is immediate grounds for estoppel." _Lo Bue v. Porazzo_, 48 Cal.App.2d 82, 119, p.2d 346, 348.

"Waivers of fundamental Rights must be knowing, intentional, and voluntary acts, done with sufficient awareness of the relevant circumstances and likely consequences." _U.S. v. Brady_, 397 U.S. 742 at 748 (1970); U.S.v. O'Dell, 160 F.2d 304 (6th Cir. 1947)".

Unconscionable "contract" - "One which no sensible man not under delusion, or duress, or in distress would make, and such as no honest and fair man would accept." _Franklin Fire Ins. Co. v. Noll_, 115 Ind. App. 289, 58 N.E.2d 947, 949, 950.

"Party cannot be bound by contract that he has not made or authorized." Alexander v. Bosworth (1915), 26 C.A. 589, 599, 147 P.607.

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;.
Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter, "Affiant")

Subject Jurisdiction. With no subject matter jurisdiction, the judge and other officers of the court have no official or judicial immunity and can be held personally and criminally liable for wrongdoing.  The courts have held:
*"When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost."*
**Rankin v. Howard,** *(1980) 633 F.2d 844, cert. den. Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326.*
*"A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts."*
**Davis v. Burris,** *51 Ariz. 220, 75 P.2d 689 (1938).*
*"When a judicial officer acts entirely without jurisdiction or without compliance with jurisdiction requisites he may be held civilly liable for abuse of process even though his act involved a decision made in good faith, that he had jurisdiction."*

The International Organization Immunities Act of 1945 placed all courts under the jurisdiction of the United Nations (reference Title 22 CFR Foreign Relations with Oaths of Office under section 92.12 and 92.31). Under Title 8 USC 1481 all oath takers judges, law enforcement officers, etc.) voluntarily forfeit their citizenship via the Oath of Office thus becoming foreign agents and are required to register under the Foreign Sovereign Immunity Act. US Govt. Code imposes **$75,000 fine and imprisonment for Unregistered Foreign Agents.**

I have presented and registered this document-vessel under the jurisdiction of the Universal Postal Union by paying the transit fees of $1.00 as the postmaster cancelling the stamp of this vessel, for this vessel's delivery and peaceful protection under Registered mail#_____

Notice to principal is notice to agent & Notice to agent is notice to principal.

Autographed by Flavius Nichita Euristhe , a man, a Living Soul on the _18th_ day of _May_____, 20_23_ in the 47th year since Born alive. By: Flavius Nichita Euristhe
By: Flavius Nichita ;. Euristhe. for  FLAVIUS NICHITA EURISTHE.    Redacted 05/18/2023

Autographed by Kimila Shavonne Euristhe , a man, a Living Soul on the _18th_ day of _May_____, 20_23_ in the 40th year since Born alive. By: KimilaShavonne Euristhe
By: Kimila-shavonne;. Euriathe. for   KIMILA SHAVONNE HOWARD

Without Prejudice - Without Recourse - all unalienable rights guaranteed UCC 1-308

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter, "Affiant")

## Notary Public as JURAT CERTIFICATE

Texas State

Tarrant County

The United States of America, without the United States

On _8th_ day of _May_____, in the year of our lord two thousand twenty three,

before me, a Notary Public, personally appeared

_Flavius N Euristhe + Kimila S Euristhe_ who proved to me on the basis of satisfactory

evidence to be the man and woman whose Names are subscribed to the within attached

instrument and acknowledged to Me that they executed the same in their authorized capacity, and

that by their autograph(s) on the instrument the man and woman executed, the instrument known

as _Affidavit of Truth Declaration_
_Land Patent 9912 Villa Verde Dr._

I certify under PENALTY OF PERJURY under the lawful laws of Texas State that the foregoing

paragraph is true and correct.

WITNESS my hand and official seal

Signature _MJArnold_ 

of Notary / Jurat                                         seal

```
BRITTANY ARNOLD
Notary Public, State of Texas
Comm. Expires 08-16-2026
Notary ID 133911025
```

Notice to agents is notice to principal, Notice to principal is notice to agent.

This is The End of this affidavit.

# EXHIBIT A

## ⊥ Page(s)



🔒 aldridgepite.com

| FILE NUMBER ⬍ | ADDRESS ⬍ |
|---|---|
| ▬ 113037-TX | 9912 Villa Verde Dr |

**City**

Fort Worth

**State**

TX

**Zip**

76179

**County**

Tarrant

**Date Listed**

July 5, 2023

**Current Bid**

$0.00

| ➕ 113029-TX | 120 Dawley St |
|---|---|
| ➕ 112935-TX | 1208 Avenue H |



# EXHIBIT B

24
~~16~~ Page(s)

SPACE ABOVE HERE FOR RECORDERS USE

**RECORDING REQUESTED BY**
**Flavius Nichita Euristhe & Kimila Shavonne Euristhe**
**c/o Rural Route 9912 Villa Verde Dr.**
**Fort Worth, Texas, Republic usA**

**NOTICE OF,**
**CERTIFICATION OF ACCEPTANCE OF DECLARATION OF LAND PATENT,**

**LAND PATENT # 359. Dated, April 13 1860. (SEE ATTACHED)**

### KNOW ALL MEN BY THESE PRESENTS:

1. That Flavius Nichita Euristhe and Kimila Shavonne Euristhe does certify and declare as follows: That named as "assigns" in the Land Patent named above, that we have brought up said patent in our own name as it pertains to the land below described. The character of said land so claimed by the Patent Number listed above is; containing 160 acres original grantee Sarah E. Merrill on April 13th, 1860; on Robertson III class Head Right. (SEE ATTACHED).

2. That we Flavius & Kimila Euristhe are domiciled at 9912 Villa Verde Drive, Fort Worth, Texas Republic, usA NON- DOMESTIC. Unless otherwise stated. We have individual knowledge of matters contained in this Certification of Acceptance of Declaration of Patent. We are fully competent to testify with respect to this matter. We know that Land Patent is the only way a perfect title can be had in my name: Wilcox v. Jackson, 13 Pet., (U.S.) 498, 10 L. Ed. 264; All questions of fact decided by the General Land Office are binding everywhere, and injunctions and mandamus proceedings will not lie against it: Litchfield v. Register, 9 Wall (U.S.) 575, 19 L.ED. 681.

3. That we Flavius & Kimila Euristhe, are an Assignee at Law and a bona fide subsequent purchaser by contract, of certain legally described portion of LAND PATENT under the original, certified LAND PATENT # 359, Dated April 13, 1860, which is duly authorized to be executed in pursuance of the supremacy of treaty law, citation and Constitutional Mandate, herein referenced, whereupon authenticated true and correct lawful description, together with all hereditament, tenements, pre-emptive rights appurtenant thereto, the lawful and valuable consideration which is appended hereto, and made part of this NOTICE OF CERTIFICATION OF ACCEPTANCE OF LAND PATENT. (SEE ATTACHED)

4. No claim is made herein that we have been assigned the entire tract of land as described in the original patent. My assignment is inclusive of only the attached lawful description; "Lot 10, Block12, La Frontera, an Addition to the city of Fort Worth, Tarrant County, Texas, according to map or plat thereof recorded in document # D219215343, Plat records of Tarrant county Texas. The filling of this NOTICE OF CERTIFICATION OF ACCEPTANCE AND DECLARATION OF LAND PATENT shall not deny or infringe on any right, privilege, or immunity of any other Heir or Assigns to any other portion of land covered in the above described Patent Number 359. (SEE ATTACHED).

5. If this duly certified LAND PATENT is not challenged by a lawfully qualified party having a claim, Lawful lien, debt, or other equitable interest on any in a court of law within sixty (60) days from the date of this filling this NOTICE, then the above described property shall become the Allodial Freehold of the Heir or Assignee to said Patent, the LAND PATENT shall be considered henceforth perfected in my name "Flavius Nichita Euristhe" and " Kimila Shavonne Euristhe" , and all future claims against this land shall be forever waived.

6. When a lawfully qualified Sovereign American individual has a claim to title and is challenged, the court of competent original and exclusive jurisdiction is Common Law Supreme Court (Article III). Any action against a patent by a corporate state or their respective statutory, legislative units (i.e., courts) would be an action at Law which is outside the venue and jurisdiction of these Article 1 courts. There is no Law issue contained herein which may be heard in any of the State courts (Article 1), nor can any court of Equity/ Admiralty/ Military set aside, annul, or correct a LAND PATENT.

7. Therefore, said land remains unencumbered, free and clear and without liens or lawfully attached in any way, and is hereby declared to be private land and private property, not subject to any commercial forums ( e.g. U C C ) whatsoever.

8. A common law courtesy of sixty (60) days is stipulated for any challenges hereto, otherwise, laches or estoppel shall forever bar the same against said ALLODIAL freehold estate; assessment lien theory to

1 of 14 Land Patent-Euristhe

the contrary, notwithstanding. Therefore said declaration after sixty (60) days from date, if no challenges are brought forth and upheld, perfects this ALLODIAL TITLE the name/ names forever.

### JURISDICTION

THE RECIPIENT HERETO IS MANDATED by Article IV Sec. 3, Clause 2, Article VI, Sec. 2 & 3, the 9th and 10th Amendments with reference to the 7th Amendment, enforce under Article III, Sec. 3, clause 1, of the Constitution for the United States of America.

### PERJURY JURAT

Pursuant to Title 28 USC Sec.1746 (1) and executed "without the United States", we affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my belief and informed knowledge. And further deponent saith not. We now affix our signatures of the above affirmations with EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. -1-308 and U.C.C.-1-103-6.

Respectfully

*Flavius -Nichita; Euristhe*
                                    **Flavius Nichita Euristhe**

*Kimila -Shavonne; Euristhe*
                                    **Kimila Shavonne Euristhe**

Witnessed by *Shawn -Michael; Steele*    Dated as of Dec 22 20 22

Witnessed by *Shakethea -LaVais; Steele*

### NOTICE AND EFFECT OF LAND PATENT

This Notice is to informant person who may have lawful standing to view this file and who wishes to review the complete file on record may do so by requesting an appointment with Flavius Euristhe
Phone: 360 970 8479
Address: C/O Rural Route 9912 Villa Verde Drive, Fort Worth Texas Near [76179]

Notice#1
I, Flavius Euristhe will set the time, date, and place for the review of my documents, no exceptions.

Notice#2
I, Flavius Euristhe have the summary of the chain of title included in this file.

Notice#3
This document has a total of 15 pages.(Including certified copy of original Land Patent)

EFFECT:

A grant of land is a public law standing on the statute books of the State, and is notice to every subsequent purchaser under any conflicting sale made afterward: Wineman v. Gastrell, 54 Fed. 819, 4CCA 596, 2 US App. 581. A Patent alone passes title to Grantee: Wilcox v. Jackson, 12 PET (U.S.) 498,10 L.ED.264. Where the United States has parted with title by a patent legally issued upon surveys legally made by itself and approved by the proper department, the title so grated cannot be impaired by any subsequent survey made by the government for its own purposes: Cage v. Danks, 13 LA. ANN. 128.

If this Land Patent is not challenged within sixty days (60) in a court of law by someone, or by the government, it then becomes my property, as no one has followed the proper steps to get legal title, the final certificate or receipt acknowledging the payment in full by a homesteader or preemptor is not in legal effect a conveyance of land: U.S. v. Steenerson, 50 FED 504, ICCA 552, 4

U.S. App. 332.  A Land Patent is conclusive evidence the Patent has complied with the Act of Congress as concerns improvements on the land, etc.: Jankins v. Gibson, 3 LA ANN. 203.

Any confiscation or seizure of any kind of any of the guaranteed, absolute Private and Public properties by any of the De Facto/Renegada/Corporate officers, etc. will result in damages of Ten Million Dollars of United States [Treaty States, nation-state] specie Money [United States Dollars silver/"Blocked"], that being Enumerated in Article 1, Section 10, Clause 1 as "gold and silver Coin" in the Constitution for the United States of America (1764 to date), to be multiplied by not only the damaging party[s], but all those in concert and causes action.

Published and dated and dated:  [December, 22 day, 2022] now, and nunc pro tunc, Published JohnEd Keeter Public Library with Notice.

## SUMMARY OF CHAIN OF TITLE

| | | | |
|---|---|---|---|
| USA-Patent #359 | to | Susan E Merrell | |
| | | | 04/13/1860 |
| United States district court | to | Amon G Carter | |
| | | | August 26, 1942 |
| Indenture Bank of Chicago | to | Amon G Carter | |
| | | | May 1, 1947 |
| Amon G Carter | to | Amon G Carter  Jr | |
| | | | November 15, 1948 |
| Amon G Carter Jr | to | Amon G Carter Foundation | |
| | | | April 21, 1949 |
| Ammon g Carter Foundation | to | Harbour Montecillo Estates | |
| | | | July 17, 1997 |
| Harbor Montice ESTATES LTD | to | Westwood Group Executive Suites LTD Triple T Farms LTD | March 29, 2006 |
| Harbour Montecillo Estates | to | Triple T Farms LTD | |
| | | | April 13, 2006 |
| Triple T Farms LTD | to | La frontera Capitol Properties | November 20, 2007 |
| La Frontera Capitol PROPERTIES LLC | to | NORTHSTAR BANK OF TEXAS | November 20, 2007 |
| Westwood Group Executive SuiteS LTD | to | NORTHSTAR BANK OF TEXAS | November 20, 2007 |
| La Frontera Capitol Properties LLC | to | NorthStar bank of Texas | March 14, 2008 |
| Northstar bank | to | La Frontera Capitol Development | February 10, 2015 |
| Westwood Group Executive Suites LTD Triple T Farms LTD | to | LA FRONTERA DEVELOPMENT LLC | February 13, 2015 |

| La Frontera Development LLC | to | NORTHSTAR BANK OF TEXAS | February 13, 2015 |
| La Frontera Capitol Properties LLC WESTWOOD GROUP EXECUTIVE SUITES LTD LA FRONTERA DEVELOPMENT LLC | to | INDEPENDENT BANK | July 12, 2018 |
| La Frontera Capitol Properties LLc | to | Public | September 20, 2019 |
| Westwood Group Executive Suites LTD Triple T Farms LTD | to | LA FRONTERA DEVELOPMENT LLC | October 21, 2019 |
| La Frontera Development LLC | to | FIRST TEXAS HOME INC | July 10, 2020 |
| La Frontera Capitol Properties LLC LA FRONTERA DEVELOPMENT LLC | to | INDEPENDENT BANK HAZELWOOD GARRY H | November 17, 2020 |
| La Frontera Capitol PROPERTIES LLC | to | LA FRONTERA DEVELOPMENT LLC | November 17, 2020 |
| FIRST TEXAS HOMES INC | to | EURISTHE FLAVIUS NICHITA EURISTHE KIMILA | March 8, 2021 |



The State of Texas } No 163
County of [illegible] }

Before me G. [illegible] Clerk of the County Court for the County aforesaid Personally appeared [illegible] [illegible] who being by me duly sworn [illegible] [illegible] [illegible] and [illegible] [illegible] [illegible] the within named [illegible] that the said [illegible] bona fide settled upon vacant land within the limits of the Mississippi and Pacific Rail Road Reserve on the 9th day of August AD 1856,

And claims One hundred and Sixty acres of land under the provisions of an act of the Legislature of State of Texas to authorize the location and settlement of Mississippi and Pacific Rail Road Reserve, approved August 26th AD 1856

Given under my hand and Seal of the County Court this 23rd day of September 1858

G. [illegible], Clerk













State of Texas            )
                          ) ss:
County of Tarrant         )

On the 31ˢᵗ day of March , 2023 before me, BrittanyArnold personally

appeared Flavius N Euristhe & Kimila S Euristhe who

proved to me on the basis of satisfactory evidence to be the sovereigns whose name are subscribed to

this instrument and acknowledge to me, deposes and says that:

We are the declarants in the foregoing declaration of Land patent ; that we have written, read and

know the contents thereof, and that our names are subscribed in the within instrument, and that the

matters stated therein are true to our knowledge; acknowledge to me that they executed the same. And

do state that that the above cited court cases are true.  Purpose of jurat is for oath and identification

only and cannot be used to indicate entry into a foreign jurisdiction.



SEC 244145
03/31/2023



Flavius Nichita Euristhe

Kimila Shavonne Euristhe

I certify under PENALTY OF PERJURY under the laws of the Texas state that the foregoing paragraph is

true and correct.

WITNESS by my hand and official seal.

_____          SEAL
Signature of Notary Public

BRITTANY ARNOLD
Notary Public, State of Texas
Comm. Expires 08-16-2026
Notary ID 133811026

No. 357 Vol. 29

317

# IN THE NAME OF THE STATE OF TEXAS.

No. 357

**To all to whom these Presents shall come, know ye,**

Sarah C. Merrell 160 acres Tarrant 10

**I,** Sam Houston **GOVERNOR** of the **STATE** aforesaid, by virtue of the power vested in me by **LAW**, and in accordance with the **LAWS** of said **STATE**, in such case made and provided, do by these presents **GRANT** to Sarah C. Merrell her heirs or assigns, **FOREVER**, one hundred and sixty acres of **LAND**, situated and described as follows: In Tarrant County on the waters of Fossil Creek a tributary of the West Fork of Trinity River about 12 miles N32°W from Fort Worth By virtue of an Act to authorize the ... [illegible] ... of the Mississippi and Pacific Rail Road Reserve ... 26th day of August 1856 — Beginning at a Rock ... [illegible] ... Thence West ... [illegible] ... Thence North 950 ... [illegible] ... Thence South 950 ... [illegible] ... Thence West 320 ... to the place of beginning —

File 4615 Vol. 34

Hereby relinquishing to her the said Sarah C. Merrell and her heirs or assigns, **FOREVER**, all the right and title in and to said Land, heretofore held and possessed by the said State, and I do hereby issue this Letter Patent for the same.

**In Testimony Whereof,** I have caused the **SEAL** of the **STATE** to be affixed, as well as the **SEAL** of the **GENERAL LAND OFFICE**.

**DONE** at the City of Austin, on the Thirteenth day of August in the year of our Lord one thousand eight hundred and Sixty

Francis M. White
Commissioner of the Gl. Land Office.

Sam Houston Governor.

Texas General Land Office, Austin, Texas ___DEC 1 5 2022

I, George P. Bush, Commissioner of the Texas Land
Office of the State of Texas, do hereby certify that on
the reverse hereof is a true and correct copy of this
instrument now on file in this office together with all
endorsements thereon.

IN TESTIMONY WHEREOF, I hereunto set my hand and
affix the seal of said office the day and date first above
written.

George P. Bush          Commissioner of the Texas General Land Offer

Recording requested by (name):

:Flavius Nichita Euristhe:

When recorded, mail to:

:Flavius Nichita Euristhe:
In Care Of Rural Route 9912 Villa Verde Dr.
Fort Worth, Texas Republic Zip Exempt
Near [76179]

Recorder's Use Only

## NOTICE OF EXISTENCE OF TRUST

On this day Date , I Flavius Nichita Euristhe make it known that there is a GodTrust for Flavius Nichita Euristhe,  the beneficiaries being his heirs and God being the Executor.


IN WITNESS WHEREOF,

*Flavius Nichita Euristhe*        , as Trustee, has caused its Autograph below.

Date: 15th day of December, in the year of our lord Two Thousand Twenty Two

Flavius Nichita; House of Euristhe; Ancient Flavius Nichita Eristhe, As trustee Sui Juris, Jus Soli

By: *Flavius - Nichita; - Euristhe*

Flavius Nichita Euristhe

**Page 1 of 2**

# Notary as JURAT CERTIFICATE

**Texas State**

**Tarrant County**

On _December 15, 2022_ date before me,

a Notary Republic personally appeared and proved to me on the basis of satisfactory evidence to be the man whose Name is subscribed to the within attached instrument and acknowledged to Me that he executed the same in his authorized capacity, And that by his autograph on the instrument the man executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Texas State and the STATE OF TEXAS that the foregoing paragraph is true and correct.

**WITNESS my hand and official seal.**

Signature _____

of Notary / Jurat                                          seal

> LINDA WATSON
> Notary Public, State of Texas
> Comm. Expires 03-30-2026
> Notary ID 125722565

**CAPACITY CLAIMED BY Autograph**

as a Living Soul, Sui Juris, Jus Soli

**Notice to agents is notice to principal, Notice to principal is notice to agent.**

Page 2 of 2

Affidavit and Assertory Oath

# Affidavit and Assertory Oath of Acceptance of Trusteeship

Before God, I, :Flavius-Nichita,.Euristhe:, a living soul, a man, Sui Juris, Jus Soil, a son of God, an ambassador of Jesus Christ the lord and savior, do on this the _15th_ day of _December_ , 2022 by the Gregorian calendar, do hereby declare and accept the Trusteeship and shall to the best of my abilities as good steward and fiduciary execute the duties of the trustee of the...

# Euristhe Familia GodTrust

**As One of We the People, I, do hereby politely and with honor,**

**command you, our public servant to follow this Mandate directive.**

**PER; 28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury**

(1) If executed without the United States:   "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _December 15, 2022_ . (date)

**without prejudice, and without recourse, I, hereby place my Autograph below**

_Flavius- Nichita; -Euristhe_

:Flavius-Nichita: .:Euristhe

FURTHER I SAYETH NOT.

This document is now hereby publicly published and placed upon the record.

Page 1 of 2

Affidavit and Assertory Oath

You have 21 days to respond. This Affidavit un-rebutted shall become the judgement. In Law a well-settled Matter.

I will then publicly publish your responses or your non responses.

## Notary as JURAT CERTIFICATE

**Texas State**

**Tarrant County**

On _____December 15, 2022_____ date before me,

a Notary Republic personally appeared and proved to me on the basis of satisfactory evidence to be the man whose Name is subscribed to the within attached instrument and acknowledged to Me that he executed the same in his authorized capacity, And that by his autograph on the instrument the man executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of

Texas State and the STATE OF TEXAS that the foregoing paragraph is true and correct.

**WITNESS my hand and official seal.**

Signature _____

of Notary / Jurat _____ seal

LINDA WATSON
Notary Public, State of Texas
Comm. Expires 03-30-2026
Notary ID 125722686

Notice to agents is notice to principal, Notice to principal is notice to agent.

This is **The End** of this affidavit

Page 2 of 2

Recording requested by (name):

:Kimila- Shavonne; .Howard-Euristhe:

When recorded, mail to:

:Kimila-Shavonne; .Howard-Euristhe:
In Care Of Rural Route 9912 Villa Verde Dr.
Fort Worth, Texas Republic Zip Exempt
Near [76179]

Recorder's Use Only

## NOTICE OF EXISTENCE OF TRUST

On this day Date , I Kimila Shavonne Howard-Euristhe make it known that there is a GodTrust for Kimila Shavonne Howard-Euristhe,   the beneficiaries being her heirs and God being the Executor.


IN WITNESS WHEREOF,

*Kimila Shavonne Euristhe*                    , as Trustee, has caused its Autograph below.

Date: 15th day of December, in the year of our lord Two Thousand Twenty Two
Kimila Shavonne Howard-Euristhe; House of Howard; Ancient Howard, As trustee
Sui Juris, Jus Soli

By: *Kimila-Shavonne; Euristhe*
Kimila Shavonne Euristhe


**Page 1 of 2**

## Notary as JURAT CERTIFICATE

**Texas State**

**Tarrant County**

On _December 15, 2022_ date before me,

a Notary Republic personally appeared and proved to me on the basis of satisfactory evidence to be the woman whose Name is subscribed to the within attached instrument and acknowledged to Me that she executed the same in her authorized capacity, And that by her autograph on the instrument the woman executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Texas State and the STATE OF TEXAS that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

of Notary / Jurat                                    seal



LINDA WATSON
Notary Public, State of Texas
Comm. Expires 03-30-2026
Notary ID 125722685

CAPACITY CLAIMED BY Autograph

as a Living Soul, Sui Juris, Jus Soli

Notice to agents is notice to principal, Notice to principal is notice to agent.

Page 2 of 2

Affidavit and Assertory Oath

# Affidavit and Assertory Oath of Acceptance of Trusteeship

Before God, I, :Kimila Shavonne; .Euristhe:, a living soul, a man, Sui Juris, Jus Soli, a daughter of God, an ambassador of Jesus Christ the lord and savior, do on this the _15_ day of _December_, 2022 by the Gregorian calendar, do hereby declare and accept the Trusteeship and shall to the best of my abilities as good steward and fiduciary execute the duties of the trustee of the...

## Euristhe Familia GodTrust

**As One of We the People, I, do hereby politely and with honor, command you, our public servant to follow this Mandate directive.**

**PER; 28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury**

(1) If executed without the United States:    "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _15 December 2022_ (date)

**without prejudice, and without recourse, I, hereby place my Autograph below**

By Kimila-shavonne; . Euristhe

:Kimila- Shavonne .:Euristhe

FURTHER I SAYETH NOT.

This document is now hereby publicly published and placed upon the record. You have 21 days to respond. This Affidavit un-rebutted shall become the judgement. In Law a well-settled Matter.

Page 1 of 2

Affidavit and Assertory Oath

I will then publicly publish your responses or your non responses.

## Notary as JURAT CERTIFICATE

**Texas State**

**Tarrant County**

On _December 15, 2022_ date before me,

a Notary Republic personally appeared and proved to me on the basis of satisfactory evidence to be the woman whose Name is subscribed to the within attached instrument and acknowledged to Me that she executed the same in her authorized capacity, And that by her autograph on the instrument the woman executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of

Texas State and the STATE OF TEXAS that the foregoing paragraph is true and correct.

**WITNESS my hand and official seal.**

Signature _____

of Notary / Jurat                    seal

LINDA WATSON
Notary Public, State of Texas
Comm. Expires 03-30-2026
Notary ID 126722565

**Notice to agents is notice to principal, Notice to principal is notice to agent.**
**This is The End of this affidavit**

Page 2 of 2

# EXHIBIT C

## _3_ Page(s)

# ADDITIONAL LAND PATENT INFORMATION

**Note:**

Any land description excepting any public contract that may infringe on the reasonable and necessary rights of relevant landowners. The land description is excepting infringement on the sovereign rights of the Grantee as a matter of principal under Common Law. Any such infringement of sovereign unalienable rights as protected by the **Constitution for the united states of America, c. 1787**, as amended by the first ten Amendments, known as the **Bill of Rights, c. 1791, is declared excluded, null and void!**

This is notice, of your Pre-emptive Right to possess your land pursuant to the Declaration of Independence [1776]; Law of Nations, Treaty of Peace with Great Britain [8 Stat. 80]; Treaty of Paris [1783]; An Act of Congress [3 Stat. 566, April 24, 1824]; The Homestead Act [12 Stat. 392, 1862]; and 43 USC sections 57, *59*, and 83. The Grantee(s)/ Assignee(s) is mandated, pursuant to Article IV, Section III, Clause II, Article VI Sections 1, 2, 3; Article IV, Section 1, Clause 1 and 2, Section 1 Clause 8, 2; Section 4; the 4th, 7th, 9th, and 10th Amendments [United States Constitution 1789-91], and numerous legislated positive laws, to accept and acknowledge the grant by the original Land Grant/Patent to the original grantee of title in Fee Simple/Allodium; by taking delivery, taking possession, occupying, and accepting title in the chain of title from the original grantee of title, Land Grant/Patent Grantee(s)/Assignee(s) accept said title as Perfect Title. This is a formal Declaration that this process is lawfully executed and completed, being *Nunc Pro Tunc*.

This is the only lawful method that Perfect Title can be held in the grantee's name. See: **Wilcox v. Jackson 13 PET US 498, 101 ED. 264.** All questions of fact decided by the General Land Office are binding everywhere, and injunctions and mandamus proceedings will not lie against it. See: **Litchfield v. The Register, 9 Wall US 575, 19L. ED. 681.** This document is instructed to be attached to all deeds and conveyances in the name of the Party, and to never be separated from them. The required recording of this document, in a manner known as: *Nunc Pro Tunc*, is mandated and endorsed by United States Positive Supreme Law and cited by case history in this document.

The Notice and effect of a Land Patent or Grant of Public Land is a public Law standing on the books in all States (**Except Texas**) and is notice to every subsequent purchaser under any conflicting sale made afterward (the date of the original Land Grant/Patent). See: **Wineman v. Gastrell 54 FED 819, 4 CCA 596, 2 US APP 581.** A patent alone passes perfect title to Grantee. See: **Wilcox v. Jackson, 13 PET US. 498, 10 L. ED 264.**

When the United States has parted with a title by patent, legally issued, and upon surveys made by it self and approved by the proper department, the title so granted cannot be impaired by any subsequent survey made by the government for its own purposes, **Gage v. Danks 13 LA. ANN, 128.**

In the case of ejectment, where the question has been who has the legal title the title patent of the government is unassailable, **Sanford v. Sanford 139 US 642.** The transfer of lawful Title Patent to public domain gives the Grantee the right to possess and enjoy the land transferred, **Gibson v. Chouteau, 80 US 92.**

A patent for land is the highest evidence of title and is conclusive as evidence even against the Government and all others claiming under junior patents or titles (Warranty Deed) etc., **United States v. Stone, 2 US 525.** Estoppel is hereby noticed and has been maintained as against a municipal corporation (County), **Beadle v. Smyser, 209 US 393.**

Until it issues, the Fee is in the Government trust, which by patent passes to the Grantee, and he is entitled to enforcement possession in ejectment, **Bagnell v. Broderick, 3 Peter US 436.** State statutes that give lesser authoritative ownership of title than a patent cannot even be brought in Federal Court, **Langdon v. Sherwood, 124 US 74, 80.** The power of Congress to dispose of land cannot be interfered with, or its exercise embarrassed by any state legislation; nor can such legislation deprive the Grantees of the United States of the possession and enjoyment of the property granted by reason of any delay in the transfer of the title after the initiation of proceedings for its acquisition, **Gibson v. Chouteau. 13 Wall US 92, 93.**

"The patent is prima facie conclusive evidence of title," **Marsh v. Brooks, 49 US 223, 224.**

An estate in inheritance without condition, belonging to the owner and alienable by him, transmissible to his heirs absolutely and simply, is an absolute estate in perpetuity and the largest possible estate a man can have; being in fact allodial in its nature, **Stanton v. Sullivan, 63 R.L 216 7a, 696.** The original meaning of perpetuity is an inalienable, indestructible interest. **Bouvier's Law Dictionary Volume 3, page 2570 (1914).**

**NOTE:**

The Grantee(s)/Assignee(s) is/are, in fact, through perfected title by Land Grant/Patent, the lawful owners of the described land, held in Fee Simple/Allodium, including all appurtenances and the Grantee(s)/Assignee(s).

**Notice of Claim of "Forever" Benefit of Original Grant/Patent and Hereditaments.**

If a Land Grant/Patent is not challenged, by any and all claimants, within sixty (60) calendar days, with lawfully documented proof to the contrary, this will be forever default judgment and estoppel against all future claims, from any source, and absolute title to said described land, and the Grant/Patent is established for all time, as no one else has followed the proper lawful steps to acquire legal/lawful title.

# EXHIBIT D

## _1_ Page(s)

## LAW ON RIGHTS, PRIVILEGES AND IMMUNITIES:

When land title is transferred by patentee, Title and Rights of Bona Fide claim/purchaser will be protected:

**United States v. Debell, 227 F 760 (C8 SD 1915);**

**United States v. Beamon 242 F 876 (CA8 Colorado 1917);**

**State v. Hewitt Land Company, 74 Washington 573, 134 P 474; 43 USC & 15 n 44.**

An Assignee, whether he is the first, second or third party to whom title is conveyed, shall lose none of the original rights, privileges or immunities of the original Grantee of the Land Grant/Patent. No state shall impair a private contract, **U.S. Constitution Article 1, section 10.**

In Federal Courts the Land Patent is held to be the foundation of title at law, Fenn v. Holme, 62 US 21 How. 481 481 (1858)

A lawful Land Patent holder is immune from collateral attack:

**Collins v. Bartlett, 44 CAL 371;**

**Weber v. Pere Marquette Boom Co., 62 Michigan 626, 30 N.W. 469; Suret v. Doe, 24 Miss. 118;**

**Pittsmont Copper Co. v. Vanina, 71 Mont. 44, 227 PAC 45;**

**Green v. Barker, 47 NEB 934, 66 NW 1032.**

A Land Patent is conclusive evidence that the patent has complied with the act of congress, as concerns improvements on the land, etc. I believe there is no evidence to the contrary.

**Jankins v. Gibson, 3 LA ANN 203;**

**U.S. v. Steenerson 50 FED 504, 1 CCA 552, 4 U.S. APP. 332.**

# EXHIBIT E

## ____ Page(s)

# BREIF HISTORY OF ALODIAL LAND PATENTS

The right of ownership to land goes back to Genesis in the Bible and that right has been carried forward ever sense. **Genesis: Chapter 28, v. 13, 14, 15, and Genesis Chapter 47.**

**Land Patents** were called and are called **"Letter Patents"** because most are one page document much like a regular letter from one person to another.

A land patent that is issued by the United States Government, derives its authority and jurisdiction from Treaties and from there to the **Constitution for the United States of America, Article IV, Sec. 3, Clause, 2,** better known as the land disposal section. (LAW)

Our Land Patent Laws were largely derived from Old English Law, known as **ALLODIAL PATENTS,** which means (The King of your Land). Once a patent has been issued by the United Sates Government and signed by the President of the United Sates and recorded in the county recorders record in which the land is located, it then becomes your fee simple title (owing to no one). MEANING A TRUE LAND TITLE!

Your warranty deed is not a true title, but rather a color of title. You may be wondering what does that mean. It means you have a partner in the ownership of your land, (the State)!

The original (concept/idea) "letter patent" was from the King of England. There is a record of these "U.S. Land Patents" in the state archives and county court houses. Under English land law all realty (i.e., real estate) was owned by the King, and from the crown all titles (both lawful and equitable) flow.

"All U.S. land patents flow from treaty rights and hold superior title to the land."

After the Declaration of Independence (1776), the American Revolution, and the Treaty of Peace with Great Britain (1783), the American people became complete, sovereign freeholders in the land with the same prerogative as the King. The King had no further claim to the land and could not tax or otherwise encumber it.

**Land cannot be taken for debt or taxes, but Real Estate can be taken.**





**Public Service Center Building**
240 N. Stone Ave., 1st Floor
Tucson, AZ 85701

**Doc. Recording:** (520) 724-4350
**Voter Registration:** (520) 724-4330

**PIMA COUNTY**
RECORDER'S OFFICE

**Mailing Address:**
PO Box 3145
Tucson, AZ 85702-3145

**Social:** @PimaRecorder
**Web:** recorder.pima.gov

Gabriella Cázares-Kelly, Recorder

The foregoing instrument is a full, true and correct copy of the original record in this office.

Sequence #: _20231420607_    # of Pages: _45_

Docket # _NA_

Starting Page#: _NA_        Ending Page #: _NA_

GABRIELLA CÁZARES-KELLY, County Recorder
In and for the County of Pima, State of Arizona

By: Mitzi Robbins

_____        _May 24, 2023_
Deputy Recorder                          Date

Form May 14, 2004
REVISED January 4, 2021



**EXHIBIT** _BB_

_21_ **Pages**

**Notice to Agent[s] is Notice to Principal[s], and Notice to Principal[s] is Notice to Agent[s]**

# AFFIDAVIT OF TRUTH AND FACTS- 3
## Presentments from PENNYMAC

**From:**
Flavius-Nichita: Euristhe
c/o 9912 Villa Verde Drive.
Fort Worth, Texas.
U.S.A. Near. [76179]
Non-Domestic/Non-Resident Mail

Hereinafter collectively referred to as "Affiant".

*580294145*
*02/15/23*

*I dispute this debt and all claims to Contract in accordance with 15 USC 1692G*

**To: David Spector in his private Capacity**
CEO PENNYMAC
P.O. Box 514387
Los Angeles, California 90051-4387
CERTIFIED MAIL RECEIPT #: 7021 1970 0002 1699 2556

CC:
Consumer Financial Protection Bureau
P.O. Box 27170
Washington, DC 20038
Certified: 7021 1970 0002 1699 2549

Department of Veterans Affairs
VA Regional Loan Center
6900 Almeda Road
Houston , Texas 77030-4200
Certified: 7021 1970 0002 1699 2532

This Affidavit is in response to 3 presentments received from PENNYMAC for alleged loan # 8195565186, MERS MIN No. 1003071- 1001295554-3. The presentments did not identify a living human person as a point of contact. I acknowledge receipt of said presentments from a legal fiction, addressed to me a living breathing man born of the soil. We are not like kind and the validity of the contract is herby challenged. The presentments by the legal fiction were EXHIBIT B, EXHIBIT C, and EXHIBIT D, attached. These were promoted by a written request for validation of the alleged debt sent on January 17, 2023 via certified mail and received January 25th 2023 (SEE EXHIBIT A, Attached).

Take issue with the presentments because they misrepresent material facts in the matter
a. The letter used all caps spelling of a name which is not mine

Affidavit of Truth Response to PENNYMAC

Page 1 of 7

b. The letter used a wrong address, a foreign address with zip codes.
c. The letter was not addressed to me it was addressed to FLAVIUS EURISTHE & KIMILA SHAVONNE EURISTHE. Who are en legis.
d. The letters did not address our qualified written request under the Federal Servicer Act which is part of the Real Estate Settlement Procedures Act, 12 U.S.C. 2605(e). Consider this presentment **will include a second written request (see EXHIBIT E) and will be CC : consumer financial bureau & the Veterans Administration.**

The undersigned Affiants Flavius Nichita Euristhe, Authorized Representative for FLAVIUS NICHITA EURISTHE, Applicant and alleged Borrower, hereinafter, "Affiant", & The undersigned Affiant, Kimila Shavonne Euristhe, Authorized Representative for KIMILA SHAVONNE HOWARD-EURISTHE, Applicant and alleged Borrower, hereinafter, "Affiant", State All the facts herein are true, correct and complete, admissible as evidence, and if called upon as a witness, Affiants will testify to their veracity. We do solemnly swear, declare under penalty of perjury and state as follows:

1. **We are American State Nationals, under Title 8 United States Code [USC] section 1101 (21)A, (22). We are not a citizens, persons nor residents under the 14th amendment and not subject to their jurisdiction.Our status as an American State National affords us limited diplomatic immunity and protection under the United Nations and by International Treaties. We are competent in this matter and are Sui juris.**

2. **Our proper names are Flavius- Nichita Euristhe & Kimila Shavonne Euristhe (in upper and lower case letters NOT all UPPER CASE LETTERS ) pursuant to Title 18 U.S. Code § 1342 affirm and attest under the laws of the united States of America, without the United States corporation, this is the truth of my Affidavit of, the whole truth and nothing but the truth, and not misleading, so help me God...; fully stating that the ATTORNEY GENERAL'S OFFICE understands and fully agrees to the seriousness in regards to communicating with "proper persons in their own «prover name" as required by the code and not under any fictitious. false. or assumed title. name or address under the authority of Title 18 U.S. Code § 1342 above and fully agrees to abide by this code while communicating by way of US Postal, personally, or use any associated organizations, corporations, partners or by Attorneys) and not make any claims by using the United States Postal mail to commit mail Fraud.**

3. **We are not residents of Washington DC neither are we in the Federal Zone. Our proper mailing address is Flavius-Nichita;. Euristhe & Kimila- Shavonne;. Euristhe C/O Rural Route 9912 Villa Verdre Drive , Fort Worth, Texas Republic, Near [ 76179] "non domestic" without the United states. To avoid any presumption that we are in the Federal Zone. We will NOT accept and will return to sender any correspondence**

bearing our name in ALL CAPITAL LETTERS, and has 2 letter state, and zip codes in the address as that can be construed to mean that we volunteer to be under federal jurisdiction. We reserve the right to file a claim and seek remedy for disputes under treaty and international law to include but not limited to Universal Postal Union.

4. We herby invoke our right to immunity and all the privileges granted In accordance with (IAW) 22 USC 254d. Additionally, 49 Statute 3097 Treaty Series 881 Conventions and Duties and Rights of the States, placed all states under international law, thus making all courts, Intentional courts. Therefore ability to govern is subject to the limit of the law, and that limit is reached with the revocation of consent.

5. We never made an inquiry. We sent a qualified written request for validation of the debt which consisted of 4 pages. As of this writing the written request goes unanswered. AS such we are sending a second written request and CCed the CFPB and the Veterans Administration (SEE EXHIBIT E -4 pages attached) I am attaching the first page to refresh your memory (SEE EXHIBIT B, Attached) I mailed it on January 17th, 2023 via registered mail RF 184 189 589 US and it was received by PENNYMAC on January 25th 2023 at 1:01 pm

6. As of today the original written request for validation of the alleged debt has not been provided in accordance with law. We are therefore sending a second written requester validation of the alleged debt (SEE EXHIBIT E-4pages Attached)

7. Our supposition which can only be validated by an objective 3rd party. Is that our signature and social security numbers on the application created the money which was illegally taken without our permission and under fraud and swindle from our Cestui Que Vie Trust or public charitable trust account in our socials. Once the money was pulled it paid for the property in full and an illegal conversion was done. Instead of giving us the deed of trust for the property . We were given a bill and charged a monthly fee to continue to enjoy the property . This illegal conversion was recorder and continued as the credit bureaus reported me as owing a debt. There is no debt.

8. We swear under penalty of perjury that we were never given full disclosure of our rights. They withheld material information from us and began the contract with fraud in the inducement. There was no transparency regarding the process of the consumer credit application being the financial asset see 12 CFR § 360.6(2). They never informed us of self -liquidating paper 17 CFR § 260.11b(6). We do not think that PENNYMAC filled a 1099 OID with the IRS when the money was pulled and confiscated as we never given one to sign for the IRS.

9.  We are including a copy of House Joint Resolution 192 to be admitted on the record for the record and to serve as testimony of a claim upon which relief should be granted ( SEE EXHIBIT F- 4 pages ).as THERE IS NO DEBT.

10. The time spent researching, studying and drafting this correspondence in honor has accumulated a cost of $75,000.00; seventy five thousand dollars. Our notice of fees for violations have been documented and published on the record for the record in Pima County since 2022.

11. **OPPORTUNITY TO CURE**
    Please remove all negative remarks from credit files of all 5 credit bureaus Equifax , Experian, Transunion, Innovis and LexisNexis report account paid as agreed and close the account and return title to property in the form of a deed of trust to
    Flavius & Kimila Euristhe
    c/o 9912 Villa Verde Drive.
    Fort Worth, Texas.
    U.S.A. Near. [76179]
    Non-Domestic/Non-Resident Mail

Supporting laws including but not limited to

18 U.S. Code § 1651. Piracy under law of nations
Whoever, on the high seas, commits the crime of piracy as defined by the law of nations, and is afterwards brought into or found in the United States, shall be imprisoned for life.

18 U.S. Code § 1341. Frauds and swindles
Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.

18 U.S.C. § 1651 et Seq. Piracy and privateering are federal offenses.

Affidavit of Truth Response to PENNYMAC                              Page 4 of 7

It is a FELONY to use one?s office, de facto or otherwise, in the capacity of a ?Debt Collector? to collect a debt without the requisite evidentiary proof of the debt giving rise to the obligation and the resulting liability. Ever hear of ?RICO,? or read 18 U.S.C. " 1951-1968; particularly ' 1961(3)]. Without showing liability on the face of the instrument, the prosecution has failed to state a claim. Under the FDCPA, 28 U.S.C. " 3001 et seq., without verification of the debt, upon timely demand therefore, Scienter and FELONY FRAUD ensues.

NO written contract is enforceable if it is made without any element of a lawful contract:

1. Parties competent, of the age of consent, contract between legal or lawful entities. 2. Free and genuine consent, not obtained by fraud, deceit, coercion, or mistake. 3. Full disclosure, providing all material information that may influence a decision. 4. Sufficient consideration, something of value exchanged between the parties. 5. Certainty of terms and conditions, fixed and unable to be changed without agreement. 6. Meeting of the minds, when the parties recognise and understand their obligations.7. Signatures or autographs, in wet ink, as recorded evidence of reciprocal consent.

### Contract Case Law:

"Failure to reveal the material facts of a license or any agreement is immediate grounds for estoppel." *Lo Bue v. Porazzo*, 48 Cal.App.2d 82, 119, p.2d 346, 348.

"Waivers of fundamental Rights must be knowing, intentional, and voluntary acts, done with sufficient awareness of the relevant circumstances and likely consequences." *U.S. v. Brady*, 397 U.S. 742 at 748 (1970); U.S.v. O'Dell, 160 F.2d 304 (6th Cir. 1947)".

Unconscionable "contract" - "One which no sensible man not under delusion, or duress, or in distress would make, and such as no honest and fair man would accept." *Franklin Fire Ins. Co. v. Noll*, 115 Ind. App. 289, 58 N.E.2d 947, 949, 950.

"Party cannot be bound by contract that he has not made or authorized." Alexander v. Bosworth (1915), 26 C.A. 589, 599, 147 P.607.

<u>Subject Jurisdiction</u>. With no subject matter jurisdiction, the judge and other officers of the court have no official or judicial immunity and can be held personally and criminally liable for wrongdoing.  The courts have held:
*"When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost."*
**Rankin v. Howard***, (1980) 633 F.2d 844, cert. den. Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326.*
*"A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts."*
**Davis v. Burris***, 51 Ariz. 220, 75 P.2d 689 (1938).*

*"When a judicial officer acts entirely without jurisdiction or without compliance with jurisdiction requisites he may be held civilly liable for abuse of process even though his act involved a decision made in good faith, that he had jurisdiction."*

The International Organization Immunities Act of 1945 placed all courts under the jurisdiction of the United Nations (reference Title 22 CFR Foreign Relations with Oaths of Office under section 92.12 and 92.31). Under Title 8 USC 1481 all oath takers judges, law enforcement officers, etc.) voluntarily forfeit their citizennship via the Oath of Office thus becoming foreign agents and are required to register under the Foreign Sovereign Immunity Act. **US Govt. Code imposes $75,000 fine and imprisonment for Unregistered Foreign Agents.**

I have presented and registered this document-vessel under the jurisdiction of the Universal Postal Union by paying the transit fees of $1.00 as the postmaster cancelling the stamp of this vessel, for this vessel's delivery and peaceful protection under certified mail# 7021 1970 0002 1699 2556.

Notice to principal is notice to agent & Notice to agent is notice to principal.

                    _Flavius - Nichita ; Euristhe_ Date 02/15/23
                              Flavius Nichita Euristhe
        Without Prejudice - Without Recourse - all unalienable rights guaranteed


Autographed by Flavius Nichita Euristhe , a man, a Living Soul on the __15__ day of

__February__ , 20 23 in the 47th year since Born alive.




                    Notary Public as JURAT CERTIFICATE

Texas State


Affidavit of Truth Response to PENNYMAC                        Page 6 of 7

Tarrant County

The United States of America

On 15ᵗʰ day of February , in the year of our lord two thousand twenty three, before me, a Notary Public, personally appeared

Flavius N. Euristhe who proved to me on the basis of satisfactory evidence to be the man and woman whose Names are subscribed to the within attached instrument and acknowledged to Me that they executed the same in their authorized capacity, and that by their autograph(s) on the instrument the man and woman executed, the instrument known as

I certify under PENALTY OF PERJURY under the lawful laws of Texas State that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

of Notary / Jurat                                          seal



BRITTANY ARNOLD
Notary Public, State of Texas
Comm. Expires 08-16-2026
Notary ID 133911025

Notice to agents is notice to principal, Notice to principal is notice to agent.

This is The End of this affidavit.



## PENNYMAC

P.O. BOX 514387
LOS ANGELES, CA 90051-4387

**Notice Date:** January 31, 2023

**Loan Number:** 8195565186
**Property Address:**
9912 VILLA VERDE DR
FORT WORTH TX 76179



▲ 000129          149
FLAVIUS EURISTHE
KIMILA EURISTHE
9912 VILLA VERDE DR
FORT WORTH TX 76179-4410

*** PLEASE NOTE NEW WIRING ACCOUNT INSTRUCTIONS ***

## Payoff Demand Statement

Servicer:  PennyMac Loan Services, LLC

### An Updated Payoff Demand Statement Should Be Ordered Within
### One Business Day of the Anticipated Payoff Date

---

**ABOUT YOUR LOAN**

A payoff request was received for the above referenced loan.

**If you have moved or your mailing address has changed or will soon change, please provide us with your new mailing address so we can send important documents, notices and/or refund checks to you promptly. You can update your address online at www.PennyMac.com or by calling Customer Service at (800) 777-4001.**

*Here is no delinquency debt was pd*

If you would like to cure a delinquency on your loan to bring it current, and do not intend to pay off the loan in full, please contact us at (866) 545-9070 to obtain a reinstatement quote, including available options to help you bring your loan current if you have a hardship.

*my Trust paid this debt*

**WHAT THIS MEANS**

We've prepared your payoff quote and also included important information about paying off your mortgage. It's important that you read through this entire statement to ensure a smooth payoff process.

If you have an impound account associated with your mortgage loan for paying taxes and/or insurance and the next disbursement is within the good-through date of **February 7, 2023**, you must request an updated Payoff Demand Statement within one business day of your payoff. An updated payoff statement can be most easily obtained on our website at www.PennyMac.com or by calling (800) 777-4001 and speak to a Customer Service Representative.

Title or Escrow Companies (or another authorized third party) may validate or obtain current payoff figures on our website by visiting https://ServicingPartners.PennyMac.com.

Legal Notices

Texas finance code 343.106 requires payoff statement contain closing date and date through which payoff amount is valid. These requirements cannot be deleted from payoff statement.

EXHIBIT C

# ⊠ PENNYMAC

P.O. BOX 514387
LOS ANGELES, CA 90051-4387

**Contact Us:**
| | |
|---|---|
| Web: | www.PennyMac.com |
| General Insurance: | (866) 318-0208 |
| Settlement Claim Checks: | (866) 314-0498 |
| Customer Service: | (800) 777-4001 |

## Mortgage Activity Statement

Statement Date: January 18, 2023

| | |
|---|---|
| Loan Number: | **8195565186** |
| Payment Due Date: | **February 1, 2023** |
| Amount Due (total outstanding): | **$7,501.61** |

*If payment is received after 2/16/2023, $83.71 late fee will be charged. If the Amount Due changes based on the terms of your mortgage, the late fee amount may also change.*

00 1250 7610393 1000 02 501

FLAVIUS NICHITA EURISTHE
KIMILA EURISTHE
9912 VILLA VERDE DR
FORT WORTH, TX 76179-4410

*NOT OUR Name nor address*

### Explanation of Amount Due
**Contractual Amount Due**
| | |
|---|---|
| Principal: | $1,108.96 |
| Interest: | $983.74 |
| Escrow (Taxes and Insurance): | $352.03 |
| **Regular Monthly Payment:** | **$2,444.73** |
| Fees & Charges (total outstanding) | $167.42 |
| Charges since last statement: | $83.71 |
| Credits since last statement: | $0.00 |
| Overdue Payment: | $4,889.46 |
| **Total Amount Due:** | **$7,501.61** |

*The total payment amount needed to bring the account current is $7,501.61 and will expire on 02/16/2023.*

### Account Information
| | |
|---|---|
| Property Address: | 9912 VILLA VERDE DR |
| | FORT WORTH, TX 76179 |
| Unpaid Principal Balance: | $526,872.00 |
| Escrow Balance: | $2,114.18 |
| Suspense Balance: | $0.00 |
| Interest Rate: | 2.250% |
| Prepayment Penalty: | No |

### Important Messages
**\*Suspense:** Any amount received less than a full payment will be applied to a suspense account for your mortgage. When enough is received to equal a full payment, a full payment will be applied to your mortgage.

| Past Payments Breakdown | As of Last Stmt | Paid Year to Date |
|---|---|---|
| Principal: | $0.00 | $0.00 |
| Interest: | $0.00 | $0.00 |
| Escrow (Taxes & Insurance): | $0.00 | $0.00 |
| Fees: | $0.00 | $0.00 |
| Suspense*: | $0.00 | $0.00 |
| Total: | $0.00 | $0.00 |

*HJR 192*



4000 - Billing Statement

---✂--- **PAYMENT COUPON - Detach and Return With Your Payment Made Payable to: PENNYMAC LOAN SERVICES, LLC**

# ⊠ PENNYMAC

Loan Number: 8195565186

Payment Date: 2/1/2023

| | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Other | $ |
| Total Amount Enclosed | $ |

PENNYMAC LOAN SERVICES, LLC
PO BOX 30597
LOS ANGELES, CA 90030-0597

FLAVIUS NICHITA EURISTHE
KIMILA EURISTHE
9912 VILLA VERDE DR
FORT WORTH, TX 76179-4410

0100819556518600024447310005056881

# EXHIBIT D

**PAYOFF**

Loan Number: 8195565186

This demand reflects the amount to pay your loan in full.

*We never requested this, we requested debt validation on "a sworn affidavit from a living person"*

| | |
|---|---|
| Good Through: | February 7, 2023 |
| Loan Is Due For: | December 1, 2022 |
| Current Interest Rate: | 2.25000 % |

If your loan is delinquent, additional or anticipated fees and costs may be incurred during the Good-through Date period relating to collection, foreclosure, bankruptcy, or other defaults on your loan. You must request an updated demand for current payoff figures within one business day of your anticipated payoff. Please note fees and costs will be calculated based on the Good-through Date. When you contact us to obtain an updated payoff demand statement, based upon the status of your loan, it may take additional time to calculate all applicable fees and costs to generate an updated payoff demand statement.

Funds received after 02/07/2023 will be subject to an additional $32.48 of interest per day. Funds MUST be received no later than 12:00 PM PT, for same day processing. Payoffs are not posted on weekends or holidays. Interest will be added to the account for these days.

## Payoff Breakdown:

=====================================================================

| | |
|---|---|
| Principal Balance: | $526,872.00 |
| Interest Due As Of: 02/07/2023 | $3,158.51 |
| Late Charges: | $167.42 |
| Recording Fees: | $23.00 |
| Release Costs: | $22.50 |

*The debt is paid, money was pulled from my trust w/o permission and an illegal conversion occurred. I did not recieve the deed for the property. I was loaned my own money and given a debt*

**Total Payoff Amount as of:**
**February 7, 2023**                                                   $530,243.43

EXHIBIT E

2nd    QUALIFIED WRITTEN REQUEST

*original mailed*    14 January 2023

**From:**    KIMILA S EURISTHE, ***-**-5224

FLAVIUS N EURISTHE, ***-**-4145

C/O Rural Route

9912 Villa Verde Dr. Fort Worth, TX [ 76179 ]


**To:**    PennyMac Loan Services LLC

Registered Mail # RF 184 189 589 US

Mallory Garner-General Counsel

6101 Condor Drive, Suite 200, Moorpark, CA 93021


**Re:**    Loan No: 8195565186

MERS MIN No: 1003071- 1001295554-3

Property Address:    9912 Villa Verde Dr, Fort Worth, Texas 76179

**Attention:**    Mortgage Loan Accounting Department


Please treat this letter as a "Qualified Written Request" under the Federal Servicer Act, which is a part of the Real Estate Settlement Procedures Act, 12 U.S.C. 2605(e).

Specifically, I am disputing a) the identity of a true secured lender/creditor, <u>and</u> b) the existence of debt, <u>and</u> c) your authority and capacity to collect on behalf of the alleged lender / creditor. Because of extensive criminal activity and fraud in this arena, I require proof of the chain of secured ownership from the original alleged lender/creditor to the alleged current lender/creditor. Further, I require proof that you are the entity that has been contracted to work on behalf of the alleged lender/creditor. <u>I conditionally accept the debt upon proof of debt validation: evidenced by a sworn affidavit from an agent having direct knowledge of the debt and documents below named, herby requested to be presented.</u>

8195565186

Pursuant to "Subtitle E Mortgage Servicing" of the Dodd-Frank Wall Street Reform and Consumer Protection Act and pursuant to 12 U.S.C. Section 2605(e)(1)(A) and Reg. X Section 3500.21(e)(1), please provide:

1. A full, double sided, certified "true and accurate" copy of the original promissory note and security instrument and <u>all</u> assignments of the security instrument.

2. Full name, address and telephone number of the actual entity that funded the transaction.

3. Pursuant to the Truth In-Lending Act § 131(f)(2) and 15 U.S.C. § 1641 (f): Please provide the name, address and telephone number of the owner(s) of the mortgage and the master servicer of the mortgage.

4. Full name of Trust where the Note Number is trading, or has traded, and the identifying Series of Certificates. *(Note: If the note number is being traded in a Fannie Mae Trust or Freddie Mac Trust, please provide all information to identify the Trust (i.e. Fannie Mae Pool Number, CUSIP Number, REMIC or SMBS Trust Number and Trust Class/Tranche).*

5. Full name, address, and telephone number of the Trustee.

6. Full name, address, and telephone number of the Custodian of my original Promissory Note, including the name, address and telephone number of any trustee or other fiduciary. This request is being made pursuant to Section 1641(f)(2) of the Truth In Lending Act.

7. The MERS Milestone Report, if the note number and security instrument was tracked by Mortgage Electronic Registration Systems.  I want to see the audit trail of the alleged transfer in ownership and alleged transfer in security interest.

8. A complete audit history from alleged loan origination, showing the dates payments were applied, and to what internal accounts (i.e. principal, interest, suspense, escrow, etc.) payments were applied.

9. A complete and itemized statement of any and all fees and/or charges against this account.

10. A complete and itemized statement of the escrow for this account, if any, from the date of the note origination to the date of your response to this letter.

11. A complete and itemized statement from the date of the note origination to the date of your response to this letter of the amounts charged for any forced-placed insurance, the date of the charge, the name of the insurance company, the relation of the

8195565186

insurance company to you or a related company, the amount of commission you received for each force-placed insurance event, and an itemized statement of any other related expenses and any claims paid out thereto.

12. Complete and itemized statement of any and all fees incurred to modify, extend, or amend the loan or to defer any payment or payments due under the terms of the loan, from the date of the note origination to the date of your response to this letter.

13. Complete, itemized statement of the current amount needed to pay-off the alleged "loan" in full.

14. Verification of any notification provided to me of a change in servicer.

PLEASE TAKE NOTICE; you should be advised that within five (5) days you must send us a letter stating that you received this letter, after that time you have thirty (30) days to fully respond as per the time frame mandated by Congress, in "Subtitle 'E' Mortgage Servicing" of the "Dodd-Frank Wall Street Reform and Consumer Protection Act and pursuant to 12 U.S.C. Section 2605(e)(1)(A) and Reg. X Section 3500.21(e)(1).

PLEASE TAKE FURTHER NOTICE; you should be advised that Violations of this Section provide for statutory damages of up to $4,000 and reasonable legal fees. The amendments also clearly provide that the new notice rules are enforceable by private right of action.

### NOTICE TO CEASE AND DESIST

I am hereby requesting in writing that neither you, nor any agent on your behalf, call me at home or at work. Do not call me at my home number, or at my place of employment. Please give this information to the appropriate parties within your company so they may comply.

In Order to avoid any misunderstanding, all communication shall henceforth be on the record, i.e. in writing and duly served. Please serve all communications and process directly to the mailing address provided above.

Thank you for taking the time to acknowledge and answer this request as required by Real Estate Settlement and Procedures Act section (2605(e)).

Very truly yours,

8195565186

Without prejudice,

By: _____
Authorized representative of FLAVIUS N. EURISTHE

By: _____
Authorized representative of KIMILA S. HOWARD-EURISTHE

State of Texas )
County of Tarrant )

Subscribed and sworn to (or affirmed) before me on this 14th day of January 2023, by Flavius N. euristhe and Kimila S. Howard-euristhe _____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public Signature Notary Public Seal

BRITTANY ARNOLD
Notary Public, State of Texas
Comm. Expires 08-16-2026
Notary ID 133911025

8195565186



LIBRARY OF CONGRESS

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled THE STATUTES AT LARGE OF THE UNITED STATES OF AMERICA, and that the attached photocopies (from PART 1, VOL. XLVIII) - the title page and pages 112 and 113 on which appears H.J. Res. 192, a JOINT RESOLUTION To assure uniform value to the coins and currencies of the United States, June 5, 1933 - are a true representation from that work.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on May 3, 2012.

Gregory T. Cooper
Duplication Services, Section Head
Office of Business Enterprises
Library of Congress

THE

# STATUTES AT LARGE

OF THE

## UNITED STATES OF AMERICA

FROM

MARCH 1933 to JUNE 1934

CONCURRENT RESOLUTIONS
RECENT TREATIES AND CONVENTIONS, EXECUTIVE PROCLAMATIONS
AND AGREEMENTS, TWENTY-FIRST AMENDMENT
TO THE CONSTITUTION

EDITED, PRINTED, AND PUBLISHED BY AUTHORITY OF CONGRESS
UNDER THE DIRECTION OF THE SECRETARY OF STATE

# VOL. XLVIII

IN TWO PARTS

PART 1—Public Acts and Resolutions.

PART 2—Private Acts and Resolutions, Concurrent Resolutions
Treaties and Conventions, Executive Proclamations
and Agreements, Twenty-first Amendment to the
Constitution.

## PART 1

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1934

For sale by the Superintendent of Documents, Washington, D. C. - - - - - - - - - - Price $4.00 (Buckram)

[CHAPTER 46.]

AN ACT

Authorizing a per capita payment of $100 to the members of the Menominee Tribe of Indians of Wisconsin from funds on deposit to their credit in the Treasury of the United States.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Secretary of the Interior be, and he is hereby, authorized to withdraw from the fund in the Treasury of the United States on deposit to the credit of the Menominee Indians in the State of Wisconsin a sufficient sum to make therefrom a per capita payment or distribution of $100, in three installments, $50 immediately upon passage of this Act, $25 on or about October 15, 1933, and $25 on or about January 15, 1934, to each of the living members on the tribal roll of the Menominee Tribe of Indians of the State of Wisconsin, under such rules and regulations as the said Secretary may prescribe.

Approved, June 3, 1933.

[CHAPTER 47.]

JOINT RESOLUTION

Authorizing the Secretary of War to receive for instruction at the United States Military Academy at West Point, Posheng Yen, a citizen of China.

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Secretary of War be, and he is hereby, authorized to permit Posheng Yen to receive instruction at the United States Military Academy at West Point for the course beginning not later than July 1, 1934: *Provided,* That no expense shall be caused to the United States thereby, and that Posheng Yen shall agree to comply with all regulations for the police and discipline of the Academy, to be studious, and to give his utmost efforts to accomplish the courses in the various departments of instruction, and that said Posheng Yen shall not be admitted to the Academy until he shall have passed the mental and physical examinations prescribed for candidates from the United States, and that he shall be immediately withdrawn if deficient in studies or in conduct and so recommended by the Academic Board: *Provided further,* That in the case of said Posheng Yen the provisions of sections 1320 and 1321 of the Revised Statutes shall be suspended: *Provided further,* That S.J.Res. 170, approved March 3, 1933, be, and the same is hereby, repealed.

Approved, June 5, 1933.

[CHAPTER 48.]

JOINT RESOLUTION

To assure uniform value to the coins and currencies of the United States.

Whereas the holding of or dealing in gold affect the public interest, and are therefore subject to proper regulation and restriction; and Whereas the existing emergency has disclosed that provisions of obligations which purport to give the obligee a right to require payment in gold or a particular kind of coin or currency of the United States, or in an amount in money of the United States measured thereby, obstruct the power of the Congress to regulate the value of the money of the United States, and are inconsistent with the declared policy of the Congress to maintain at all times the equal power of every dollar, coined or issued by the United States, in the markets and in the payment of debts: Now, therefore, be it

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That (a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payment in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be against public policy; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any coin or currency which at the time of payment is legal tender for public and private debts. Any such provision contained in any law authorizing obligations to be issued by or under authority of the United States, is hereby repealed, but the repeal of any such provision shall not invalidate any other provision or authority contained in such law.

(b) As used in this resolution, the term "obligation" means an obligation (including every obligation of and to the United States, excepting currency) payable in money of the United States; and the term "coin or currency" means coin or currency of the United States, including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations.

SEC. 2. The last sentence of paragraph (1) of subsection (b) of section 43 of the Act entitled "An Act to relieve the existing national economic emergency by increasing agricultural purchasing power, to raise revenue for extraordinary expenses incurred by reason of such emergency, to provide emergency relief with respect to agricultural indebtedness, to provide for the orderly liquidation of joint-stock land banks, and for other purposes", approved May 12, 1933, is amended to read as follows:

"All coins and currencies of the United States (including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations) heretofore or hereafter coined or issued, shall be legal tender for all debts, public and private, public charges, taxes, duties, and dues, except that gold coins, when below the standard weight and limit of tolerance provided by law for the single piece, shall be legal tender only at valuation in proportion to their actual weight."

Approved, June 5, 1933, 4.40 p.m.

[CHAPTER 49.]

AN ACT

To provide for the establishment of a national employment system and for cooperation with the States in the promotion of such system, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That (a) in order to promote the establishment and maintenance of a national system of public employment offices there is hereby created in the Department of Labor a bureau to be known as the United States Employment Service, at the head of which shall be a director. The director shall be appointed by the President, by and with the advice and consent of the Senate, and shall receive a salary at the rate of $8,500 per annum.

(b) Upon the expiration of three months after the enactment of this Act the employment service now existing in the Department of Labor shall be abolished; and all records, files, and property (including office equipment) of the existing employment service



1:37        EXHIBIT A

🔒 tools.usps.com — Private

Tracking Number:

# RF184189589US

📋 Copy      ✦ Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 1:01 pm on January 25, 2023 in MOORPARK, CA 93021.

**Delivered**
Delivered, Left with Individual
MOORPARK, CA 93021
January 25, 2023, 1:01 pm

**Out for Delivery**
MOORPARK, CA 93021
January 25, 2023, 8:25 am

**Arrived at Post Office**
MOORPARK, CA 93021
January 25, 2023, 8:14 am

**Departed USPS Facility**
GOLETA, CA 93199
January 25, 2023, 12:15 am

**Arrived at USPS Facility**
GOLETA, CA 93199
January 25, 2023, 12:01 am

| Registered No. | | Date Stamp |
|---|---|---|
| RF184189589US | | 0179 |
| Reg. Fee $1.44 | | 17 |
| Handling Charge $14.6 | Return Receipt | |
| Postage $0.00 | Restricted Delivery | |
| $0.00 | | |
| Received by $0.00 | | |
| Customer Must Declare Full Value $0.00 | 01/17 Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). | |

OFFICIAL USE

**FROM:** Flooring Dennistle
℅ Rural Route
9912 Villa Verde Dr
FORT WORTH, TX [76179]

**TO:** Penny Manso - General Counsel
Global ___ 9303 ___ Drive ste 200
Moorpark, CA 9302]

PS Form **3806**, **Receipt for Registered Mail**     Copy 1 - Customer
May 2007 (7530-02-000-9051)                                (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com



EXHIBIT _CC_

_29_ **Pages**

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter,

**Affidavit of Truth and Fact**
### DEBT VALIDATION DEMAND PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT

### DEMAND TO SOP FORECLOSURE UNTIL VALIDATION IS COMPLETE

### ACKNOWLEDGEMENT & ACCEPTANCE OF WARRANTY DEED

"Affidavits are often the only supporting evidence....
Affidavits alone should therefore certainly be sufficient to prove a *prima facie* case."
*United States v. Kis*, 658 F.2d 526, 536 N.28 (7th Cir. 1981)

Notice to agent is notice to principal, notice to principal is notice to all.
**UCC 1 § -308, & UCC 3 § -202, & UCC 9 § -109, 1**

Flavius & Kimila Euristhe
C/o 9912 Villa Verde Drive
Fort Worth, Texas Republic Near [76179]

1. John G. Aldridge Jr. As Principal & Paul A. Hoefker as Trustee of Aldridge Pite LLP. Six Piedmont Center, 3525 Piedmont Road N.E. Suite 700, Atlanta Ga 30305- Registered Mail # RF 184 190 613 US

2. Richard J. Hipolit, Department of Veterans Affairs, General Counsel- 810 Vermont Avenue N. W. Washington DC 20420- Certified Mail # 7021 1970 0002 1696 2757

3. Scott Everett, Everett Financial Dba Supreme Lending, 14801 Quorum Drive, Suite 160, Dallas , Texas 75254 -Certified Mail # 7021 1970 0002 1696 2733

4. CC: Universal Postal Union , Berne , Switzerland

Re:    ALDRIDGE PITE LLP, AS TRUSTEE FOR PENNYMAC , AS NOMINEE FOR EVERETT FINANCIAL DBA SUPREME LENDING  & MORTGAGE ELECTRONIC REGISTRATION SYSTEMS v. FLAVIUS EURISTHE & KIMILA EURISTHE (non Judicial Foreclosure Action - 113037-TX) (See Exhibit A)
**DEBT VALIDATION DEMAND PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT**
**DEMAND TO STOP FORECLOSURE UNTIL VALIDATION IS COMPLETE**

Subject Property:    9912  VILLA VERDE DRIVE, FORT WORTH TX 76179
Alleged Account No.:    8195565186
MERS MIN No:    1003071- 1001295554-3

To Whom It May Concern:

This letter is being sent to you, **as a debt collector**, in response to an alleged notice sent to me regarding the above-referenced matter. Please be advised that this is not a refusal to pay, but a NOTICE sent pursuant to the *Fair Debt Collection Practices Act (*15 USC § 1692g) that your claim is hereby disputed;  and certified, authenticated *validation* is demanded.

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION of the alleged debt is made pursuant to 15 USC § 1692. I respectfully request that your office provide me with competent, certified evidence (under the penalty of perjury) that I have any legal obligation to pay you.

Please provide me with the following (certified and authenticated under penalty of perjury):

- What is the money you say I owe is for;
- A signed contract by both parties that meet the elements of a lawful contract(See Exhibit B) Note: A promissory Note is not a contract
- Show and explain me how you calculated what you say I owe;
- Provide me with copies of any papers that show I agreed to pay what you say I owe;
- Provide a verification or copy of any judgment if applicable;
- Identify the original creditor;

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by:
Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter,

- Prove appointment to execute our Trusts and provide the vested under an expressed agreement to act as trustee for the beneficiaries flavius and Kimila ; _on Exhibit A_
- Show me that you are licensed to collect in my state; and
- Provide me with your BAR license numbers and Registered Agent. _For all attornies on Notice_
- Provide for inspection the contract (o/a 4/2021) where flavius and Kimila (the beneficiaries and only authorized representatives of the en legis) assigned you as trustee when the property was acquired for theTrust and Paid by funds from the Trusts ALL CAP NAMES

At this time I will also inform you that if your offices have reported invalidated information to any of the three (3) major Credit Bureau's (Equifax, Experian or TransUnion) this action might constitute fraud under both Federal and State Laws. Due to this fact, if any negative mark is found on any of my credit reports by your company or the company that you represent, I will not hesitate in bringing legal action against you for the following:

- Violation of the *Fair Credit Reporting Act*
- Violation of the *Fair Debt Collection Practices Act*
- Defamation of Character
- Other State and Federal violations

If your offices are able to provide the proper documentation as requested in the following Declaration, I will require at least 30 days to investigate said information, and during such time all collection activity must cease and desist.

Also during this *validation* period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit. This includes any listing any information to a credit reporting repository that could be inaccurate or invalidated or verifying an account as accurate when in fact there is no provided proof that it is.

If your offices fails to respond to this validation request within 30 days from the date of your receipt, as required by the *Fair Debt Collection Practices Act*, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately. Failure to respond shall incur fees and your silence will be taken as acquiescence to the facts that I. There's is no contract and no debt, and a lawful demand for. Full reconveyance which will be considered as settled in law that .

I would also like to request, in writing, that no telephone contact be made by your offices to my home or to my place of employment. If your offices attempt telephone communication with me, including but not limited to computer generated calls and calls or correspondence sent to or with any third parties, it will be considered harassment and I will have no choice but to file suit. All future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

Additionally, the subject property is in Land Patent and is held in a Trust, and as such is exempt from non judicial foreclosure. Previously sent to Aldridge Pite LLP by registered mail label RF 184 191 145 US which was received in Atlanta GA 30305, May 26, 2023 at 3:14pm.

Furthermore in an attempt to leave peaceably and in honor we sent lawful money to PennyMac to pay the account off on certified mail label 7021 1970 0002 1699 2600. It was received by PennyMac in Moorpark CA 93021, March 20,2023 at 10:31am.

It would be advisable that you assure that your records are in order before I am forced to take legal federal action. This is an attempt to correct your records; any information obtained shall be used for that purpose.

*Take notice and be warned that you are in violation of Copyright Law for using our registered and protected names by both Common Law and the United States Patent Office (USPTO). You are here by given notice and the fee for this violation is set at $1 million US Dollars. There will be a bill for the violation. Used at Exhibit A without our expressed written Permission.*

*We have reserved our right to redress the Fraud committed by PennyMac and have superior title to the property in question ( See Exhibit C) and (See Exhibit D) Certificate of acceptance of warranty deed for both Flavius and Kimila. Evidence of proof of the Fraud and swindle*

Lastly, for you to auction the subject property, as Trustee in the above-referenced matter, would be a direct violation of the *Fair Debt Collection Practices Act* (15 U.S.C. § 1692f) if all concerned parties allow the alleged Grantee or the Servicer, your alleged client, to illegally foreclose on the subject property if alleged Grantee is (1) Not in possession of the original, unaltered Note, and (2) if Grantee is not the holder in due course under Texas Commercial Code.

DEBT VALIDATION DEMAND – DEMAND TO STOP FORECLOSURE

15 USC §1692f - **Unfair Practices:** (6) Taking or threatening to take any *nonjudicial* action to effect *dispossession* or disablement of property if – (A) *there is no present right to possession of the property claimed as collateral through an enforceable security interest;* (B) Any person who violates this section shall be liable to the same extent and in the same manner as a debt collector is liable under section 813 for failure to comply with a provision of this title (emphasis added).

If your client foreclosures on and sells the subject property, you and all parties working in conjunction with you will be defendants in a Federal law suit for violations of the *Fair Debt Collection Practices Act* and other State and Federal statutory violations for statutory, actual and punitive damages and for all other fees and expenses necessary to prosecute such an action.

Penalties and damages for dishonor may include the bill for violations listed below:

a. Fraud - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
b. Extortion - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
c. Denial of Right to Happiness/Harassment – Causing Financial Harm - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
d. Dishonor in Commerce - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
e. Collusion - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
f. Racketeering - $1,000,000.00 ()One million US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
g. Conspiracy - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
h. Breach of Fiduciary Duty - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
i. Intimidation - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
j. Defamation - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
k. Violations of TILA - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
l. Coercion - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
m. Violations of FDCPA - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

*PENALTIES*

1. Failure to pay claim in full within 30 days of default – One million US Dollars per calendar day beginning on the 31st day after default.
2. Failure to pay claim within 60 days of default - Three million US Dollars per calendar day beginning the 61st day after default.
3. Failure to pay claim in full within 90 days of default - Five million US Dollars per calendar day beginning on the 91st day of default.
4. All claims are represented in US dollars which is defined for the purposes of this contract as the value of a one ounce silver coin of .999 fine silver as established by the US Mint on the first day of default. If the claim is paid in federal reserve notes or other lawful negotiable instruments, these instruments will only be accepted at the par value of silver as indicated above.
5. Total Damages will be assessed as the total amount of the damages as outlined in items 1-13 added to seven (7) times the damages, for Punitive, or other additional damages.
6. Damages to be collected via garnishing wages, bank accounts, real and/or personal property, future earnings, all public hazard bonds, corporate bonds, blanket bonds, insurance policies, CAFR funds etc.

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created For: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter,

Supporting laws including but not limited to

18 U.S. Code § 1651. Piracy under law of nations
Whoever, on the high seas, commits the crime of piracy as defined by the law of nations, and is afterwards brought into or found in the United States, shall be imprisoned for life.

18 U.S. Code § 1341. Frauds and swindles
Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.

18 U.S.C. § 1651 et Seq. Piracy and privateering are federal offenses.
It is a FELONY to use one?s office, de facto or otherwise, in the capacity of a ?Debt Collector? to collect a debt without the requisite evidentiary proof of the debt giving rise to the obligation and the resulting liability. Ever hear of ?RICO,? or read 18 U.S.C. " 1951-1968; particularly ' 1961(3)]. Without showing liability on the face of the instrument, the prosecution has failed to state a claim. Under the FDCPA, 28 U.S.C. " 3001 et seq., without verification of the debt, upon timely demand therefore, Scienter and FELONY FRAUD ensues.

**NO** written contract is enforceable if it is made without any element of a lawful contract:

1. Parties competent, of the age of consent, contract between legal or lawful entities. 2. Free and genuine consent, not obtained by fraud, deceit, coercion, or mistake. 3. Full disclosure, providing all material information that may influence a decision. 4. Sufficient consideration, something of value exchanged between the parties. 5. Certainty of terms and conditions, fixed and unable to be changed without agreement. 6. Meeting of the minds, when the parties recognise and understand their obligations.7. Signatures or autographs, in wet ink, as recorded evidence of reciprocal consent.

**Contract Case Law:**

"Failure to reveal the material facts of a license or any agreement is immediate grounds for estoppel." *Lo Bue v. Porazzo*, 48 Cal.App.2d 82, 119, p.2d 346, 348.

"Waivers of fundamental Rights must be knowing, intentional, and voluntary acts, done with sufficient awareness of the relevant circumstances and likely consequences." *U.S. v. Brady*, 397 U.S. 742 at 748 (1970); U.S.v. O'Dell, 160 F.2d 304 (6th Cir. 1947)".

Unconscionable "contract" - "One which no sensible man not under delusion, or duress, or in distress would make, and such as no honest and fair man would accept." *Franklin Fire Ins. Co. v. Noll*, 115 Ind. App. 289, 58 N.E.2d 947, 949, 950.

"Party cannot be bound by contract that he has not made or authorized." Alexander v. Bosworth (1915), 26 C.A. 589, 599, 147 P.607.

Subject Jurisdiction. With no subject matter jurisdiction, the judge and other officers of the court have no official or judicial immunity and can be held personally and criminally liable for wrongdoing.  The courts have held:
*"When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost."*
***Rankin v. Howard***, (1980) 633 F.2d 844, cert. den. Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326.

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter,

" *A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts."*
***Davis v. Burris, 51 Ariz. 220, 75 P.2d 689 (1938).***

*"When a judicial officer acts entirely without jurisdiction or without compliance with jurisdiction requisites he may be held civilly liable for abuse of process even though his act involved a decision made in good faith, that he had jurisdiction."*

The Intentional Organization Immunities Act of 1945 placed all courts under the jurisdiction of the United Nations (reference Title 22 CFR Foreign Relations with Oaths of Office under section 92.12 and 92.31). Under Title 8 USC 1481 all oath takers judges, law enforcement officers, etc.) voluntarily forfeit their citizenship via the Oath of Office thus becoming foreign agents and are required to register under the Foreign Sovereign Immunity Act. **US Govt. Code imposes $75,000 fine and imprisonment for Unregistered Foreign Agents.**

I have presented and registered this document vessel under the jurisdiction of the universal postal union by paying the transit fee of one dollar as the postmaster canceling the stamp of this vessel for this vessels delivery and peaceful protection on the registered mail number RF 184 190 613 US

All Rights Retained
Respectfully Submitted

*without prejudice ucc 1-308*

By: *Flavius -Nichita:. Euristhe*
Flavius Nichita Euristhe. Authorized
Signatory for FLAVIUS NICHITA
EURISTHE

By: *Kimila -Shavonne:. Euristhe*    *without prejudice ucc 1-308*
Kimila Shavonne Euristhe. Authorized
Signatory for KIMILA SHAVONNE
EURISTHE

STATE OF TEXAS              )
                           ) ss.: ACKNOWLEDGEMENT
COUNTY OF TARRANT )

This document was acknowledged before me this before me this _3rd_ day of _JUNE_ ,
20 _23_ by Flavius Nichita Euristhe & Kimila Shavonne Euristhe: ____ Personally Known
_✓_ Produced Identification
Type and # of ID _U.S. Passport    A03562361_
Type and # of ID _U.S. Passport    A03562362_



(Signature of Notary)

(Seal)

LINDA WATSON
Notary Public, State of Texas
Comm. Expires 03-30-2026
Notary ID 125722565

_LINDA WATSON_
(Name of Notary Printed)
Notary Public, State of Texas

NOTICE: Use of the notary public is for verification of signature and identity confirmation only. It implies no consent to federal jurisdiction under the Buck Act as one is 'without the jurisdiction of the District of Columbia'.

NOTICE: Use of the notary public is for verification of autograph or seal of individual biological 'character' confirmation only implying no presumption to federal jurisdiction whatsoever.

# EXHIBIT A

## 1 Pages

## NOTICE OF SUBSTITUTE TRUSTEE'S SALE

**THIS INSTRUMENT APPOINTS THE SUBSTITUTE TRUSTEE(S)
IDENTIFIED TO SELL THE PROPERTY DESCRIBED IN THE SECURITY
INSTRUMENT IDENTIFIED IN THIS NOTICE OF SALE.
THE PERSON SIGNING THIS NOTICE IS THE ATTORNEY OR AUTHORIZED
AGENT OF THE MORTGAGEE OR MORTGAGE SERVICER.**

Matter No.:  113037-TX

Date:    May 10, 2023

County where Real Property is Located: Tarrant

ORIGINAL MORTGAGOR:       FLAVIUS EURISTHE AND KIMILA EURISTHE, HUSBAND AND
                          WIFE

ORIGINAL MORTGAGEE:       MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS
                          BENEFICIARY, AS NOMINEE FOR EVERETT FINANCIAL, INC.
                          D/B/A SUPREME LENDING, ITS SUCCESSORS AND ASSIGNS

CURRENT MORTGAGEE:        PennyMac Loan Services, LLC

MORTGAGE SERVICER:        PennyMac Loan Services, LLC

DEED OF TRUST DATED 3/4/2021, RECORDING INFORMATION: Recorded on 3/8/2021, as Instrument No.
D221060918

SUBJECT REAL PROPERTY (LEGAL DESCRIPTION): LOT 10, BLOCK 12, LA FRONTERA, AN
ADDITION TO THE CITY OF FORT WORTH, TARRANT COUNTY, TEXAS, ACCORDING TO THE
MAP OR PLAT THEREOF RECORDED IN DOCUMENT NO. D219215343, PLAT RECORDS OF
TARRANT COUNTY, TEXAS.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that on **7/5/2023**, the foreclosure sale will be conducted in
**Tarrant** County in the area designated by the Commissioners Court, pursuant to Section 51.002 of the Texas Property
Code as the place where the foreclosure sales are to take place. If no place is designated by the Commissioners Court,
sale will be conducted at the place where the Notice of Trustee's Sale was posted. The trustee's sale will be conducted
no earlier than **11:00 AM** or not later than three (3) hours after that time, by one of the Substitute Trustees who will
sell, to the highest bidder for cash, subject to the unpaid balance due and owing on any lien indebtedness superior to
the Deed of Trust.

PennyMac Loan Services, LLC is acting as the Mortgage Servicer for PennyMac Loan Services, LLC who is the
Mortgagee of the Note and Deed of Trust associated with the above referenced loan. PennyMac Loan Services, LLC,
as Mortgage Servicer, is representing the Mortgagee, whose address is:

PennyMac Loan Services, LLC
3043 Townsgate Rd, Suite 200
Westlake Village, CA 91361

**FILED**

**MAY 1 5 2023**

COUNTY CLERK, TARRANT CO., TEXAS
BY_____ DEPUTY

The Mortgage Servicer is authorized to represent the Mortgagee by virtue of a servicing agreement with the
Mortgagee.  Pursuant to the Servicing Agreement and Texas Property Code §51.0025, the Mortgage Servicer is
authorized to collect the debt and to administer any resulting foreclosure of the property securing the above referenced
loan.

Page 1 of 2



AP NOS/SOT 08212019

4785486

Matter No.:  113037-TX

**WHEREAS,** in my capacity as attorney for the Mortgagee and/or its Mortgage Servicer, and pursuant to Section 51.0076 of the Texas Property Code, **I HEREBY APPOINT AND DESIGNATE DAVID STOCKMAN, DONNA STOCKMAN, BRENDA WIGGS, GUY WIGGS, KATHY ARRINGTON, JANET PINDER, BRANDY BACON, MICHELLE SCHWARTZ, JAMIE DWORSKY, PAUL A. HOEFKER, ROBERT L. NEGRIN** or either one of them, as Substitute Trustee, to act, either singly or jointly, under and by virtue of said Deed of Trust and hereby request said Substitute Trustees, or any one of them to sell the property in said Deed of Trust described and as provided therein.  The address for the Substitute Trustee as required by Texas Property Code, Section 51.0075(e) is Aldridge Pite, LLP, 2950 North Loop West, Suite 500, Houston, TX 77092, Phone (713) 293-3618.

**Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.**

By: _____
Paul A. Hoefker, Attorney
Robert L. Negrin, Attorney
Aldridge Pite, LLP
8880 Rio San Diego Drive, Suite 725
San Diego, California 92108

**Return to:**
ALDRIDGE PITE, LLP
8880 RIO SAN DIEGO DRIVE, SUITE 725
P.O. BOX 17935
SAN DIEGO, CA 92108-0935
FAX #: 619-590-1385
866-931-0036

**FILED**

MAY 1 5 2023

COUNTY CLERK, TARRANT CO., TEXAS
BY_____DEPUTY

Unofficial Copy

# EXHIBIT ℬ
## _____ Pages

# The 8 Parts of a LAWFUL CONTRACT

**Definition**
A contract is an agreement entered into voluntarily by two or more parties with the intention of creating a legal obligation. An express contract is one whose terms are specifically stated, either orally or in writing. An implied contract is one where the terms are inferred, in whole or in part, from conduct or circumstances rather than from written or spoken words. The only legal difference between an implied contract and an express contract is the way that mutual assent is given.

**A Lawful Contract, when in writing, requires:**

**1. Parties competent to contract**
The parties to a contract should be competent, being of the age of majority/consent, of sound mind, and not disqualified from contracting by any law to which s/he is subject. A flaw in capacity may be due to minority, lunacy, idiocy, drunkenness or status. The status of the parties should be of like kind, being *artificial Legal Person and artificial Legal Person*, or *living Man/Woman and living Man/Woman*, allowing two or more parties but never a mixture of these kinds.

**2. Free and genuine consent**
The consent of the parties to the agreement must be free and genuine. The consent of the parties should not be obtained by misrepresentation, fraud, undue influence, coercion or mistake. If the consent is obtained by any of these flaws, then the contract is not valid.

**3. Full disclosure**
When negotiating a contract, *full disclosure* is the act of providing all material information, or telling the "whole truth", about any matter which may influence the decision-making of the other party or parties before they decide to enter into a contract.

**4. Sufficient mutual consideration**
The *consideration* is something of value possessed by the parties that is brought to the contract table. This something of value is bargained for and given in exchange for a promise or a performance. The parties must each *receive a benefit* and each *suffer a detriment*. To be enforceable, a contract must have sufficient consideration. A contract is unenforceable if it has insufficient or unequal consideration without agreement.

**5. Certainty of terms**
The Terms and Conditions of the contract must be fully disclosed and agreed upon, and must be certain and fixed, i.e. not variable as with interest rates.

**6. Meeting of the minds**
A *meeting of the minds 'consensus ad idem'*, occurs between the parties when they recognise each other, understand their mutual obligations, and agree. This *meeting of minds* can only occur between like kinds in status, *Man/Woman with Man/Woman*, or when these are "acting" as *Legal Person with Legal Person*. A corporation and another corporation may enter into contract by way of 'accomodation parties', and a sentient being and another sentient being may enter into a contract directly, but a corporation and a sentient being together cannot enter into a contract as they are not of equal status.

**7. Signatures or autographs**
Written contracts between *artificial Legal Persons* must carry the wet ink *signatures* of the parties, because a wet ink signature is an "accommodation" from a *living Man/Woman*, declared or not. Written contracts between sentient beings must carry the wet ink *autographs* of the parties, and/or living identification such as a thumbprint. Living status is recognised by a thumbprint, or more often by an *unambiguous declaration* with the *autograph*, such as "authorised agent" written below.

**8. Privity of contract**
A contract exists only between the parties. No third-party can obtain rights contained within a contract, or buy or sell a contract, without the express permission of the original parties.

# EXHIBIT C

## _____ Pages

When Recorded Return To:
Flavius-Nichita:,Euristhe
in care of: 9912 Villa Verde Drive
Fort Worth, Texas Republic
Zip Code Exempt [near 76179]
--------------------------[SPACE ABOVE THIS LINE FOR RECORDING--------------------------
Reference to  Documents provided at Closing
Grantor: FIRST TEXAS HOMES
Grantee (alleged): FLAVIUS NICHITA EURISTHE,
Abbreviated Legal Description: " Lot 10, Block 12, LA FRONTERA, An Addition to the City of Fort
Worth, Tarrant County, Texas, according to the Map or Plat thereof recorded in Document No.
D219215343, Plat Records of Tarrant County, Texas."
Physical Description: 9912 Villa Verde Drive, Fort Worth, Texas 76179, Tarrant County
Assessor's Property Tax/Account Number(s): 00042594781

CERTIFICATE OF ACKNOWLEDGMENT OF WARRANTY DEED

BE IT KNOWN to all COURTS, GOVERNMENTS, CORPORATIONS and/or any other
concerned PARTIES, PERSONS/persons, Publicly or Privately, that i, Flavius- Nichita of the
family of Euristhe (or "Flavius- Nichita: Euristhe") (hereinafter "i," "i Am," "Me," "My," or "the
undersigned"), a Living man, in actual existence, a man born of a Woman, a Pre-
March 9, 1933 Private American/State National and for good reason, cause and in good
conscience do hereby DECLARE, PROCLAIM, VERIFY and AFFIRM, that i am of lawful
age, i have firsthand knowledge of the facts and assertions advanced herein; i am
competent to state that the following facts and assertions advanced in this document are
true, correct, and complete in all material fact, not misrepresented, except as to those
matters herein made upon information and belief, and as to those facts and assertions, i
believe them to be true and admissible as evidence in a court of Common Law or Exclusive
Equity, and if called upon as a witness, i will testify to the veracity of My
statements, to wit:

i, Flavius- Nichita: Euristhe, Am a PUBLICLY DECLARED Pre-March 9, 1933 Private
American/State National, a Non-U.S. Citizen **(see VERIFIED DECLARATION via AFFIDAVIT OF
STATUS of Flavius-Nichita: Euristhe in the PIMA COUNTY RECORDER'S OFFICE,
Instrument Number: 20223540031; autographed by me Nov 12, 2022, hereinafter "AOS").**
i Am not "FLAVIUS NICHITA EURISTHE," "FLAVIUS NICHITA ERISTHE," "FLAVIUS N. EURISTHE" nor
"FLAVIUS  N. ERISTHE" any derivation of said styled name **(AOS pp. 05 to 08 of a 28 page
document under sequence No.: 20223540031)**

i, Flavius- Nichita: Euristhe, the living woman, in the capacity of Flavius- Nichita: Euristhe, Am
recorded as the grantee on the attached Warranty Deed [ certified copy  Deed identified as
DD221060917 ( See Exhibit A ) to be filed with this document] **(dated March 08, 2021, time**

*f cert Deed
1*

stamped 12:25pm containing 2 pages under TARRANT COUNTY Instrument Number DD 221060917 and issued to us at closing (hereinafter "Deed") for the Real Estate described on the certified copy of said attached Deed ( See Exhibit A).

The transaction regarding said Real Estate was executed via FLAVIUS NICHITA EURISTHE ( Kimila was not present so  Flavius signed as Attorney in Fact on Behalf of Kimila who was in El Paso at the time on Military Orders she is still currently serving with an expected retirement of August 2025), which was a STATE-created Estate created for My exclusive benefit that now is claimed as My
trust, of which i am the sole beneficiary (see, AOS pp. 05 to 08 of a 28 page document under sequence No.: 20223540031).

It is My specific intent and purpose by My freewill act and deed to ACKNOWLEDGE, in nature, for and on the Public Record, My ACCEPTANCE of the Deed and that i claim Lawful Ownership, as a living woman, of the Real Estate (fee simple absolute), with indefeasible, good title, under the terms of the Deed.

Accordingly, i MOVE the TARRANT COUNTY RECORDER'S OFFICE to update the record on file to show My ACKNOWLEDGMENT and ACCEPTANCE of the Deed, and that i Am, as a living woman, the Lawful Owner of the Real Estate (fee simple absolute). It is a fact that Tarrant County Clerks are under specific instructions from The Texas Attorney Generals Office to not file or record any paperwork related to American State Nationals. This is done in violation of the oath of office taken took to uphold the constitution. Therefore this will be recorder in Pima County Arizona

All of My other Real Property and interest attached to the aforementioned Real Estate is to be immediately returned to Me.

The rationale for this Acknowledgement is to retain Rights under the UCC given the Discovery of material facts and evidence which were withheld at the time of closing. Had i been made aware of this information i would have walked away from the table. The  Discovery of the facts are as follows:

1. the property was paid in full o/a 4th of March, 2021 when money was taken from my Trust without my permission via my SSN and signature ( which i was compelled to give under duress and in violation of Section 7 of the Privacy Act( Found at 5 USC section 522a)), That information was used to steal funds form my trust and used to pay for the property in full without my expressed permission or knowledge and  in  violation of 18 USC 241 and 18 USC 242, the money was paid to Scott Everett.

2. Despite the fact that Scott Everett was paid in full he is listed on the deed as having not only a vendors lien but superior title retained  in favor of him, Scott Everett ( who received full payment for the property from my Trust. Scott Everette then did an illegal conversion and pretended too offer me a loan and loaned me my own money and charged my users for my own money with an expected pay out of over  $1.5 Million US Dollars over the course of 30

*f cert deed*
*2*

years of expected loan payment.  My Trust was raided and the funds absconded went to Scott Everett, I was never made a shareholder in Everette financial with an equity position valued at $547, 475.00 the amount of money he stole. They pretended to do a loan and charged me and collected a down payment in violation of the law.

3. We now understand Flavius and Kimila were victims of Human trafficking( as defined by the United Nations as the receipt of people for profit via exploit) as the Deed clearly demonstrates that First Texas as Grantor  gave the property to the grantees FLAVIUS NICHITA EURISTHE & KIMILA EURISTHE are  we now slaves to Scott Everett based on lies?

4. Upon examining the deed it says that First Texas was paid in Full.

5. We now understand that there was fraud and swindle and now extortion as  Scott Everette sold the promissory note which was paid in full to PennyMac who is now extorting money from Flavius and Kimila, the beneficiaries and executor and executrix of the trust.

6. We purchased title insurance to cover any liens and have now discovered we have a claim against the title company and the policy as there was a lien on the property as attested to by the deed. **The VA was Complicit in the fraud acting as a guarantor who will access our trust again if default occurs.**

7. The UCC states that " the making of a valid reservation of rights preserves whatever rights the person proposed at the time, and prevents the loss of such rights by application of the concepts of waiver or estoppel (UCC 1-202-7). <u>Additionally, "when a waivable right or claim is involved, the failure to make a reservation thereof causes a loss of the right, and bars it's assertion at a latter date" ( UCC 1-308.9). We are making our claim known early via this acknowledgement and assert that we reserve the right to redress at a latter date. Further it says at UCC 1-308.9:  The sufficiency of the reservation: Any expression indicating an attempt to reserve rights is sufficient, such as " without prejudice UCC 1- 308.</u>

8. **'Again I say " i reserve my right to redress without prejudice UCC 1-308. " I am reserving my right not be compelled to perform under any contract or commercial agreement that i did not enter into KNOWINGLY , VOLUNTARILY and INTENTIONALLY. I do not accept the liability of any compelled benefit or any un revealed contract or commercial agreement."**

9. **It would be a miscarriage of justice to allow the victimizers and perpetrators of such a Heinous and unconscionable violation to get off Scott free or am I a slave to Scott Everett , PennyMac, EVERETT FINANCIAL and FIRST TEXAS?**

10. **There is no statute of limitation on on making a claim to redress and the recourse is at UCC 1- 103.6 which states, "The code is complimentary to Common Law, which remains in force, except where displaced by the code. A statute should be construed in harmony with the Common Law, unless if there is a clear legislative intent to abrogate the Common Law" ( UCC 1-103.6)**

Other than the evidence in the Deed, i believe no lawful evidence of ownership to said Real Estate exists. ANY OBJECTION TO THIS DOCUMENT MUST BE RESOLVED under Common Law or Exclusive Equity jurisdiction ( Federal Court), in personam, as i am not a STATE- created "U.S. Citizen" or a "legal person," but a living woman (see, AOS). The only competent court which as jurisdiction over me is an Article III ( federal Court). Any attempt to impose jurisdiction

cert Deed

on me shall be met with a fee of 1 Million US Dollars.and the Jude who attempts to coerce jurisdiction will loose their immunity and be exposed to criminal and civil action.

*When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost."* **Rankin v. Howard, (1980) 633 F.2d 844, cert. den. Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326.**
*"A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts."* **Davis v. Burris, 51 Ariz. 220, 75 P.2d 689 (1938).**

In 1938, the Supreme Court of the United States, along with the EMERGENCY BANKING RELIEF ACT of 1933, eliminated, for the U.S. citizen, access to the Common Law, civilian due process and Exclusive Equity (law of the land) and replaced them with military court process/Roman civil law (statutory for legal fictions). But the Constitution, 1 the Common Law and Exclusive Equity is available to Me, a Pre-March 9, 1933 Private American/State National.

Based on My personal knowledge, there are no valid lawful liens or claims against the title regarding the aforementioned Real Estate.

i have clear, fee-simple absolute title to the aforementioned Real Estate in My Christian Name, styled, "Flavius- Nichita: Euristhe," now a Public Record good against all the World.

Done under My Hand and Seal with Specific Intent, Special Purpose by My Freewill Act and Deed. Without Recourse. All Rights Reserved/Retained Without Prejudice UCC 1-308.
1
 Constitution for the united States of America (1791) – The de jure Constitution for the Republic of the united States of America and the first twelve Amendments thereto, passed before President Lincoln instituted Emergency war powers in 1861.

*Flavius- Nichita: Euristhe*

Flavius- Nichita: Euristhe, Private Woman
Pre-March 9, 1933, Private American/State National
Agent of Record for FLAVIUS NICHITA EURISTHE.
Beneficiary of the FLAVIUS NICHITA EURISTHE Estate
in care of: 9912 Villa Verde Drive
Fort Worth, Texas Republic
Zip Code Exempted
Signature Non-Negotiable

<u>ACKNOWLEDGEMENT OF WARRANTY DEED on Registered Mail Number RF 184 189 495 US</u>
Use of a Notary Public on this document does not constitute a contract with the STATE OF TEXAS or the UNITED STATES or waiver of Constitutional and Common Law/Equity rights retained by Flavius- Nichita: Euristhe as a Pre-March 9, 1933 Private American/State National (a Non-U.S. Citizen), nor does it alter Flavius- Nichita: Euristhe's Neutral standing in the original Common-Law/Exclusive Equity Jurisdictions.

# Notary as JURAT CERTIFICATE

Texas State        }
Tarrant County}

On _*December 15, 2022*_ date before me, a Notary Public, personally appeared
Flavius- Nichita; .Euristhe who proved to me on the basis of satisfactory evidence to be the man
whose Name is subscribed to the within instrument and acknowledged to Me that he executed the
same in his authorized capacity, And that by his autograph(s) on the instrument the man executed, the
instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Texas State and the STATE OF
TEXAS that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _____

of Notary / Jurat                                                            seal

LINDA WATSON
Notary Public, State of Texas
Comm. Expires 03-30-2026
Notary ID 125722565

**Notice to agents is notice to principal, Notice to principal is notice to agents.**

**This is The End of this Affidavit**

**Remove** ✕

**Tracking Number:**
**RF184189495US**

 Copy   🏃 Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at
4:05 am on November 28, 2022 in
WASHINGTON, DC 20220.

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20220
November 28, 2022, 4:05 am

● **Arrived at Post Office**
WASHINGTON, DC 20066
November 19, 2022, 1:16 am

● **In Transit to Next Facility**
November 18, 2022

● **Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
November 17, 2022, 10:41 am

● **Arrived at USPS Facility**
DULLES, VA 20101
November 16, 2022, 7:46 pm

● **Arrived at USPS Facility**
COPPELL, TX 75099
November 14, 2022, 2:39 pm

● **Departed USPS Facility**
FORT WORTH, TX 76161
November 12, 2022, 11:00 pm

● **Arrived at USPS Facility**
FORT WORTH, TX 76161
November 12, 2022, 9:22 pm

● **Arrived at USPS Origin Facility**
NORTH RICHLAND HILLS, TX 76180
November 12, 2022, 1:38 pm

● **USPS in possession of item**
NORTH RICHLAND HILLS, TX 76180
November 12, 2022, 10:40 am

● Hide Tracking History

Text & Email Updates   ⌄

D221060917    03/08/2021 12:25 PM    Page: 1 of 2    Fee: $23.00    Submitter: Capital Title of Texas, LLC
Electronically Recorded by Tarrant County Clerk in Official Public Records    Mary Louise Nicholson
                                                                              MARY LOUISE NICHOLSON
                                                                              COUNTY CLERK

Case 4:23-cv-00653-O    Document 1    Filed 06/26/23    Page 118 of 216    PageID 118

21-553818-LB

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## SPECIAL WARRANTY DEED WITH VENDOR'S LIEN

Date: **March 4, 2021**

Grantor: First Texas Homes, Inc., a Texas Corporation

Grantor's Mailing Address (including county): 500 Crescent Court, Ste. 350, Dallas, Texas, 75201 Dallas County

Grantee:
    **FLAVIUS NICHITA EURISTHE and KIMILA EURISTHE, husband and wife**

Grantee's Address:    **9912 Villa Verde Drive, Fort Worth, Texas 76179, Tarrant County**

Consideration:
A cash consideration paid to Grantor by Grantee(s) and the execution and delivery by Grantee, of a promissory note of even date herewith, in the original principal amount of $547,475.00 payable to the order of Everett Financial, Inc. d/b/a Supreme Lending at its offices in Dallas, TX as therein provided, and providing for acceleration of maturity upon default and for attorneys fees.

The payment of the note executed by Grantee is secured and being secured by a vendor's lien and superior title retained herein in favor of Scott Everett, Trustee(s), reference to said Promissory Note and Deed of Trust being hereby made for all purposes:

Grantor has granted, sold and conveyed, and by these presents does GRANT, SELL AND CONVEY, unto Grantee, the following described real property, to-wit:

Property Address: **9912 Villa Verde Drive, Fort Worth, Texas 76179, Tarrant County**

Lot 10, Block 12, LA FRONTERA, an Addition to the City of Fort Worth, Tarrant County, Texas, according to the Map or Plat thereof recorded in Document No. D219215343, Plat Records of Tarrant County, Texas.

Reservations from and exceptions to Conveyance and Warranty:

This conveyance is made subject to all restrictive covenants, mineral reservations of interest, and easements of record affecting the property described herein.

Grantee assumes payment of taxes for current and subsequent years.

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grants, sells, and conveys to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's heirs, executors, administrators, successors, or assigns forever. Grantor hereby binds Grantor and Grantor's heirs, executors, administrators, and successors to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors, and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof, when the claim is by through or under Grantor, but not otherwise, except as to the reservations from and exceptions to conveyance and warranty.

The vendor's lien against and superior title to the property are retained until each note described is fully paid according to its terms, at which time this deed shall become absolute, but it is expressly agreed and stipulated that a vendor's lien is retained in favor of Lender who will hold superior title in and to the above described property, premises and improvements, and the title in the Grantee will not become absolute until the above described Note, together with all renewals and extensions thereof, and all interest and other charges therein stipulated, are fully paid, according to the face and tenor, effect and reading thereof, when this Deed shall become absolute; and it shall be the same as if a vendor's lien was retained in favor of the Grantor herein and assigned by proper assignment to Lender without recourse on Grantor in any manner for the payment of said indebtedness.

SPECIAL WARRANTY DEED WITH VENDOR'S LIEN                                    PAGE 1

When the context requires, singular nouns and pronouns include the plural.

First Texas Homes, Inc. a Texas corporation



Kathy Provence
Asst. Vice President

### ACKNOWLEDGMENT

STATE OF TEXAS                §

COUNTY OF DALLAS          §

THIS INSTRUMENT was acknowledged before me on the 4th day of March, 2021 by Kathy Provence as Asst. Vice President of First Texas Homes, Inc., a Texas Corporation, on behalf of said corporation.

CARMEN DEL ROSARIO SOTO
Notary ID #124692100
My Commission Expires
May 5, 2024

Notary Public for the State of Texas
Notary's name (printed)
Commission Expires

**TO BE COMPLETED BY THE NOTARY PUBLIC—MARK THE APPROPRIATE BOX APPLICABLE TO YOUR NOTARIAL ACKNOWLEDGMENT: ( x ) This notarial act was a traditional, in person notarization; or ( ) This notarial act was an online notarization, whereby the person(s) appeared before me by interactive two-way audio and video conference technology that met the online notarization requirements under Subchapter 406, Government Code, and rules adopted under that subchapter.**

AFTER RECORDING, PLEASE RETURN TO:

Flavius Nichita Euristhe and Kimila Euristhe
9912 Villa Verde Drive
Fort Worth, Texas 76179

Prepared by:

Shaddock & Associates, P.C.
2400 Dallas Parkway Suite 560
Plano, Texas 75093

SPECIAL WARRANTY DEED WITH VENDOR'S LIEN                                    PAGE 2

**Tracking Number:**                                    Remove ✕

# RF184189500US

☐ Copy    ⚡ Add to Informed Delivery



▌**Latest Update**

Your item was picked up at a postal facility at
4:05 am on November 28, 2022 in
WASHINGTON, DC 20220.

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20220
November 28, 2022, 4:05 am

**Arrived at Post Office**
WASHINGTON, DC 20066
November 19, 2022, 1:16 am

**In Transit to Next Facility**
November 18, 2022

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
November 17, 2022, 10:41 am

**Arrived at USPS Facility**
DULLES, VA 20101
November 16, 2022, 7:46 pm

**Arrived at USPS Facility**
COPPELL, TX 75099
November 14, 2022, 2:39 pm

**Departed USPS Facility**
FORT WORTH, TX 76161
November 12, 2022, 11:00 pm

**Arrived at USPS Facility**
FORT WORTH, TX 76161
November 12, 2022, 9:22 pm

**Arrived at USPS Origin Facility**
NORTH RICHLAND HILLS, TX 76180
November 12, 2022, 1:38 pm

**USPS in possession of item**
NORTH RICHLAND HILLS, TX 76180
November 12, 2022, 10:38 am

Hide Tracking History



SCALE: 1"=20'

PROPERTY DESCRIPTION: Lot 10, Block 12, La Frontera, an addition to the City of Fort Worth, Tarrant County, Texas, according to the map or plat thereof recorded in Document No. D218215343, Plat Records, Tarrant County, Texas.

# EXHIBIT _D_

## _____ Pages

When Recorded Return To:
Kimila-Shavonne:,Euristhe
in care of: 9912 Villa Verde Drive
Fort Worth, Texas Republic
Zip Code Exempt [near 76179]
----------------------------[SPACE ABOVE THIS LINE FOR RECORDING----------------------------

Reference to  Documents provided at Closing
Grantor: FIRST TEXAS HOMES
Grantee (alleged): KIMILA EURISTHE,
Abbreviated Legal Description: " Lot 10, Block 12, LA FRONTERA, An Addition to the City of Fort Worth, Tarrant County, Texas, according to the Map or Plat thereof recorded in Document No. D219215343, Plat Records of Tarrant County, Texas."
Physical Description: 9912 Villa Verde Drive, Fort Worth, Texas 76179, Tarrant County
Assessor's Property Tax/Account Number(s): 00042594781

CERTIFICATE OF ACKNOWLEDGMENT OF WARRANTY DEED

BE IT KNOWN to all COURTS, GOVERNMENTS, CORPORATIONS and/or any other concerned PARTIES, PERSONS/persons, Publicly or Privately, that i, Kimila Shavonne of the family of Euristhe (or "Kimila-Shavonne: Euristhe") (hereinafter "i," "i Am," "Me," "My," or "the undersigned"), a Living Woman, in actual existence, a Woman born of a Woman, a Pre-March 9, 1933 Private American/State National and for good reason, cause and in good conscience do hereby DECLARE, PROCLAIM, VERIFY and AFFIRM, that i am of lawful age, i have firsthand knowledge of the facts and assertions advanced herein; i am competent to state that the following facts and assertions advanced in this document are true, correct, and complete in all material fact, not misrepresented, except as to those matters herein made upon information and belief, and as to those facts and assertions, i believe them to be true and admissible as evidence in a court of Common Law or Exclusive Equity, and if called upon as a witness, i will testify to the veracity of My statements, to wit:

i, Kimila-Shavonne: Euristhe, Am a PUBLICLY DECLARED Pre-March 9, 1933 Private American/State National, a Non-U.S. Citizen **(see VERIFIED DECLARATION via AFFIDAVIT OF STATUS OF Kimila-Shavonne: Euristhe in the PIMA COUNTY RECORDER'S OFFICE, Instrument Number: 20223540030; autographed by me Nov 12, 2022, hereinafter "AOS").** i Am not "KIMILA SHAVONNE HOWARD," "KIMILA SHAVONNE EURISTHE," "KIMILA S. HOWARD" or "KIMILA S. EURISTHE" any derivation of said styled name **(AOS pp. 04 to 07 of a 27 page document under sequence No.: 20223540030)**

i, Kimila-Shavonne: Euristhe, the living woman, in the capacity of Kimila-Shavonne: Euristhe, Am recorded as the grantee on the attached Warranty Deed [ certified copy  Deed identified as DD221060917 ( See Exhibit A ) to be filed with this document] **(dated March 08, 2021, time**

*1 cert Deed*

stamped 12:25pm containing 2 pages under TARRANT COUNTY Instrument Number DD
221060917 and issued to us at closing (hereinafter "Deed") for the Real Estate
described on the certified copy of said attached Deed ( See Exhibit A).

The transaction regarding said Real Estate was executed via KIMILA SHAVONNE EURISTHE
( where Flavius signed as Attorney in Fact on Behalf of Kimila who was in El Paso at the time
on Military Orders she is still currently serving with an expected retirement of August 2025),
which was a STATE-created Estate created for My exclusive benefit that now is claimed as My
trust, of which i am the sole beneficiary (see, AOS pp. 04 to 07 of a 27 page document under
sequence No.: 20223540030).

It is My specific intent and purpose by My freewill act and deed to ACKNOWLEDGE, in
nature, for and on the Public Record, My ACCEPTANCE of the Deed and that i claim
Lawful Ownership, as a living woman, of the Real Estate (fee simple absolute), with
indefeasible, good title, under the terms of the Deed.

Accordingly, i MOVE the TARRANT COUNTY RECORDER'S OFFICE to update the
record on file to show My ACKNOWLEDGMENT and ACCEPTANCE of the Deed, and
that i Am, as a living woman, the Lawful Owner of the Real Estate (fee simple absolute). It is a
fact that Tarrant County Clerks are under specific instructions from The Texas Attorney Generals
Office to not file or record any paperwork related to American State Nationals. This is done in
violation of the oath of office taken took to uphold the constitution. Therefore this will be
recorder in Pima County Arizona

All of My other Real Property and interest attached to the aforementioned Real Estate is
to be immediately returned to Me.

**The rationale for this Acknowledgement is to retain Rights under the UCC given the Discovery
of material facts and evidence which were withheld at the time of closing. Had i been made
aware of this information i would have walked away from the table. The  Discovery of the
facts are as follows:**
1.  the property was paid in full o/a 4th of March, 2021 when money was taken from my Trust
    without my permission via my SSN and signature ( which i was compelled to give under
    duress and in violation of Section 7 of the Privacy Act( Found at 5 USC section 522a)), That
    information was used to steal funds form my trust and used to pay for the property in full
    without my expressed permission or knowledge and  in violation of 18 USC 241 and 18 USC
    242 the money was paid to Scott Everett.
2.  Despite the fact that Scott Everett was paid in full he is listed on the deed as having not only
    a vendors lien but superior title retained  in favor of him, Scott Everett ( who received full
    payment for the property from my Trust. Scott Everette then did an illegal conversion and
    pretended too offer me a loan and loaned me my own money and charged my users for my
    own money with an expected pay out of over  $1.5 Million US Dollars over the course of 30
    years of expected loan payment.  My Trust was raided and the funds absconded went to

2 Cert Deed

Scott Everett, I was never made a shareholder in Everette financial with an equity position valued at $547, 475.00 the amount of money he stole. They pretended to do a loan and charged me and collected a down payment in violation of the law.

3. We now understand Flavius and Kimila were victims of Human trafficking( as defined by the United Nations as the receipt of people for profit via exploit) as the Deed clearly demonstrates that First Texas as Grantor gave the property to the grantees FLAVIUS NICHITA EURISTHE & KIMILA EURISTHE are we now slaves to Scott Everett based on lies?

4. Upon examining the deed it says that First Texas was paid in Full.

5. We now understand that there was fraud and swindle and now extortion as Scott Everette sold the promissory note which was paid in full to PennyMac who is now extorting money from Flavius and Kimila, the beneficiaries and executor and executrix of the trust.

6. We purchased title insurance to cover any liens and have now discovered we have a claim against the title company and the policy as there was a lien on the property as attested to by the deed. **The VA was Complicit in the fraud acting as a guarantor who will access our trust again if default occurs.**

7. The UCC states that " the making of a valid reservation of rights preserves whatever rights the person proposed at the time, and prevents the loss of such rights by application of the concepts of waiver or estoppel (UCC 1-202-7). <u>Additionally, "when a waivable right or claim is involved, the failure to make a reservation thereof causes a loss of the right, and bars it's assertion at a latter date" ( UCC 1-308.9). We are making our claim known early via this acknowledgement and assert that we reserve the right to redress at a latter date. Further it says at UCC 1-308.9: The sufficiency of the reservation: Any expression indicating an attempt to reserve rights is sufficient, such as " without prejudice UCC 1- 308.</u>

8. **'Again I say " i reserve my right to redress without prejudice UCC 1-308. " I am reserving my right not be compelled to perform under any contract or commercial agreement that i did not enter into KNOWINGLY , VOLUNTARILY and INTENTIONALLY. I do not accept the liability of any compelled benefit or any un revealed contract or commercial agreement."**

9. **It would be a miscarriage of justice to allow the victimizers and perpetrators of such a Heinous and unconscionable violation to get off Scott free or am I a slave to Scott Everett , PennyMac, EVERETT FINANCIAL and FIRST TEXAS?**

10. **There is no statute of limitation on on making a claim to redress and the recourse is at UCC 1- 103.6 which states, "The code is complimentary to Common Law, which remains in force, except where displaced by the code. A statute should be construed in harmony with the Common Law, unless if there is a clear legislative intent to abrogate the Common Law" ( UCC 1-103.6)**

Other than the evidence in the Deed, i believe no lawful evidence of ownership to said Real Estate exists. ANY OBJECTION TO THIS DOCUMENT MUST BE RESOLVED under Common Law or Exclusive Equity jurisdiction ( Federal Court), in personam, as i am not a STATE- created "U.S. Citizen" or a "legal person," but a living woman (see, AOS). The only competent court which as jurisdiction over me is an Article III ( federal Court). Any attempt to impose jurisdiction on me shall be met with a fee of 1 Million US Dollars.and the Jude who attempts to coerce jurisdiction will loose their immunity and be exposed to criminal and civil action.

3

*When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost." **Rankin v. Howard**, (1980) 633 F.2d 844, cert. den. Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326.*
*"A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts."**Davis v. Burris**, 51 Ariz. 220, 75 P.2d 689 (1938).*

In 1938, the Supreme Court of the United States, along with the EMERGENCY BANKING RELIEF ACT OF 1933, eliminated, for the U.S. citizen, access to the Common Law, civilian due process and Exclusive Equity (law of the land) and replaced them with military court process/Roman civil law (statutory for legal fictions). But the Constitution, 1 the Common Law and Exclusive Equity is available to Me, a Pre-March 9, 1933 Private American/State National.

Based on My personal knowledge, there are no valid lawful liens or claims against the title regarding the aforementioned Real Estate.

i have clear, fee-simple absolute title to the aforementioned Real Estate in My Christian Name, styled, "Kimila-Shavonne: Euristhe," now a Public Record good against all the World.

Done under My Hand and Seal with Specific Intent, Special Purpose by My Freewill Act and Deed. Without Recourse. All Rights Reserved/Retained Without Prejudice UCC 1-308.
1
 Constitution for the united States of America (1791) – The de jure Constitution for the Republic of the united States of America and the first twelve Amendments thereto, passed before President Lincoln instituted Emergency war powers in 1861.

*Kimila-Shavonne: Euristhe*
Kimila-Shavonne: Euristhe, Private Woman
Pre-March 9, 1933, Private American/State National
Agent of Record for KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE
Beneficiary of the KIMILA SHAVONNE EURISTHE Estate
in care of: 9912 Villa Verde Drive
Fort Worth, Texas Republic
Zip Code Exempted
Signature Non-Negotiable

## ACKNOWLEDGEMENT OF WARRANTY DEED on Registered Mail Number RF 184 189 500 US
Use of a Notary Public on this document does not constitute a contract with the STATE OF TEXAS or the UNITED STATES or waiver of Constitutional and Common Law/Equity rights retained by Kimila-Shavonne: Euristhe as a Pre-March 9, 1933 Private American/State National (a Non-U.S. Citizen), nor does it alter Kimila-Shavonne: Euristhe's Neutral standing in the original Common-Law/Exclusive Equity Jurisdictions.

**Notary Public as JURAT CERTIFICATE**

_TEXAS_ State

_TARRANT_ County

The United States of America

On _December 15, 2022_ date before me, a Notary Public, personally appeared _Kimila Shavonne Euristhe_ who proved to me on the basis of satisfactory evidence to be the woman whose Name is subscribed to the within attached instrument and acknowledged to Me that she executed the same in her authorized capacity, And that by her autograph(s) on the instrument the woman executed, the instrument known as:

Notice of Default Certified "Judgment" of Un-Rebutted Affidavit

I certify under PENALTY OF PERJURY under the lawful laws of Texas State that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

of Notary / Jurat                                    seal

LINDA WATSON
Notary Public, State of Texas
Comm. Expires 03-30-2026
Notary ID 125722665

Notice to agents is notice to principal, Notice to principal is notice to agent.

This is **The End** of this affidavit.

5
cert Dee

D221060917   03/08/2021 12:25 PM   Page: 1 of 2   Fee: $23.00   Submitter: Capital Title of Texas, LLC
Electronically Recorded by Tarrant County Clerk in Official Public Records   MARY LOUISE NICHOLSON   COUNTY CLERK

Case 4:23-cv-00653-O   Document 1   Filed 06/26/23   Page 128 of 216   PageID 128

21-563818-LB

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## SPECIAL WARRANTY DEED WITH VENDOR'S LIEN

Date:   March 4, 2021

Grantor: First Texas Homes, Inc., a Texas Corporation

Grantor's Mailing Address (including county): 500 Crescent Court, Ste. 350, Dallas, Texas, 75201 Dallas County

Grantee:
   FLAVIUS NICHITA EURISTHE and KIMILA EURISTHE, husband and wife

Grantee's Address:   9912 Villa Verde Drive, Fort Worth, Texas 76179, Tarrant County

Consideration:
A cash consideration paid to Grantor by Grantee(s) and the execution and delivery by Grantee, of a promissory note of even date herewith, in the original principal amount of $547,475.00 payable to the order of Everett Financial, Inc. d/b/a Supreme Lending at its offices in Dallas, TX as therein provided, and providing for acceleration of maturity upon default and for attorneys fees.

The payment of the note executed by Grantee is secured and being secured by a vendor's lien and superior title retained herein in favor of  Scott Everett,  Trustee(s), reference to said Promissory Note and Deed of Trust being hereby made for all purposes:

Grantor has granted, sold and conveyed, and by these presents does GRANT, SELL AND CONVEY, unto Grantee, the following described real property, to-wit:

Property Address:  9912 Villa Verde Drive, Fort Worth, Texas 76179, Tarrant County

Lot 10, Block 12, LA FRONTERA, an Addition to the City of Fort Worth, Tarrant County, Texas, according to the Map or Plat thereof recorded in Document No. D219215343, Plat Records of Tarrant County, Texas.

Reservations from and exceptions to Conveyance and Warranty:

This conveyance is made subject to all restrictive covenants, mineral reservations of interest, and easements of record affecting the property described herein.

Grantee assumes payment of taxes for current and subsequent years.

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grants, sells, and conveys to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's heirs, executors, administrators, successors, or assigns forever.  Grantor hereby binds Grantor and Grantor's heirs, executors, administrators, and successors to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors, and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof, when the claim is by through or under Grantor, but not otherwise, except as to the reservations from and exceptions to conveyance and warranty.

The vendor's lien against and superior title to the property are retained until each note described is fully paid according to its terms, at which time this deed shall become absolute, but it is expressly agreed and stipulated that a vendor's lien is retained in favor of Lender who will hold superior title in and to the above described property, premises and improvements, and the title in the Grantee will not become absolute until the above described Note, together with all renewals and extensions thereof, and all interest and other charges therein stipulated, are fully paid, according to the face and tenor, effect and reading thereof, when this Deed shall become absolute; and it shall be the same as if a vendor's lien was retained in favor of the Grantor herein and assigned by proper assignment to Lender without recourse on Grantor in any manner for the payment of said indebtedness.

21-553818-LB

When the context requires, singular nouns and pronouns include the plural.

First Texas Homes, Inc. a Texas corporation



Kathy Provence
Asst. Vice President

### ACKNOWLEDGMENT

STATE OF TEXAS        §

COUNTY OF DALLAS     §

THIS INSTRUMENT was acknowledged before me on the 4th day of March, 2021 by Kathy Provence as Asst. Vice President of First Texas Homes, Inc., a Texas Corporation, on behalf of said corporation.

CARMEN DEL ROSARIO SOTO
Notary ID #124692100
My Commission Expires
May 5, 2024

Notary Public for the State of Texas
Notary's name (printed)
Commission Expires

TO BE COMPLETED BY THE NOTARY PUBLIC—MARK THE APPROPRIATE BOX APPLICABLE TO YOUR NOTARIAL ACKNOWLEDGMENT: ( x ) This notarial act was a traditional, in person notarization; or ( ) This notarial act was an online notarization, whereby the person(s) appeared before me by interactive two-way audio and video conference technology that met the online notarization requirements under Subchapter 406, Government Code, and rules adopted under that subchapter.

AFTER RECORDING, PLEASE RETURN TO:

Flavius Nichita Euristhe and Kimila Euristhe
9912 Villa Verde Drive
Fort Worth, Texas 76179

Prepared by:

Shaddock & Associates, P.C.
2400 Dallas Parkway Suite 560
Plano, Texas 75093

SPECIAL WARRANTY DEED WITH VENDOR'S LIEN                           PAGE 2

When the context requires, singular nouns and pronouns include the plural.

First Texas Homes, Inc. a Texas corporation

Kathy Provence
Asst. Vice President

ACKNOWLEDGMENT

STATE OF TEXAS            §

COUNTY OF DALLAS          §

THIS INSTRUMENT was acknowledged before me on the 4th day of March, 2021 by Kathy Provence as Asst. Vice President of First Texas Homes, Inc., a Texas Corporation, on behalf of said corporation.



Notary Public for the State of Texas
Notary's name (printed)
Commission Expires

TO BE COMPLETED BY THE NOTARY PUBLIC—MARK THE APPROPRIATE BOX APPLICABLE TO YOUR NOTARIAL ACKNOWLEDGMENT: ( x ) This notarial act was a traditional, in person notarization; or ( ) This notarial act was an online notarization, whereby the person(s) appeared before me by interactive two-way audio and video conference technology that met the online notarization requirements under Subchapter 406, Government Code, and rules adopted under that subchapter.

AFTER RECORDING, PLEASE RETURN TO:          Prepared by:

Flavius Nichita Euristhe and Kimila Euristhe          Shaddock & Associates, P.C.
9912 Villa Verde Drive                                2400 Dallas Parkway Suite 560
Fort Worth, Texas 76179                               Plano, Texas 75093

SPECIAL WARRANTY DEED WITH VENDOR'S LIEN                              PAGE 2



EXHIBIT DD

23 Pages

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA.EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter

**Affidavit of Truth and Fact-NOTICE OF COPYRIGHT INFRINGEMENT& DEMAND FOR PAYMENT in 21 DAYS**

"Affidavits are often the only supporting evidence....
Affidavits alone should therefore certainly be sufficient to prove a *prima facie* case."
*United States v. Kis*, 658 F.2d 526, 536 N.28 (7th Cir. 1981)

Notice to agent is notice to principal, notice to principal is notice to all.
**UCC 1 § -308, & UCC 3 § -202, & UCC 9 § -109, 1**

**From Flavius© & Kimila Euristhe© (Affiant)**
**c/o 9912 Villa Verde Drive. Fort Worth, Texas Republic U.S.A. Near. [76179]**
**Non-Domestic/Non-Resident Mail**

To Respondents:
1. Mary Louise. Nicholson, in her private and public capacity as Tarrant County clerk. 100 W. Weatherford, Fort Worth Texas 76196-0401
2. William P. Beckman in his private and public capacity as President/CEO Merscorp Inc, 1595 Spring Hill Rd. Ste 310, Vienna, Virginia 22182
3. Scott Everett in his private and public Capacity as principal of Everett Financial Dba Supreme Lending, 14801 Quorum Drive, Suite 160, Dallas Texas 75254
4. John G Aldridge Jr, in his private and public capacity as principal Aldridge Pite LLP. Six Piedmont Center, 3525 Piedmont Road N.E. Suite 700, Atlanta GA 30305
5. Paul A. Hoefker, BAR# 09772800 in his private and public capacity attorney for the mortgagee and/or it mortgage servicer. 2950 West Loop S Ste 500 Houston, TX 77027
6. David Stockman, in his private and public capacity attorney for the mortgagee and/or it mortgage servicer. 2950 West Loop S Ste 500. Houston, TX 77027
7. Donna Stockman, in her private and public capacity attorney for the mortgagee and/or it mortgage servicer. 2950 West Loop S Ste 500. Houston, TX 77027
8. Brenda Wiggs, in her private and public capacity attorney for the mortgagee and/or it mortgage servicer. 2950 West Loop S Ste 500. Houston, TX 77027
9. Guy Wiggs, in in his private and public capacity attorney for the mortgagee and/or it mortgage servicer. 2950 West Loop S Ste 500. Houston, TX 77027
10. Kathy Arrington, in her private and public capacity attorney for the mortgagee and/or it mortgage servicer. 2950 West Loop S Ste 500. Houston, TX 77027
11. Janet Pinder, in her private and public capacity attorney for the mortgagee and/or it mortgage servicer. 2950 West Loop S Ste 500. Houston, TX 77027
12. Brandy Bacon, in her private and public capacity attorney for the mortgagee and/or it mortgage servicer. 2950 West Loop S Ste 500. Houston, TX 77027
13. Michelle Schwartz, in her private and public capacity attorney for the mortgagee and/or it mortgage servicer 2950 West Loop S Ste 500. Houston, TX 77027
14. Jamie Dworsky, in their private and public capacity attorney for the mortgagee and/or it mortgage servicer. 2950 West Loop S Ste 500. Houston, TX 77027
15. Robert L. Negrin, BAR Card # 14865550 in his private and public capacity attorney for the mortgagee and/or it mortgage servicer. 2950 West Loop S Ste 500. Houston, TX 77027

CC: Universal Postal Union. Berne, Switzerland & Richard J Hipolit

**Affidavit of Truth and Fact**

**Be it known by all;** I am I, and therefore, as I am a creation of nature and nature's God, with DNA intact [1] and not altered to be cDNA by the mRNA (EMU) Emergency Use Authorization concoction, it is my will and desire to correct the errors of my past and do as my creator has commanded me.

[1] See... ASSOCIATION FOR MOLECULAR PATHOLOGY v. MYRIAD GENETICS, INC. 569 U. S. 576 (2013) No. 12–398. Argued April 15, 2013—Decided June 13, 2013 *"(c) cDNA is not a "product of nature," so it is patent eligible under §101. cDNA does not present the same obstacles to patentability as naturally occurring, isolated DNA segments."...."in light of Mayo Collaborative Services v. Prometheus Laboratories, Inc., 566 U. S. 66, the Circuit found both isolated DNA and cDNA patent eligible." ... Held: "A naturally occurring DNA segment is a product of nature and not patent eligible merely because it has been isolated, but cDNA is patent eligible because it is not naturally occurring."*

Page 1 of 12 Copyright INFRINGEMENT  Trustee Sale 9912 Villa Verde

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter

**Be it known by all:** *Any presumed, assumed, or implied Constructive Contract, or Commercial Contract, or Contracts under UCC and all unconscionable contracts contrary to the constitution of the United States of America is rebutted and any and all power(s) of Attorney are hereby revoked for forever, by reason of nondisclosure, and other Lawful measures, and by expressing my will to do so, by: Flavius-Nichita; .Euristhe - Executor & Kimila-Shavonne; . Euristhe - Executrix. We further demand that all Respondents Listed above produce for our inspection 1.All contracts that they are basing their claim on and used in violation of copyright law.2 a copy of their BAR cards and a copy of their insurance.*

**Whereas:** LAW (is) the **Land** Juris, being common law, of superior titles and private property rights. The **Air** Juris being Trusts and Wills, for the benefit of another, Canons of Trust and Duty of Care. The **Water** Juris being commercial contracts, code of commerce and statute, commercial intercourse, the admiralty form and in-land marine contracts.

As Flavius, as a man, as one people, no-longer being ignorant of the LAW, it is my free will to take dominion over the Land, Air and Water. As Kimila, as a womb-man, as one people, no-longer being ignorant of the LAW, it is my free will to take dominion over the Land, Air and Water

**By our hand and free-will,** We create this Affidavit of Truth and Fact for the Estates of FLAVIUS NICHITA EURISTHE© as listed on the BIRTH CERTIFICATE . All rights are and will be reclaimed, reserved and retained by me Flavius- Nichita; Euristhe, as executor, transmitting utility / signatory, and co-beneficiary of the PCT-CQ estate, held in-trust. & for the Estates of KIMILA SHAVONNE HOWARD© as listed on the BIRTH CERTIFICATE and KIMILA SHAVONNE EURISTHE© by marriage. All rights are and will be reclaimed, reserved and retained by me Kimila- Shavonne; Euristhe, as executrix, transmitting utility / signatory, and co-beneficiary of the PCT-CQ estate, held in-trust.

All respondents are required to make full payment of the demand in twenty days after receipt of this affidavit. In the amount of the sum certain of one million ($1,000,000.00) dollars of legal and Lawful Silver Dollar Coin of the United States, convertible at the legal and lawful ratio of 24:1 to Federal Reserve Note Dollars as prescribed by law and is not limited by any past, present, or future restriction for each instance of said unauthorized use; and cure the matter by DESTROYING the offending document and issue a public retraction made in the local newspaper in a double-wide column of not less than three (3") inches in length. At day 21 there will be a charge of One hundred ($100.00) dollars US silver Dollar per day for each day beginning of day 21 AFTER Notice is received until the offending document is destroyed and a public retraction is made. We give no consent to any unconscionable adhesion contracts. If you do not respond to this affidavit point by point via formal rebuttal under sworn statement under penalty of perjury by a living breathing live person; then I shall know through acquiescence that you have complied fully and completely in this matter. I thank you in appreciation for your diligent attention and service in this important matter.

Whereas an affidavit is the appropriate common law method for establishing a claim as status (**Vlandis v. Kline, 412 U.S. 441 (1973)**); allegations in an affidavit must be considered as true in absence of counter-affidavit (**Group v. Finletter, 108 F. Supp. 327; FRCP 28 U.S.C.A. Rule 9(d)**); and an Affidavit which is not contested in a timely manner shall be considered undisputed facts as a matter of law (**Morris v. NCR, 44 SW2d 433**). Therefore, with a profound respect for the law, being of sound mind, and acting in good faith, We, Flavius, a living man with a living soul, acting *sui juris,* & Kimila, a living womb-man with a living soul, acting *sui juris,*

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;.
Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter

courteously present this Instrument to state the relevant known facts, as known and viewed from our own perspective, to the best of our knowledge, as a Declaration in the Form of an **Affidavit.**

**The undersigned Affiants , Flavius Nichita Euristhe, Authorized Representative for FLAVIUS NICHITA EURISTHE© & Kimila Shavonne Euristhe the Authorized Representative for KIMILA SHAVONNE HOWARD© & KIMILA SHAVONNE EURISTHE© Affiants are the victims of Copyright Infringement. The respondents are have infringed on copyright and are using a non judicial procedure and operating under colorable statutory laws in violation of 18USC 241 &18 USC 242; as such they have no protection or immunity from being liable or prosecuted for the violation. As a group they have engaged in depriving people of rights and stealing property under color of law utilizing statutory jurisdiction applied to 14th amendment citizens. Of which FLAVIUS and Kimila are not 14th amendment , citizens, persons or residents and not subject to that jurisdiction. The offending parties i.e. respondents should have known there was a copyright. They could have simply performed a Google search for "USPTO copyright name search"and performed a search of the names they intended to violate. The affiants made the respondents aware that such protection was in place via registered and certified mail. The respondents have used material that is protected under both Common Law Copyright and  the United States Patent Trade Office in a commercial venture with the purpose of attracting and enticing investors. The property they are putting up for auction they have no legal right to pursue nor can they auction the property in question; because the affiants are holding the property in a Land Patent and it  is in an expressed trust which also is protected by copyright. The respondents are applying the UCC and using colorable laws such as Texas rules of civil procedure rule 735 and rule 736( the U S Supreme Court has already ruled that rules codes and statutes are not law)  The UCC should be viewed in conjunction with common Law. Respondents made a presumption of jurisdiction and imposed jurisdiction on the affiants and denied the Affiants not only truth in evidence, and due process.  We do solemnly swear, declare under penalty  of perjury and states as follows:**

State of Texas                )
                              ) ss:
County of Tarrant             )

1.   *It is a fact that the respondents listed above are in violation of  copyright by using the names FLAVIUS EURISTHE© & KIMILA  EURISTHE© without the express written permission of neither flavius nor kimila, as the only authorized representatives for the VESSEL(s) and TRUST(s).*
2.   *It is a fact that both of the names are protected from infringement  by both Common Law Copyright since o/a April 1, 2023 (See Exhibit A) and also by the United States Patent Trade Office Since o/a March 19, 2023.*
3.   *The* use of "*FLAVIUS EURISTHE© & KIMILA  EURISTHE©*"and any/all derivative(s) thereof, with or without scienter, at the expense of our  rights ( to quietly enjoy our property which is paid in full and is held in land patent and is in an expressed trust and is exempt from the non judicial foreclosure currently scheduled for auction by July 5th 2023 the respondents) The respondents, as a direct result of their actions our property is being threatened despite being in land patent and in an expressed trust.This intrusion has affected our  liberty, property, and our estate, absent full disclosure and lacking written prior consent is strictly forbidden and chargeable to each of the users/issuers in the amount of the sum certain of one million ($1,000,000.00) dollars of legal and Lawful Silver Dollar Coin of the United States, convertible at the legal and lawful ratio of 24:1 to Federal Reserve Note Dollars as prescribed by law and is not limited by any past, present, or future restriction for each instance of said unauthorized use.
4.   It is a fact that when the issuers published, the "NOTICE OF SUBSTITUTE TRUSTEE'S SALE" they did so with full knowledge of  the option of exploring a judicial process but

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter

chose a non judicial process. They made the decision with full knowledge of their acts and knowing that the selected process would not go before a federal judge. Additionally, by not going before a federal judge would mean that the omission of material facts could not be viewed as perjury or the facts didn't have to be stated

5. **It's is a fact that no exemption or immunity shall be granted to the respondents. As, this is notice they published is not a matter of a judicial nature there is no Lis Pendens and the documented use ( See Exhibit B) of the patent protected names by the respondents are commercial in nature used with the sole intent to entice offers from investors in a money making scheme with the sole purpose of auctioning property for which the respondents have no title or lawful contract to. The subject property is held in Land Patent and is in an expressed trust and is protected from foreclosure per the US Supreme Court cases that render this matter Res Juricata. Aldridge Pite LLP was made aware of this material fact via  Registered mail label RF184190613US sent on June 8, 2023 and was received in Atlanta, GA 30304 on June 11, 2023 at 10:54**

6. **It is a fact that we are now making a demand to produce for our inspection the entire packet that comprises the document" NOTICE OF SUBSTITUTE TRUSTEE'S SALE" to include the jurat that should have accompanied this document with the notary's seal. We noticed that only the second page had the number P223004623 and as such assumed the first page does not go with the second page.We also make. a demand to know which clerk signed and accepted the document filed on May 15th 2023. Absent of the clerks name we believe that the county Clerk Stamp is fake. Additionally, only the first page has a bar code & serial number 4785486, and the words AP NOS/SOT 08212019. Please explain what this means. We take that to mean this first page came from a different document on August 21, 2019. We believe that this document is a compilation of many documents and we question its validity.**

7. *It is a fact that The property was purchased in the name of the TRUST(s) of FLAVIUS EURISTHE© & KIMILA  EURISTHE© and the funds that paid for the property in full  came from the TRUSTs and was paid in full to Scott Everette Dba Supreme Lending came from the TRUST of FLAVIUS EURISTHE© & KIMILA EURISTHE©. Scott Everett then sold the note not the contract to Penny Mac. If use truly determines jurisdiction then this property belongs to the TRUST for the benefit of the beneficiaries.*

8. *It is a fact that neither flavius nor kimila have ever given any of the respondents power of attorney nor have they given them expressed written permission to act as trustee on their behalf or that of their TRUST.*

9. *It is a fact that when Scott Everett did not have our expressed written consent to sell the mortgage to Penny Mac he sold the note and it was sold to  MERS who  can file a "Notice of Assignment" of the "Security Instrument" but MERS cannot negotiate the Negotiable Instrument since MERS never came into possession of the Negotiable Instrument. The fact here that MERS assigned the Security Instrument verifies that bifurcation (separation) of the Security Instrument from the Negotiable Instrument has taken place. Since this was done, the Negotiable Instrument no longer has a "Secured" status and as such the Negotiable Instrument is now an "Unsecured" Indebtedness and the property they are offering up for auction is not a security. This is theft of private property held in land patent and in an expressed trust criminal charges are the only remedy.*

10. *It is a fact that The assignment of the mortgage, without an assignment of the debt, is a nullity. "The note and mortgage are inseparable; the former as essential, the latter as an incident. An assignment of the note carries the mortgage with it, while an assignment of the latter alone is a nullity." Van Burkleo v. Southwestern, Tex. Civ. App., 39 S.W. 1085, 1087; Sheldon v. Sill, 49 U.S. 441 (1850) 49 U.S. 441: The assignment of the mortgage, without an assignment of the debt, is a nullity." See... Kirby v. Williams, 230 F.2d 330 (United States Court of Appeals Fifth Circuit) February 10, 1956*

11. *It is a fact that by the respondents own admission since May 2023 they have been engaged in  infringement of copyright of the names FLAVIUS EURISTHE© & KIMILA EURISTHE©*

12. It is. fact that, any false representation of material facts made with knowledge of falsity and with intent that it shall be acted on by another in entering into contract,  and which is so acted upon, constitutes "fraud," and entitles  party deceived  to avoid contracts or

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter

recover damages. See Bamsdall Refining Corp. V. Birnawood Oil Co., 92F.2d817. in enforcing into contract and which is so acted upon constitutes fraud and entitles party deceive to avoid contracts or recover damages.

13. It is a fact that once there is nullity of the Security Instrument it can never be regained as the **Negotiable Instrument has been rendered to be an "Unsecured Indebtedness.Inevitably, in all of the Respondents actions, the venerable maxim "nemo dat quod non habet." i.e., one cannot give what one does not have, must come into play. See Mitchell v. Hawley, 83 U.S. 544, 550 (1872); Chase v. Sanborn, 5 F. Cas. 521, 523 (Clifford, Circuit Justice, C.C.D.N.H. 1874) (No. 2,628)**.

14. It is a fact that the respondents chose a non judicial foreclosure to bypass the truth in evidence and to circumvent the law as such any attempts by the respondents to change now from a non judicial to a judicial matter with a Lis Pendis will not take away the infringement on the copyright; nor will it exempt or protect the respondents from the demand now being placed on  each respondent for the violation by Flavius and Kimila for payment  in the amount of sum certain of one million  ( $1,000,000.00)  dollars of legal and Lawful Silver Dollar Coin of the United States, convertible At the legal and lawful ratio of 24 Silver Dollars to  1 Federal Reserve Note as prescribed by law and is not limited by any past present or future restriction for each instance of said unauthorized use and is due within 20 days of receipt of notice via registered or certified mail

15. It is a fact that in addition to paying the one million  ( $1,000,000.00)  dollars of legal and Lawful Silver Dollar Coin of the United States, the respondents are to DESTROY the offending document and issue a public retraction  made in the local newspaper in a double-wide column of not less than three (3") inches in length. At day 21 there will be a charge of One hundred ($100.00) dollars US silver Dollar per day for each day beginning day 21 AFTER Notice is received until the offending document is destroyed and a public retraction is made in the local newspaper in a double-wide column of not less than three (3") inches in length.

16. It is a fact that we now accept the document entitled "NOTICE OF SUBSTITUTE TRUSTEE'S SALE" bearing the copyrighted and protected names *"FLAVIUS EURISTHE© & KIMILA  EURISTHE©"* as the commercial paper issued or predicated on the the protected names and is now accepted *prima facie* as evidence of violation. The document shall now become a Security Agreement between the Affiants and  the issuing parties and shall make the issuers liable for fees, damages and penalties.

17. It is a fact that the issuers are now  liable for fees, damages and penalties. They have been identified as the individuals listed on the notice and are now given notice to pay the fee for the violation. The demand is now made and the money is due in 20 days from the date of receipt of this notice.  To consider this matter cured and settled there needs to be a public retraction  in a local newspaper where the copyright infringement occurred and the retraction needs to be in a double-wide column of not less than three (3") inches in length.

18. It is a fact that At day 21 there will be an additional charge of One hundred ($100.00) dollars US silver coin per day for each day AFTER Notice is received until the offending document is destroyed and a public retraction is made in the local newspaper if such notice is published within thirty **(30)** days of Notice;TheDemand for payment is made and due in 20 days as  follows:

1. Mary L. Nicholson, in her private and public capacity as County clerk.
2. William P. Beckman in his private and public capacity as President/CEO Merscorp Inc,      Beckman
3. Scott Everett in his private and public Capacity as principal of Everett Financial Dba Supreme Lending,
4. John G Aldridge Jr, in his private and public capacity as principal Aldridge Pite LLP
5. Paul A. Hoefker,  in his private and public capacity attorney for the mortgagee and/or it mortgage servicer.
6. David Stockman, in his private and public capacity attorney for the mortgagee and/or it mortgage servicer.
7. Donna Stockman, in her private and public capacity attorney for the mortgagee and/or it mortgage servicer.
8. Brenda Wiggs, in her private and public capacity attorney for the mortgagee and/or it mortgage servicer.

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter

9.   Guy Wiggs, in in his private and public capacity attorney for the mortgagee and/or it mortgage servicer.

10.  Kathy Arrington, in her private and public capacity attorney for the mortgagee and/or it mortgage servicer.

11.  Janet Pinder, in her private and public capacity attorney for the mortgagee and/or it mortgage servicer.

12.  Brandy Bacon, in her private and public capacity attorney for the mortgagee and/or it mortgage servicer.

13.  Michelle Schwartz, in her private and public capacity attorney for the mortgagee and/or it mortgage servicer

14.  Jamie Dworsky, in their private and public capacity attorney for the mortgagee and/or it mortgage servicer.

15.  Robert L. Negrin, in his private and public capacity attorney for the mortgagee and/or it mortgage servicer.

19.  It is a fact that Mary L. Nicholson, you have been found liable of copyright infringement in your private and public capacity as Tarrant County clerk, please make payment in the next 20 days in the amount of sum certain of one million ( $1,000,000.00) dollars of legal and Lawful Silver Dollar Coin of the United States, convertible At the legal and lawful ratio of 24 Silver Dollars to 1 Federal Reserve Note. As prescribed by law and is not limited by any past present or future restriction for each instance of said unauthorized use and is due within 20 days of receipt of notice via registered mail#RE 006 177 006 US. You are to remit 1 payment to Flavius in the amount of $24,000,000.00 (Twenty Four Million US Dollars) for copyright infringement on the patent protected name *"FLAVIUS EURISTHE©"* and an additional $24,000,000.00 (Twenty Four Million US Dollars) payment to Kimila for copyright infringement on the patent protected name *"KIMILA EURISTHE©"* The total sum of $48,000,000 (Forty Eight Million U.S. Dollars ) is due within 21 days of receipt of this Notice.

20.  William P. Beckman in his private and public capacity as President/CEO Merscorp Inc, please make payment in the next 20 days in the amount of sum certain of one million ( $1,000,000.00) dollars of legal and Lawful Silver Dollar Coin of the United States, convertible At the legal and lawful ratio of 24 Silver Dollars to 1 Federal Reserve Note. As prescribed by law and is not limited by any past present or future restriction for each instance of said unauthorized use and is due within 20 days of receipt of notice via registered mail# RF 184 190 366 US. You are to remit 1 payment to Flavius in the amount of $24,000,000.00 (Twenty Four Million US Dollars) for copyright infringement on the patent protected name *"FLAVIUS EURISTHE©"* and an additional $24,000,000.00 (Twenty Four Million US Dollars) payment to Kimila for copyright infringement on the patent protected name *"KIMILA EURISTHE©"* The total sum of $48,000,000 (Forty Eight Million U.S. Dollars ) is due within 21 days of receipt of this Notice.

21.  Scott Everett in his private and public Capacity as principal of Everett Financial Dba Supreme Lending please make payment in the next 20 days in the amount of sum certain of one million ( $1,000,000.00) dollars of legal and Lawful Silver Dollar Coin of the United States, convertible At the legal and lawful ratio of 24 Silver Dollars to 1 Federal Reserve Note. As prescribed by law and is not limited by any past present or future restriction for each instance of said unauthorized use and is due within 20 days of receipt of notice via registered mail# RF 184190 370 US . You are to remit 1 payment to Flavius in the amount of $24,000,000.00 (Twenty Four Million US Dollars) for copyright infringement on the patent protected name *"FLAVIUS EURISTHE©"* and an additional $24,000,000.00 (Twenty Four Million US Dollars) payment to Kimila for copyright infringement on the patent protected name *"KIMILA EURISTHE©"* The total sum of $48,000,000 (Forty Eight Million U.S. Dollars ) is due within 21 days of receipt of this Notice.

22.  John G Aldridge Jr, in his private and public capacity as principal Aldridge Pite LLP please make payment in the next 20 days in the amount of sum certain of one million ( $1,000,000.00) dollars of legal and Lawful Silver Dollar Coin of the United States, convertible At the legal and lawful ratio of 24 Silver Dollars to 1 Federal Reserve Note. As prescribed by law and is not limited by any past present or future restriction for each instance of said unauthorized use and is due within 20 days of receipt of notice via registered mail# RF 184 190 406 US. You are to remit 1 payment to Flavius in the amount

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter

of $24,000,000.00 (Twenty Four Million US Dollars) for copyright infringement on the patent protected  name *"FLAVIUS EURISTHE©"* and an additional $24,000,000.00 (Twenty Four Million US Dollars)  payment to Kimila for copyright infringement on the patent protected  name  *"KIMILA  EURISTHE©"* The total sum of $48,000,000 (Forty Eight Million U.S. Dollars ) is due within 21 days of receipt of this Notice.

23.  Paul A. Hoefker,  in his private and public capacity attorney for the mortgagee and/or it mortgage servicer. please make payment  in the next 20 days  in the amount of sum certain of one million  ( $1,000,000.00)  dollars of legal and Lawful Silver Dollar Coin of the United States, convertible At the legal and lawful ratio of 24 Silver Dollars to 1 Federal Reserve Note. As prescribed by law and is not limited by any past present or future restriction for each instance of said unauthorized use and is due within 20 days of receipt of notice via registered mail# RF 184 190 383 US You are to remit 1 payment to Flavius in the amount of $24,000,000.00 (Twenty Four Million US Dollars) for copyright infringement on the patent protected  name *"FLAVIUS EURISTHE©"* and an additional $24,000,000.00 (Twenty Four Million US Dollars)  payment to Kimila for copyright infringement on the patent protected  name  *"KIMILA  EURISTHE©"* The total sum of $48,000,000 (Forty Eight Million U.S. Dollars ) is due within 21 days of receipt of this Notice.

24.  David Stockman, in his private and public capacity attorney for the mortgagee and/or it mortgage servicer. please make payment  in the next 20 days  in the amount of sum certain of one million  ( $1,000,000.00)  dollars of legal and Lawful Silver Dollar Coin of the United States, convertible At the legal and lawful ratio of 24 Silver Dollars to 1 Federal Reserve Note. As prescribed by law and is not limited by any past present or future restriction for each instance of said unauthorized use and is due within 20 days of receipt of notice via Certified  mail# 70211970000216993003. You are to remit 1 payment to Flavius in the amount of $24,000,000.00 (Twenty Four Million US Dollars) for copyright infringement on the patent protected  name *"FLAVIUS EURISTHE©"* and an additional $24,000,000.00 (Twenty Four Million US Dollars)  payment to Kimila for copyright infringement on the patent protected  name  *"KIMILA  EURISTHE©"* The total sum of $48,000,000 (Forty Eight Million U.S. Dollars ) is due within 21 days of receipt of this Notice.

25.  Donna Stockman, in her private and public capacity attorney for the mortgagee and/or it mortgage servicer. please make payment  in the next 20 days  in the amount of sum certain of one million  ( $1,000,000.00)  dollars of legal and Lawful Silver Dollar Coin of the United States, convertible At the legal and lawful ratio of 24 Silver Dollars to 1 Federal Reserve Note. As prescribed by law and is not limited by any past present or future restriction for each instance of said unauthorized use and is due within 20 days of receipt of notice via Certified  mail# 70211970000216992990. You are to remit 1 payment to Flavius in the amount of $24,000,000.00 (Twenty Four Million US Dollars) for copyright infringement on the patent protected  name *"FLAVIUS EURISTHE©"* and an additional $24,000,000.00 (Twenty Four Million US Dollars)  payment to Kimila for copyright infringement on the patent protected  name  *"KIMILA  EURISTHE©"* The total sum of $48,000,000 (Forty Eight Million U.S. Dollars ) is due within 21 days of receipt of this Notice.

26.  Brenda Wiggs, in her private and public capacity attorney for the mortgagee and/or it mortgage servicer. please make payment  in the next 20 days  in the amount of sum certain of one million  ( $1,000,000.00)  dollars of legal and Lawful Silver Dollar Coin of the United States, convertible At the legal and lawful ratio of 24 Silver Dollars to 1 Federal Reserve Note. As prescribed by law and is not limited by any past present or future restriction for each instance of said unauthorized use and is due within 20 days of receipt of notice via Certified  mail# 70211970000216992983. You are to remit 1 payment to Flavius in the amount of $24,000,000.00 (Twenty Four Million US Dollars) for copyright infringement on the patent protected  name *"FLAVIUS EURISTHE©"* and an additional $24,000,000.00 (Twenty Four Million US Dollars)  payment to Kimila for copyright infringement on the patent protected  name  *"KIMILA  EURISTHE©"* The total sum of $48,000,000 (Forty Eight Million U.S. Dollars ) is due within 21 days of receipt of this Notice.

27.  Guy Wiggs, in in his private and public capacity attorney for the mortgagee and/or it mortgage servicer. please make payment  in the next 20 days  in the amount of sum certain

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter

of one million  ( $1,000,000.00)  dollars of legal and Lawful Silver Dollar Coin of the United States, convertible At the legal and lawful ratio of 24 Silver Dollars to 1 Federal Reserve Note. As prescribed by law and is not limited by any past present or future restriction for each instance of said unauthorized use and is due within 20 days of receipt of notice via Certified  mail# 70211970000216992976. You are to remit 1 payment to Flavius in the amount of $24,000,000.00 (Twenty Four Million US Dollars) for copyright infringement on the patent protected  name *"FLAVIUS EURISTHE©"* and an additional $24,000,000.00 (Twenty Four Million US Dollars)  payment to Kimila for copyright infringement on the patent protected  name  *"KIMILA  EURISTHE©"* The total sum of $48,000,000 (Forty Eight Million U.S. Dollars ) is due within 21 days of receipt of this Notice.

28.  Kathy Arrington, in her private and public capacity attorney for the mortgagee and/or it mortgage servicer. please make payment  in the next 20 days  in the amount of sum certain of one million  ( $1,000,000.00)  dollars of legal and Lawful Silver Dollar Coin of the United States, convertible At the legal and lawful ratio of 24 Silver Dollars to 1 Federal Reserve Note. As prescribed by law and is not limited by any past present or future restriction for each instance of said unauthorized use and is due within 20 days of receipt of notice via Certified  mail# 70211970000216992969. You are to remit 1 payment to Flavius in the amount of $24,000,000.00 (Twenty Four Million US Dollars) for copyright infringement on the patent protected  name *"FLAVIUS EURISTHE©"* and an additional $24,000,000.00 (Twenty Four Million US Dollars)  payment to Kimila for copyright infringement on the patent protected  name  *"KIMILA  EURISTHE©"* The total sum of $48,000,000 (Forty Eight Million U.S. Dollars ) is due within 21 days of receipt of this Notice.

29.  Janet Pinder, in her private and public capacity attorney for the mortgagee and/or it mortgage servicer. please make payment  in the next 20 days  in the amount of sum certain of one million  ( $1,000,000.00)  dollars of legal and Lawful Silver Dollar Coin of the United States, convertible At the legal and lawful ratio of 24 Silver Dollars to 1 Federal Reserve Note. As prescribed by law and is not limited by any past present or future restriction for each instance of said unauthorized use and is due within 20 days of receipt of notice via Certified  mail# 70211970000216992952. You are to remit 1 payment to Flavius in the amount of $24,000,000.00 (Twenty Four Million US Dollars) for copyright infringement on the patent protected  name *"FLAVIUS EURISTHE©"* and an additional $24,000,000.00 (Twenty Four Million US Dollars)  payment to Kimila for copyright infringement on the patent protected  name  *"KIMILA  EURISTHE©"* The total sum of $48,000,000 (Forty Eight Million U.S. Dollars ) is due within 21 days of receipt of this Notice.

30.  Brandy Bacon, in her private and public capacity attorney for the mortgagee and/or it mortgage servicer. please make payment  in the next 20 days  in the amount of sum certain of one million  ( $1,000,000.00)  dollars of legal and Lawful Silver Dollar Coin of the United States, convertible At the legal and lawful ratio of 24 Silver Dollars to 1 Federal Reserve Note. As prescribed by law and is not limited by any past present or future restriction for each instance of said unauthorized use and is due within 20 days of receipt of notice via Certified  mail# 70211970000216992945. You are to remit 1 payment to Flavius in the amount of $24,000,000.00 (Twenty Four Million US Dollars) for copyright infringement on the patent protected  name *"FLAVIUS EURISTHE©"* and an additional $24,000,000.00 (Twenty Four Million US Dollars)  payment to Kimila for copyright infringement on the patent protected  name  *"KIMILA  EURISTHE©"* The total sum of $48,000,000 (Forty Eight Million U.S. Dollars ) is due within 21 days of receipt of this Notice.

31.  Michelle Schwartz, in her private and public capacity attorney for the mortgagee and/or it mortgage servicer please make payment  in the next 20 days  in the amount of sum certain of one million  ( $1,000,000.00)  dollars of legal and Lawful Silver Dollar Coin of the United States, convertible At the legal and lawful ratio of 24 Silver Dollars to 1 Federal Reserve Note. As prescribed by law and is not limited by any past present or future restriction for each instance of said unauthorized use and is due within 20 days of receipt of notice via Certified  mail# 70211970000216992938. You are to remit 1 payment to Flavius in the amount of $24,000,000.00 (Twenty Four Million US Dollars) for copyright infringement on the patent protected  name *"FLAVIUS EURISTHE©"* and an additional

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter

$24,000,000.00 (Twenty Four Million US Dollars) payment to Kimila for copyright infringement on the patent protected name "**KIMILA EURISTHE©**" The total sum of $48,000,000 (Forty Eight Million U.S. Dollars ) is due within 21 days of receipt of this Notice.

32. Jamie Dworsky, in their private and public capacity attorney for the mortgagee and/or it mortgage servicer. please make payment in the next 20 days in the amount of sum certain of one million ( $1,000,000.00) dollars of legal and Lawful Silver Dollar Coin of the United States, convertible At the legal and lawful ratio of 24 Silver Dollars to 1 Federal Reserve Note. As prescribed by law and is not limited by any past present or future restriction for each instance of said unauthorized use and is due within 20 days of receipt of notice via Certified mail# 70211970000216992921. You are to remit 1 payment to Flavius in the amount of $24,000,000.00 (Twenty Four Million US Dollars) for copyright infringement on the patent protected name "**FLAVIUS EURISTHE©**" and an additional $24,000,000.00 (Twenty Four Million US Dollars) payment to Kimila for copyright infringement on the patent protected name "**KIMILA EURISTHE©**" The total sum of $48,000,000 (Forty Eight Million U.S. Dollars ) is due within 21 days of receipt of this Notice.

33. Robert L. Negrin, in his private and public capacity attorney for the mortgagee and/or it mortgage servicer. please make payment in the next 20 days in the amount of sum certain of one million ( $1,000,000.00) dollars of legal and Lawful Silver Dollar Coin of the United States, convertible At the legal and lawful ratio of 24 Silver Dollars to 1 Federal Reserve Note. As prescribed by law and is not limited by any past present or future restriction for each instance of said unauthorized use and is due within 20 days of receipt of notice via registered mail # RF 184 190 397 US. You are to remit 1 payment to Flavius in the amount of $24,000,000.00 (Twenty Four Million US Dollars) for copyright infringement on the patent protected name "**FLAVIUS EURISTHE©**" and an additional $24,000,000.00 (Twenty Four Million US Dollars) payment to Kimila for copyright infringement on the patent protected name "**KIMILA EURISTHE©**" The total sum of $48,000,000 (Forty Eight Million U.S. Dollars ) is due within 21 days of receipt of this Notice.

34. **It is a fact that respondents who fail to pay within the 20 days will result in a judgement of 3 times the initial amount in accordance with 18 USC 2333 given that Affiants status is that of one a national with limited diplomatic immunity and protection by international treaty. Non payment within 30 days will be viewed as international terrorism, is at 18 USC 2331(1)(A); 18 USC 2331(1)(B)(i) and 18 USC 2331(1)(C). We will reserve the right to pursue a claim under international treaty.**

35. It is a fact , that **Title 18 U.S. Code, Part 1, Chapter 2 § 31** [U.S. Code trumps local and state code. _The use of Texas code on the Acceptance of federal funding places the state code as subordinate to Federal interests.].The use of section 5Take note and conduct yourselves accordingly._

36. It is a fact that, **The Constitution for the United States of America (1789)** is positive law, a trust indenture and "the supreme law of the land". All States of the United States of America must honor Judicial Proceedings of every other State. The higher Courts opinions and rulings of every state must be re-cognized by the other states of the Union in order to insure domestic tranquility and continuity of justice as to insure confidence and trust in our judicial system as best may be achieved.

37. **It is a fact , that the respondents acted in bad faith with intend to no only deceive but to commit theft** " Failure to reveal the material facts of a license or any agreement is immediate grounds for estoppel." _Lo Bue v. Porazzo_, 48 Cal.App.2d 82, 119, p.2d 346, 348.

38. **We are <u>Sovereign</u> American State Nationals, under Title 8 United States Code [USC] section 1101 (21)(a), (23). We are not a citizens, persons nor residents under the 14th amendment and not subject to their jurisdiction nor are we subject to statutory jurisdiction which when applied as a s fact of law is colorable and in violation of 18 USC 241 and !\* USC 242. Our status as an American State National affords us limited diplomatic immunity and protection under the United Nations and by International Treaties. We are competent in this matter and are Sui juris.**

39. **Our proper names are <u>Flavius- Nichita Euristhe</u> & <u>Kimila Shavonne Euristhe</u> (_in upper_ and lower case letters NOT all UPPER CASE LETTERS ) pursuant to Title 18**

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter

U.S. Code § 1342 affirm and attest under the laws of the united States of America, without the United States corporation, this is the truth of my Affidavit of, the whole truth and nothing but the truth, and not misleading, so help me God...; fully stating that the ATTORNEY GENERAL'S OFFICE understands and fully agrees to the seriousness in regards to communicating with "proper persons in their own «prover name" as required by the code and not under any fictitious. false. or assumed title. name or address under the authority of Title 18 U.S. Code § 1342 above and fully agrees to abide by this code while communicating by way of US Postal, personally, or use any associated organizations, corporations, partners or by Attorneys) and not make any claims by using the United States Postal mail to commit mail Fraud.

40. We are not residents of Washington DC neither are we in the Federal Zone. Our proper mailing address is Flavius-Nichita;. Euristhe & Kimila- Shavonne;. Euristhe C/O Rural Route 9912 Villa Verdre Drive , Fort Worth, Texas Republic, Near [ 76179] "non domestic" without the United states. To avoid any presumption that we are in the Federal Zone. We will NOT accept and will return to sender any correspondence bearing our name in  ALL CAPITAL LETTERS, and has 2 letter state, and zip codes in the address as that can be construed to mean that we volunteer to be under federal jurisdiction. We reserve the right to file a claim and seek remedy for disputes under treaty and international  law to include but not limited to Universal Postal Union.

41. When a lawfully qualified Sovereign American individual has a claim to title and is challenged, the court of competent original and exclusive jurisdiction is Common Law Supreme Court (Article III). Any action against a patent by a corporate state or their respective statutory, legislative units (i.e., courts) would be an action at Law which is outside the venue and jurisdiction of these Article 1 courts. There is no Law issue contained herein which may be heard in any of the State courts (Article 1), nor can any court of Equity/ Admiralty/ Military set aside, annul. It is further resolved that article  1 Courts use statutory jurisdiction- which is made up and not defined in black law dictionary 4th edition. [The word statute as defined by Blacks Law Dictionary 4th edition means written law in contradiction to unwritten law. See. Foster v. Brown, 199, Ga. 444, 34 S.E.2d, 530 535 . See Common Law] [ unwritten law is common law, "contradiction" means "as opposed to" [opposite to]. Therefore statutory jurisdiction when applied to any case as a matter of law, is in violation of 18USC 241 and 18 USC 242 since this is colorable law.

42. We herby invoke our right to immunity and all the privileges granted In accordance with (IAW) 22 USC 254d. Additionally, 49 Statute 3097 Treaty Series 881 Conventions and Duties and Rights of the States, placed all states under international law, thus making all courts, Intentional courts. Therefore ability to govern is subject to the limit of the law, and that limit is reached with the revocation of consent.

43. OPPORTUNITY TO CURE: The opportunity to cure is non negotiable given the seriousness of this matter and the future implications. Additionally there are enough precedent cases on the books of the Unites States  Supreme Court to support the demand. All respondents shall make 2  full payments  in the next 20 days.  Each payment is in the amount of sum certain of one million  ( $1,000,000.00)  dollars of legal and Lawful Silver Dollar Coin of the United States, convertible At the legal and lawful ratio of 24 Silver Dollars to 1 Federal Reserve Note. As prescribed by law. You are to remit 1 payment to Flavius in the amount of $24,000,000.00 (Twenty Four Million US Dollars) for copyright infringement on the patent protected  name "FLAVIUS EURISTHE©" and an additional $24,000,000.00 (Twenty Four Million US Dollars) payment to Kimila for copyright infringement on the patent protected  name "KIMILA EURISTHE©" The total sum of $48,000,000 (Forty Eight Million U.S. Dollars ) is due from each respondent within 20 days of receipt of this Notice.

> Flavius& Kimila Euristhe
> c/o 9912 Villa Verde Drive.
> Fort Worth, Texas.
> U.S.A. Near. [76179]
> Non-Domestic/Non-Resident Mail

44. *Supporting laws including but not limited to*

18 U.S. Code § 1651. Piracy under law of nations

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter

Whoever, on the high seas, commits the crime of piracy as defined by the law of nations, and is afterwards brought into or found in the United States, shall be imprisoned for life.

18 U.S. Code § 1341. Frauds and swindles
Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.

18 U.S.C. § 1651 et Seq. Piracy and privateering are federal offenses.
It is a FELONY to use one?s office, de facto or otherwise, in the capacity of a ?Debt Collector? to collect a debt without the requisite evidentiary proof of the debt giving rise to the obligation and the resulting liability. Ever hear of ?RICO,? or read 18 U.S.C. " 1951-1968; particularly ' 1961(3)]. Without showing liability on the face of the instrument, the prosecution has failed to state a claim. Under the FDCPA, 28 U.S.C. " 3001 et seq., without verification of the debt, upon timely demand therefore, Scienter and FELONY FRAUD ensues.

**NO** written contract is enforceable if it is made without any element of a lawful contract:

1. Parties competent, of the age of consent, contract between legal or lawful entities. 2. Free and genuine consent, not obtained by fraud, deceit, coercion, or mistake. 3. Full disclosure, providing all material information that may influence a decision. 4. Sufficient consideration, something of value exchanged between the parties. 5. Certainty of terms and conditions, fixed and unable to be changed without agreement. 6. Meeting of the minds, when the parties recognise and understand their obligations.7. Signatures or autographs, in wet ink, as recorded evidence of reciprocal consent.

**Contract Case Law:**

"Failure to reveal the material facts of a license or any agreement is immediate grounds for estoppel." *Lo Bue v. Porazzo*, 48 Cal.App.2d 82, 119, p.2d 346, 348.

"Waivers of fundamental Rights must be knowing, intentional, and voluntary acts, done with sufficient awareness of the relevant circumstances and likely consequences." *U.S. v. Brady*, 397 U.S. 742 at 748 (1970); U.S.v. O'Dell, 160 F.2d 304 (6th Cir. 1947)".

Unconscionable "contract" - "One which no sensible man not under delusion, or duress, or in distress would make, and such as no honest and fair man would accept." *Franklin Fire Ins. Co. v. Noll*, 115 Ind. App. 289, 58 N.E.2d 947, 949, 950.

"Party cannot be bound by contract that he has not made or authorized." Alexander v. Bosworth (1915), 26 C.A. 589, 599, 147 P.607.

<u>Subject Jurisdiction</u>. With no subject matter jurisdiction, the judge and other officers of the court have no official or judicial immunity and can be held personally and criminally liable for wrongdoing. The courts have held:
*"When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost."*
**Rankin v. Howard**, (1980) 633 F.2d 844, cert. den. Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326.
*"A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts."*
**Davis v. Burris**, 51 Ariz. 220, 75 P.2d 689 (1938).
*"When a judicial officer acts entirely without jurisdiction or without compliance with jurisdiction requisites he may be held civilly liable for abuse of process even though his act involved a decision made in good faith, that he had jurisdiction."*

The International Organization Immunities Act of 1945 placed all courts under the jurisdiction of the United Nations (reference Title 22 CFR Foreign Relations with Oaths of Office under section 92.12 and 92.31). Under Title 8 USC 1481 all oath takers judges, law enforcement officers, etc.) voluntarily forfeit their citizenship via the Oath of Office thus becoming foreign agents and are required to register under the Foreign Sovereign Immunity Act. **US Govt. Code imposes $75,000 fine and imprisonment for Unregistered Foreign Agents.**

I have presented and registered this document-vessel under the jurisdiction of the Universal Postal Union by paying the transit fees of $1.00 as the postmaster cancelling the stamp of this vessel, for this vessel's delivery and peaceful protection under Registered mail#_____

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter

Autographed by: _Flavius - Nichita ;. Euristhe_
Flavius- Nichita ;. Euristhe, authorized representative  for: FLAVIUS NICHITA EURISTHE - (VESSEL)


Autographed by: _Kimila - Shavonne ; Euristhe_
Kimila-Shavonne ;. Euristhe, authorized representative  for: KIMILA SHAVONNE HOWARD &
KIMILA SHAVONNE EURISTHE - (VESSEL) ( hereinafter, "Affiant")


Without Prejudice - Without Recourse - all unalienable rights guaranteed UCC 1-308
Notary Public as JURAT CERTIFICATE

Texas State

Tarrant County

The United States of America, without the United States

On _13m_ day of _June_, in the year of our lord two thousand twenty three,

before me, a Notary Public, personally appeared

_Flavius N Euristhe & Kimila S. Euristhe_

who proved to me on the basis of satisfactory evidence to be the man and woman whose Names

are subscribed to the within attached instrument and acknowledged to Me that they executed the

same in their authorized capacity, and that by their  autograph(s) on the instrument the man and

woman executed, the instrument known as _Notice of Copyright Infringement + Demand_
_Aldridge Et Al_

I certify under PENALTY OF PERJURY under the lawful laws of Texas State that the foregoing

paragraph is true and correct.

WITNESS my hand and official seal.

Signature_____

BRITTANY ARNOLD
Notary Public, State of Texas
Comm. Expires 08-16-2026
Notary ID 133911025

of Notary / Jurat                                        seal

NOTICE: Use of the notary public is for verification of signature and identity
confirmation only.  It implies no consent to federal jurisdiction under the Buck Act as one
is 'without the jurisdiction of the District of Columbia'.

NOTICE: Use of the notary public is for verification of autograph or seal of individual
biological 'character' confirmation only implying no presumption to federal jurisdiction
whatsoever.
        Notice to agents is notice to principal, Notice to principal is notice to agent.

This is _The End_ of this affidavit.

# EXHIBIT _A_

## _6_ Pages

FILE FOR RECORD – THIS IS INTERNATIONAL NOTICE

RETURN TO:
Flavius -Nichita;. Euristhe Without Prejudice,  U.C.C. § 1 - 308
c/o 9912 Villa Verde Dr.
Fort Worth, Texas Republic
Non-domestic
Without the United States
*Not in any federal zone, territory, possession, enclave, etc.,*
*and not subject to the jurisdiction of the United States, et al.*

http://www.worldreviewgroup.com/publicrecords.html

Tarrant County Registry & Pima County Arizona.

This Declaration is made without prejudice:

NOTICE OF DECLARATION IN THE FORM
OF A COMMERCIAL AFFIDAVIT OF TRUTH

NOTICE OF COMMON LAW COPYRIGHT,
COPY CLAIM, AND TRADEMARK

Re: the art work "FLAVIUS NICHITA EURISTHE " and any/all derivatives thereof.

I/Me/Myself/Us/We/Ourselves, Flavius Nichita Euristhe , the undersigned affiant, a living man upon the land of  Texas Republic and not a corporation or legal fiction, etc., born upon the land in the Birth State of Saint Lucia and living in the united states of America. With a recorded Birth Date, of  December ,22 1975 declare that I am of majority and competent to state the matters set forth herein with first-hand knowledge of the facts and that they are true, correct, not misleading, and certain, admissible as evidence.

1. This plain statement of Fact being a matter that must be expressed to be resolved. In Commerce, truth is sovereign. Truth is best expressed in law in the form of an affidavit. An uncontroverted affidavit stands as truth in commerce and becomes the judgment, can only be challenged by a rebuttal affidavit item for item signed under penalty of perjury, and can only be satisfied by payment, agreement, resolution, or by a trial by jury according to the common law of Texas.

2. I/Me/Myself/Us/We/Ourselves am presenting this affidavit for truth in commerce and as a Contract for Waiver of Tort.

3. The public record being the highest form of evidence, I am creating a public record by Declaration of said Copyright by recording with the Tarrant County Recorder in the state of Texas and Pima County Recorder in the state of Arizona and on the online database located at worldreviewgroup.com.

4. The person and name known as FLAVIUS NICHITA EURISTHE, and any/all derivatives thereof being a legal fiction(s) without form or substance, and without any resemblance to any natural born living being, is entirely an intentional commercial Fraud created by the alleged de facto government officials and agents of the *nul tiel* COMMERCIAL CORPORATION(s) doing business as, but not limited to, the UNITED STATES, USA, PUERTO RICO, US, GOVERNMENT OF WASHINGTON D.C., DISTRICT OF COLUMBIA (including any agencies / persons claiming jurisdiction over any U.S. territories, possessions, enclaves, etc.), et al, FEDERAL RESERVE SYSTEM, DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE (I.R.S.), BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS (B.A.T.F.), FEDERAL BUREAU OF INVESTIGATION (F.B.I.), DEPARTMENT OF HOMELAND SECURITY, CENTRAL INTELLIGENCE AGENCY (C.I.A.), NATIONAL SECURITY AGENCY (N.S.A.), AMERICAN BANKING ASSOCIATION (A.B.A.), AMERICAN BAR ASSOCIATION (A.B.A.), STATE OF TEXAS, etc., with subdivisions being CORPORATE MUNICIPAL COUNTIES, BOROUGHS, PARISHES, and CORPORATE MUNICIPAL CITY(IES). The FICTION is created for the purpose of disenfranchising the living man, Flavius Nichita Euristhe, of his life, liberty, property, and the pursuit for happiness for the unjust enrichment of said CORPORATE and GOVERNMENTAL FICTIONS.

5. A copyright, copy-claim, and trademark is hereby placed on the art of "FLAVIUS NICHITA EURISTHE"© and any/all derivatives thereof.

Any indentures, debentures, bonds, securities, judgments, warrants or any other kind of commercial paper issued or predicated on the art "FLAVIUS NICHITA EURISTHE "©, shall become a Security Agreement between the issuing party and the affiant and shall make the issuer liable for fees, damages and penalties as follows:

1. Any usage shall incur a debt of $15,000 in U.S. Silver Dollar Coin convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes per usage per signatory;

2. Failure to correct the unjust usage in a timely manner upon notice will result in the additional penalty of 1,000.00 U.S. Dollars in Silver Specie convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes per day until paid.

Flavius Nichita Euristhe          Declaration of Copyright for FLAVIUS NICHITA EURISTHE©.

Pg. 1 of 3

3. Failure to render the appropriate funds in a timely manner will result in a Lien / Levy against the property of the person violating said copyright as no controversy will exist.

Anyone placing the copyrighted, copy-claimed and trademarked "FLAVIUS NICHITA  EURISTHE"© or any derivations thereof on any document which is in any way associated with Me, the living soul, Flavius Nichita Euristhe, shall, by such document acting *prima facie* as evidence of violation, become liable for penalties payable in legal and lawful tender of:

a. Ten ($10.00) dollars US silver coin per day until Notice is delivered;
b. One hundred ($100.00) dollars US silver coin per day for each day AFTER Notice is received until the offending document is destroyed and a public retraction is made in the local newspaper in a double-wide column of not less than three (3") inches in length, if such notice is published within thirty (30) days of Notice;
c. One thousand ($1,000.00) dollars US silver coin per day for each day after Notice if such retraction is not published within thirty (30) days of said Notice; and,
d. Notice will be based upon the records of the commercial business that affects delivery.

"FLAVIUS NICHITA  EURISTHE"© is the perfected proprietary security for the living soul, Flavius Nichita Euristhe, under original common law for one hundred (100) years and is private property for the protection of My estate, life, liberty, and property.

Unauthorized possession or use of "FLAVIUS NICHITA EURISTHE"© and any/all derivatives thereof may be a violation of State Code for Fraudulent Use or Possession of Identifying Information which is punishable by imprisonment and fines.

Any use of "FLAVIUS NICHITA EURISTHE "© and any/all derivative(s) thereof, with or without scienter, at the expense of any right, liberty, property, or any part of My estate, absent full disclosure and lacking written prior consent is strictly forbidden and chargeable to each of the users/issuers in the amount of the sum certain of one million ($1,000,000.00) dollars of legal and Lawful Silver Dollar Coin of the United States, convertible at the legal and lawful ratio of 24:1 to Federal Reserve Note Dollars as prescribed by law and is not limited by any past, present, or future restriction for each instance of said unauthorized use.

Placement of "FLAVIUS NICHITA EURISTHE "© on any document associated in any manner with My estate or Me, Flavius Nichita Euristhe, without My written prior consent is all of the evidence required for enforcement of this agreement/contract and is evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract without controversy under the conditions and terms so stated and set forth herein.

I/Me/Myself/Us/We/Ourselves, Flavius Nichita Euristhe, am not an expert in the law; however, I do know right from wrong. If there is any living soul that is being unjustly damaged by any statements herein, he/she will inform Me by facts in the form of a **signed and sworn Affidavit**. Therefore, I hereby and herein reserve the right to amend and make amendment to the attached instrument as necessary in order that the truth may be ascertained and proceedings justly determined. If any living soul has information that will controvert and overcome this signed and sworn Declaration in this commercial matter, you must advise Me of the facts in the form of a **signed and sworn Commercial Affidavit** within ten (10) days from recording hereof, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law and not merely the ultimate facts of conclusions of law that this affidavit, by Declaration, is substantially and materially false sufficiently to change materially My or the fictions status and factual declaration. Your silence stands as consent to, and tacit approval of, the factual declarations here being established as fact as a matter of law and this affidavit by Declaration will stand as final judgment in this matter; and for the sum certain herein stated and will be in full force and effect against all parties, due, payable, and enforceable by law. The criminal penalties for commercial fraud is determined by jury and by law, the monetary value is set forth by Me for violation of My Private Property and for breach of the law, the contract, and the Constitution in the amount of the sum certain stated herein of two million five hundred fifty thousand ($2,550,000.00) dollars specie of Gold coin or lawful coinage of the united States as defined by Article I, Section 10 of the Constitution of We, the People, for the united States of America and will be due, payable on the eleventh day, and any day thereafter as use occurs after filing by Me, in the public records of the county of Tarrant in the Texas Republican state.

Notice to the agent is notice to the principal. Notice to all agents of the State of TEXAS and all subdivisions thereof is made by the filing of this document with the County County Recorder and on the online database located at worldreviewgroup.com.

Further affiant sayeth not!

ALL RIGHTS RESERVED,
FOR COPY-CLAIM the art of "FLAVIUS NICHITA  EURISTHE "© and any/all derivatives thereof.

By: FLAVIUS  NICHITA  EURISTHE
Debtor, Grantor

Flavius Nichita Euristhe            Declaration of Copyright for FlAVIUS NICHITA EURISTHE©.

Pg. 2 of 3



Redacted
03/31/2023

**ACCEPTANCE**

By: _Flavus-Nichita; Euristhe_   *no dolus*

Honorable Flavius Nichita Euristhe, living soul, *sui juris*, Agent, a lawful Man and article 9 entity.

This document was prepared by Flavius Nichita Euristhe.

ACKNOWLEDGMENT / NOTARY

Tarrant County
Texas
united states of America
*original jurisdiction*

The above-signed Affiant, personally known to Me or proved to Me on the basis of satisfactory evidence to be the one whose address and autograph is subscribed to the within instrument. Affiant swears under the pains and penalties of perjury that all statements made herein are true, correct, certain, and not misleading.

Duly subscribed and sworn on this ___31st___ day of ___March___, 2023.
                                                              Month
                                                              (print)

X _____                                    (seal)
Notary Public

> **BRITTANY ARNOLD**
> Notary Public, State of Texas
> Comm. Expires 09-16-2026
> Notary ID 133911026

Flavius Nichita Euristhe          Declaration of Copyright for FIAVIUS NICHITA EURISTHE©.

Pg. 3 of 3

FILE FOR RECORD – THIS IS INTERNATIONAL NOTICE

RETURN TO:
Kimila -Shavonne;. Euristhe Without Prejudice,   U.C.C. § 1 - 308
c/o 9912 Villa Verde Dr.
Fort Worth, Texas Republic
Non-domestic
Without the United States
*Not in any federal zone, territory, possession, enclave, etc.,*
*and not subject to the jurisdiction of the United States, et al.*

http://www.worldreviewgroup.com/publicrecords.html

NOTICE OF DECLARATION IN THE FORM
OF A COMMERCIAL AFFIDAVIT OF TRUTH

Tarrant County Registry & Pima County Arizona.

NOTICE OF COMMON LAW COPYRIGHT,
COPY CLAIM, AND TRADEMARK

This Declaration is made without prejudice:

Re: the art work "KIMILA  SHAVONNE  HOWARD " (maiden name) &  "KIMILA. SHAVONNE  EURISTHE (married name) and any/all derivatives thereof.

I/Me/Myself/Us/We/Ourselves, Kimila Shavonne Euristhe , the undersigned affiant, a living woman upon the land of Texas Republic and not a corporation or legal fiction, etc., born upon the land in the  Ohio State in the united states of America. With a recorded  Birth Date, of  May ,26 1982 declare that I am of majority and competent to state the matters set forth herein with first-hand knowledge of the facts and that they are true, correct, not misleading, and certain, admissible as evidence.

1. This plain statement of Fact being a matter that must be expressed to be resolved. In Commerce, truth is sovereign. Truth is best expressed in law in the form of an affidavit. An uncontroverted affidavit stands as truth in commerce and becomes the judgment, can only be challenged by a rebuttal affidavit item for item signed under penalty of perjury, and can only be satisfied by payment, agreement, resolution, or by a trial by jury according to the common law of Texas.

2. I/Me/Myself/Us/We/Ourselves am presenting this affidavit for truth in commerce and as a Contract for Waiver of Tort.

3. The public record being the highest form of evidence, I am creating a public record by Declaration of said Copyright by recording with the Tarrant County Recorder in the state of Texas and  Pima County Recorder in the state of Arizona and on the online database located at worldreviewgroup.com.

4. The person and name known as KIMILA SHAVONNE HOWARD & KIMILA SHAVONNE EURISTHE, and any/all derivatives thereof being a legal fiction(s) without form or substance, and without any resemblance to any natural born living being, is entirely an intentional commercial Fraud created by the alleged de facto government officials and agents of the *mul tiel* COMMERCIAL CORPORATION(s) doing business as, but not limited to, the UNITED  STATES, USA, US, GOVERNMENT  OF  WASHINGTON D.C., DISTRICT OF COLUMBIA (including any agencies / persons claiming jurisdiction over any U.S. territories, possessions, enclaves, etc.), et al, FEDERAL  RESERVE  SYSTEM, DEPARTMENT  OF  TREASURY, INTERNAL  REVENUE  SERVICE (I.R.S.), BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS (B.A.T.F.), FEDERAL  BUREAU  OF  INVESTIGATION (F.B.I.), DEPARTMENT  OF  HOMELAND  SECURITY, CENTRAL   INTELLIGENCE   AGENCY   (C.I.A.), NATIONAL SECURITY AGENCY (N.S.A.), AMERICAN BANKING ASSOCIATION (A.B.A.), AMERICAN BAR  ASSOCIATION (A.B.A.), STATE OF OHIO, STATE  OF TEXAS, etc., with subdivisions being CORPORATE  MUNICIPAL  COUNTIES, BOROUGHS, PARISHES, and CORPORATE MUNICIPAL  CITY(IES). The FICTION is created for the purpose of disenfranchising the living woman,   Kimila Shavonne Euristhe, of her life, liberty, property, and the pursuit for happiness for the unjust enrichment of said CORPORATE and GOVERNMENTAL FICTIONS.

5. A copyright, copy-claim, and trademark is hereby placed on the art of "KIMILA SHAVONNE HOWARD"©;  KIMILA SHAVONNE EURISTHE "© and any/all derivatives thereof.

Any indentures, debentures, bonds, securities, judgments, warrants or any other kind of commercial paper issued or predicated on the art "KIMILA  SHAVONNE  HOWARD"©, & "KIMILA  SHAVONNE  EURISTHE"© shall become a Security Agreement between the issuing party and the affiant and shall make the issuer liable for fees, damages and penalties as follows:

1. Any usage shall incur a debt of $15,000 in U.S. Silver Dollar Coin convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes per usage per signatory;

2. Failure to correct the unjust usage in a timely manner upon notice will result in the additional penalty of 1,000.00 U.S. Dollars in Silver Specie convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes per day until paid.

Kimila Shavonne Euristhe         Declaration of Copyright for KIMILA SHAVONNE HOWARD©; KIMILA SHAVONNE  EURISTHE©
Pg. 1 of 3

3. Failure to render the appropriate funds in a timely manner will result in a Lien / Levy against the property of the person violating said copyright as no controversy will exist.

Anyone placing the copyrighted, copy-claimed and trademarked "KIMILA SHAVONNE HOWARD "©;"KIMILA SHAVONNE EURISTHE"© or any derivations thereof on any document which is in any way associated with Me, the living soul, Kimila Shavonne Euristhe, shall, by such document acting *prima facie* as evidence of violation, become liable for penalties payable in legal and lawful tender of:

a. Ten ($10.00) dollars US silver coin per day until Notice is delivered:
b. One hundred ($100.00) dollars US silver coin per day for each day AFTER Notice is received until the offending document is destroyed and a public retraction is made in the local newspaper in a double-wide column of not less than three (3") inches in length, if such notice is published within thirty (30) days of Notice;
c. One thousand ($1,000.00) dollars US silver coin per day for each day after Notice if such retraction is not published within thirty (30) days of said Notice; and,
d. Notice will be based upon the records of the commercial business that affects delivery.

"KIMILA SHAVONNE HOWARD "©;"KIMILA SHAVONNE EURISTHE"© is the perfected proprietary security for the living soul, Kimila Shavonne Euristhe, under original common law for one hundred (100) years and is private property for the protection of My estate, life, liberty, and property.

Unauthorized possession or use of "KIMILA SHAVONNE HOWARD "©;"KIMILA SHAVONNE EURISTHE"© and any/all derivatives thereof may be a violation of State Code for Fraudulent Use or Possession of Identifying Information which is punishable by imprisonment and fines.

Any use of "KIMILA SHAVONNE HOWARD "©;"KIMILA SHAVONNE EURISTHE"© and any/all derivative(s) thereof, with or without scienter, at the expense of any right, liberty, property, or any part of My estate, absent full disclosure and lacking written prior consent is strictly forbidden and chargeable to each of the users/issuers in the amount of the sum certain of one million ($1,000,000.00) dollars of legal and Lawful Silver Dollar Coin of the United States, convertible at the legal and lawful ratio of 24:1 to Federal Reserve Note Dollars as prescribed by law and is not limited by any past, present, or future restriction for each instance of said unauthorized use.

Placement of "KIMILA SHAVONNE HOWARD "©;"KIMILA SHAVONNE EURISTHE"© on any document associated in any manner with My estate or Me, Kimila Shavonne Euristhe, without My written prior consent is all of the evidence required for enforcement of this agreement/ contract and is evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract without controversy under the conditions and terms so stated and set forth herein.

I/Me/Myself/Us/We/Ourselves, Kimila Shavonne Euristhe, am not an expert in the law; however, I do know right from wrong. If there is any living soul that is being unjustly damaged by any statements herein, he/she will inform Me by facts in the form of a **signed and sworn Affidavit**. Therefore, I hereby and herein reserve the right to amend and make amendment to the attached Instrument as necessary in order that the truth may be ascertained and proceedings justly determined. If any living soul has information that will controvert and overcome this signed and sworn Declaration in this commercial matter, you must advise Me of the facts in the form of a **signed and sworn Commercial Affidavit** within ten (10) days from recording hereof, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law and not merely the ultimate facts of conclusions of law that this affidavit, by Declaration, is substantially and materially false sufficiently to change materially My or the fictions status and factual declaration. Your silence stands as consent to, and tacit approval of, the factual declarations here being established as fact as a matter of law and this affidavit by Declaration will stand as final judgment in this matter; and for the sum certain herein stated and will be in full force and effect against all parties, due, payable, and enforceable by law. The criminal penalties for commercial fraud is determined by jury and by law, the monetary value is set forth by Me for violation of My Private Property and for breach of the law, the contract, and the Constitution in the amount of the sum certain stated herein of two million five hundred fifty thousand ($2,550,000.00) dollars specie of Gold coin or lawful coinage of the united States as defined by Article I, Section 10 of the Constitution of We, the People, for the united States of America and will be due, payable on the eleventh day, and any day thereafter as use occurs after filing by Me, in the public records of the county of Tarrant in the Texas Republican state.

Notice to the agent is notice to the principal. Notice to all agents of the State of TEXAS and all subdivisions thereof is made by the filing of this document with the Tarrant County Recorder in the state of TEXAS and Pima County recorder in the state of Arizona and on the online database located at worldreviewgroup.com.

Further affiant sayeth not!

ALL RIGHTS RESERVED,
FOR COPY-CLAIM the art of "KIMILA SHAVONNE HOWARD "©;"KIMILA SHAVONNE EURISTHE"© and any/all derivatives thereof.

By: KIMILA SHAVONNE HOWARD AKa KIMILA SHAVONE EURISTHE
Debtor, Grantor

Kimila Shavonne Euristhe      Declaration of Copyright for KIMILA SHAVONNE HOWARD©; KIMILA SHAVONNE EURISTHE©

Pg. 2 of 3



Redacted
03/31/2023

**ACCEPTANCE**

By: *Kimila-Shavonne j · Euristhe*    *no dolus*
Honorable Kimila Shavonne Euristhe, living soul, *sui juris*, Agent, a lawful woman and article 9 entity.

This document was prepared by Kimila Shavonne Euristhe.

**ACKNOWLEDGMENT / NOTARY**

Tarrant County
Texas
united states of America
*original jurisdiction*

The above-signed Affiant, personally known to Me or proved to Me on the basis of satisfactory evidence to be the one whose address and autograph is subscribed to the within instrument. Affiant swears under the pains and penalties of perjury that all statements made herein are true, correct, certain, and not misleading.

Duly subscribed and sworn on this 31st day of *march*, 2023.
                                        Month

x _____                    (seal)
Notary Public

```
        BRITTANY ARNOLD
  Notary Public, State of Texas
   Comm. Expires 08-16-2026
      Notary ID 133911026
```

Kimila Shavonne Euristhe    Declaration of Copyright for KIMILA SHAVONNE HOWARD©; KIMILA SHAVONNE  EURISTHE©
                                                                                Pg. 3 of 3

# EXHIBIT β

## 3 Pages

**Kelly**

June 5, 2023 at 5:43 PM

To: Flavius@consultant.com



# 9912 Ville Verde Dr, FW

📎 Save 1 attachment (98 KB)    Details >



Here you go. Hope this helps.

--
**Kelly Roy**
*Senior Managing Partner*
512-298-2147



*Received the notice from one of the investors entised by the use of copy written material*

*Addridge never gave notice. and would have waited quietly Till the last minute.*

**Cool Chicks**
**HOLDINGS, LLC**

## NOTICE OF SUBSTITUTE TRUSTEE'S SALE

### THIS INSTRUMENT APPOINTS THE SUBSTITUTE TRUSTEE(S) IDENTIFIED TO SELL THE PROPERTY DESCRIBED IN THE SECURITY INSTRUMENT IDENTIFIED IN THIS NOTICE OF SALE. THE PERSON SIGNING THIS NOTICE IS THE ATTORNEY OR AUTHORIZED AGENT OF THE MORTGAGEE OR MORTGAGE SERVICER.

Matter No.:   113037-TX

Date:    May 10, 2023

County where Real Property is Located: Tarrant

ORIGINAL MORTGAGOR:    FLAVIUS EURISTHE AND KIMILA EURISTHE, HUSBAND AND WIFE

ORIGINAL MORTGAGEE:    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING, ITS SUCCESSORS AND ASSIGNS

CURRENT MORTGAGEE:    PennyMac Loan Services, LLC

MORTGAGE SERVICER:    PennyMac Loan Services, LLC

DEED OF TRUST DATED 3/4/2021, RECORDING INFORMATION: Recorded on 3/8/2021, as Instrument No. D221060918

SUBJECT REAL PROPERTY (LEGAL DESCRIPTION): LOT 10, BLOCK 12, LA FRONTERA, AN ADDITION TO THE CITY OF FORT WORTH, TARRANT COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN DOCUMENT NO. D219215343, PLAT RECORDS OF TARRANT COUNTY, TEXAS.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that on 7/5/2023, the foreclosure sale will be conducted in Tarrant County in the area designated by the Commissioners Court, pursuant to Section 51.002 of the Texas Property Code as the place where the foreclosure sales are to take place. If no place is designated by the Commissioners Court, sale will be conducted at the place where the Notice of Trustee's Sale was posted. The trustee's sale will be conducted no earlier than 11:00 AM or not later than three (3) hours after that time, by one of the Substitute Trustees who will sell, to the highest bidder for cash, subject to the unpaid balance due and owing on any lien indebtedness superior to the Deed of Trust.

PennyMac Loan Services, LLC is acting as the Mortgage Servicer for PennyMac Loan Services, LLC who is the Mortgagee of the Note and Deed of Trust associated with the above referenced loan. PennyMac Loan Services, LLC, as Mortgage Servicer, is representing the Mortgagee, whose address is:

PennyMac Loan Services, LLC
3043 Townsgate Rd. Suite 200
Westlake Village, CA 91361

**FILED**

**MAY 1 5 2023**

COUNTY CLERK, TARRANT CO., TEXAS
BY_____DEPUTY

The Mortgage Servicer is authorized to represent the Mortgagee by virtue of a servicing agreement with the Mortgagee. Pursuant to the Servicing Agreement and Texas Property Code §51.0025, the Mortgage Servicer is authorized to collect the debt and to administer any resulting foreclosure of the property securing the above referenced loan.



4785486

AP NOS/SOT 08212019

Matter No.: 113037-TX

**WHEREAS, in my capacity as attorney for the Mortgagee and/or Its Mortgage Servicer, and pursuant to Section 51.0076 of the Texas Property Code, I HEREBY APPOINT AND DESIGNATE DAVID STOCKMAN, DONNA STOCKMAN, BRENDA WIGGS, GUY WIGGS, KATHY ARRINGTON, JANET PINDER, BRANDY BACON, MICHELLE SCHWARTZ, JAMIE DWORSKY, PAUL A. HOEFKER, ROBERT L. NEGRIN** or either one of them, as Substitute Trustee, to act, either singly or jointly, under and by virtue of said Deed of Trust and hereby request said Substitute Trustees, or any one of them to sell the property in said Deed of Trust described and as provided therein. The address for the Substitute Trustee as required by Texas Property Code, Section 51.0075(e) is Aldridge Pite, LLP, 2950 North Loop West, Suite 500, Houston, TX 77092, Phone: (713) 293-3618.

**Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.**

By: _____

Paul A. Hoefker, Attorney
Robert L. Negrin, Attorney
Aldridge Pite, LLP
8880 Rio San Diego Drive, Suite 725
San Diego, California 92108

**Return to:**
ALDRIDGE PITE, LLP
8880 RIO SAN DIEGO DRIVE, SUITE 725
P.O. BOX 17935
SAN DIEGO, CA 92108-0935
FAX #: 619-590-1385
866-931-0036

FILED

MAY 15 2023

COUNTY CLERK, TARRANT CO., TEXAS
BY_____ DEPUTY

# EXHIBIT _EE_

## _38_ **Pages**

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE

## Bill for Notice of Dishonor in Commerce

Presented to:

David Spector in private and public capacity as CEO
PennyMac
6101 Condor Drive, Moorpark CA 93021
Registered Mail # RE 633 999 277 US

On Behalf of:
FLAVIUS NICHITA EURISTHE (en Legis)
C/o 900 N Blue Mound Rd.
Suite144- 111
Saginaw, Texas Republic Near [ 76131]

From the desk of and by the hand of the man, a creation of nature and nature's God, commonly known by my family, friends and neighbors as Flavius Euristhe claim the right to Redress this Matter for the estate of FLAVIUS NICHITA EURISTHE as listed on the BIRTH CERTIFICATE. All rights are and will be reclaimed, reserved and retained by: Flavius-Nichita; ,Euristhe as executor, transmitting utility / signatory, and co-beneficiary of the PCT-CQ estate held in-trust.

It is my intention and freewill, as a creation of nature and nature's God, to exercise my God given right to use and protect the private property, held in-trust for the beneficial owner being me, as one of the people of the several American states, defined as USC 8 section 1101, (a) 21, 23, "as one who owes allegiance to a state" [non-corporate],

David Spector and PennyMac Claimed to have a contract which suggested that we owe them over $500,000.dollars secured by property (9912 Villa Verde Dr. Located in Fort Worth Texas. We have no contract with PennyMac and asked for validation of this alleged debt via certified mail IAW 15 USC 1962(G). They Failed to provide any lawful contract and have sinned move to foreclose on the real estate despite the facts:

1.   We have no legal binding contract with him /them. "A constructive contract is where duty defines it instead of the contract defining the duty to be performed. Constructive contracts are fictions of law adopted to enforce the legal duties by actions of Contract where no proper contract exists, express or Implied." **Graham v. Cummings, 57 Atl. 943, 208 Pa. 616 (citing Hertzog v. Hertzog, 29 Pa. [5 Casey] 465**
2.   The Property was paid in full o/a March , 2021 to Everette Financial Dba Supreme Lending.
3.   Supreme lending sold the note NOT the contract to PennyMac after it was paid in full from funds from our trust.
4.   Supreme Lending has now teamed up with PennyMac and have added Aldridge Pite LLP and have scheduled a non judicial foreclosure of said property on July 5th, 2023; utilizing the note which is null and void due to teh material fact the property was paid in full o/a March 8, 2021
5.   It is a fact that a non judicial foreclosure is illegal and **All Code is a Constructive Contract and not law.** See"Revised Code of Washington…. is not the law…" **Self v. Rhay; 61 Wn. 2d 261, 264-65 (Wash. 1963**
6.   "A constructive contract is where duty defines it instead of the contract defining the duty to be performed. Constructive contracts are fictions of law adopted to enforce the legal duties by actions of Contract where no proper contract exists, express or Implied." **Graham v. Cummings, 57 Atl. 943, 208 Pa. 616 (citing Hertzog v. Hertzog, 29 Pa. [5 Casey] 465**

Created by: Flavius- Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE

7. **The property scheduled to be auctioned on July 5th, 2023 is held in land patent and as such is exempt from foreclosure with over 60 su[preme court cases which makes this action a matter already settled in law and is res juricata.**

8. **PennyMac and its cohorts by passed a fair judicial proceeding and are engaged in performing a non judicial foreclosure which Constitutes Theft by material falsehoods and enforcing contracts not held.**

9. **We were denied due process and denied the truth in evidence.** See: "Since the Constitution is intended for the observance of the judiciary as well as other departments of government and the judges are sworn to support its provisions, the courts are not at liberty to overlook or disregard its commands or counteract by evasions thereof, it is their duty in authorized proceedings to give full effect to the existing Constitution and to obey all constitutional provisions irrespective of their opinion as to the wisdom or the desirability of such provisions and irrespective of the consequences, thus it is said that the courts should be in our alert to enforce the provisions of the United States Constitution and guard against their infringement by legislative fiat or otherwise in accordance with these basic principles, the rule is fixed that the duty in the proper case to declare a law unconstitutional cannot be declined and must be performed in accordance with the delivered judgment of the tribunal before which the validity of the enactment it is directly drawn into question. If the Constitution prescribes one rule and the statute another in a different rule, it is the duty of the courts to declare that the Constitution and not the statute governs in cases before them for judgment." -- **16Am Jur 2d., Sec. 155:,**

10. PennyMac and its cohorts may be relying on the Uniform Commercial Code UCC which is a system of colorable laws which have been codified in the form of the UCC. One difference between Common Law and the UCC is that in common law contracts must be entered into (1)knowingly, (2)voluntarily, and (3)intentionally. Under the UCC this is not so first of all contracts are necessary, but under the UCC agreements can be binding, and if you only exercise the benefit of an agreement it is presumed or implied that you intend to meet the obligation associated with those benefits. This compelled benefit whic requires compelled performance is slavery and if this is the case " I was tricked into a benefit without even being told what the benefit is" I was never given a chance to challenge the jurisdiction and still don't know whether we are in common law, Maritime Jurisdiction or if this is a common law contract, or a contract enforceable by Statutory jurisdiction ( which is not even real law and is colorable, and only administered by article 1 County and district courts applicapable to 14th amendment citizens, of which i am not. I am sui juris and protected by international treaty via the United Nations

11. The UCC provides the remedy at UCC1-308. It goes on to say that when a waivable right or claim is involved, the failure to make a reservation thereof causes a loss of the right and bars it's assertion at a later date (UCC 1–308.9) Upon Realizing that I was the victim of Human trafficking and understanding the fraud that was committed against me; I changed my status IAW 8 USC 1101 (a) 21, (23) and immediately rescinded all contracts utilizing "without prejudice UCC 1-308" and published it on the record for the record. And made my claim known early with publication. IAW (UCC 1-308) goes on to say that you have to make your claim known early, further it says the sufficiency of the reservation any expression indicating an intention to reserve rights is sufficient such as without prejudice. (UCC 1-308.4)

12. Further, within the UCC it provides me a recourse to deal with this at 1.-103.6, which says " The code is complementary to the common law which remains in force except were displaced by the code statute should be construed in harmony with the common law unless there is a clear legislative intent to abrogate the common law" You see even the code recognizes common law. I was denied due process and was extorted, human trafficked and

currently at risk of having my property stolen. And these band of thugs are not giving me an opportunity to speak or defend myself. Treating me like an African slave and denying me the truth in evidence and violating me with prejudice.

13. I claim **Res Judicata** and **Stare Decisis** as 'Duty of Care' by all public actors, employees, and agents for the now settled matter of my Right-to-Travel in non-commercial intercourse. **Res Judicata** (RJ), also known as claim preclusion, is the Latin term for "a matter decided" and refers to a case or question of a matter in which there has been a final judgment on the subject matter jurisdiction (right-to-travel) and that the question is no longer subject to appeal or questionable. **Stare Decisis** is the doctrine that courts will adhere to precedent in making their decisions. Stare decisis means "to stand by things decided" in Latin.

**This bill is now presented and is due in 30 day upon receipt.**

a. Fraud - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

b. Extortion - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

c. Denial of Right to Happiness/Harassment – Causing Financial Harm - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

d. Dishonor in Commerce - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

e. Collusion - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

f. Racketeering - $1,000,000.00 ()One million US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

g. Conspiracy - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

h. Defamation - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

i. Violations of TILA - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

j. Violations of FDCPA - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

k. Violation of Copyright- $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

*Total Due  on or before July 1st 2023.*               $11,000,000.00 (Eleven million) US Dollars

*Please remit payment to address above via certified mail*

*PENALTIES*

1. Failure to pay claim in full within 30 days of default – One million US Dollars per calendar day beginning on the 31st day after default.

2. Failure to pay claim within 60 days of default - Three million US Dollars per calendar day beginning the 61st day after default.

3. Failure to pay claim in full within 90 days of default - Five million US Dollars per calendar day beginning on the 91st day of default.

4. All claims are represented in US dollars which is defined for the purposes of this contract as the value of a one ounce silver coin of .999 fine silver as established by the US Mint on the first day of default. If the claim is paid in federal reserve notes or other lawful negotiable instruments, these instruments will only be accepted at the par value of silver as indicated above. *(as a show of good faith rates are calculated in Federal Reserve Notes if paid within 30 days after 30 days rates will calculated at the value of  a one ounce silver coin of 0.999)*

5. Total Damages will be assessed as the total amount of the damages as outlined in items 1-13 added to seven (7) times the damages, for Punitive, or other additional damages.

6. Damages to be collected via garnishing wages, bank accounts, real and/or personal property, future earnings, all public hazard bonds, corporate bonds, blanket bonds, insurance policies, CAFR funds,

By *Flavius Nichita: ; Euristhe*                            June 1, 2023

Flavius Nichita Euristhe agent for FLAVIUS NICHITA EURISTHE
Without Prejudice, All Rights Reserved UCC1-308

*June 1 ᵒᵗ 2023*

To Whom It May Concern:

The annexed Notice of Intent – Fee Schedule is a schedule of mandatory fees instated by the Secured Party Creditor, Flavius Nichita Euristhe ©, Authorized Representative on behalf of FLAVIUS EURISTHE ©, FLAVIUS N. EURISTHE © and FLAVIUS NICHITA EURISTHE ©, FLAVIUS ERISTHE ©, FLAVIUS N. ERISTHE © and FLAVIUS NICHITA ERISTHE ©,Ens Legis. I, Flavius Nichita Euristhe ©, do hereby set forth fees to be instated in any business dealing with FLAVIUS EURISTHE ©, FLAVIUS N. EURISTHE © and FLAVIUS NICHITA EURISTHE ©, for any business conducted relevant to this schedule. Fees are due and MUST be paid before said business can commence. In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after day of receipt. If said fees are not met, it is the right of the Secured Party Creditor, Flavius Nichita Euristhe ©, to refuse or void any form of business interaction and/or transaction. Fees are subject to change at any time without prior notice. Secured Party Creditor, Flavius Nichita Euristhe ©, is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time.

All Rights Reserved,

*Flavius-Nichita j. Euristhe*

Flavius Nichita Euristhe ©, American State National
Secured Party Lien Creditor, Authorized Representative for
FLAVIUS NICHITA EURISTHE ©, Ens Legis
**Without Prejudice**

### Witness and Acknowledgement

Texas State
Tarrant County

A living woman affirmed before me, a Recording Secretary/Notary, on this 15th day of
December , 2022, that Flavius Nichita Euristhe personally appeared and known to me to be the man whose name is referenced within the instrument and acknowledged to be the same.

Autograph: _____

My Notary Commission expires 03/30/2026



LINDA WATSON
Notary Public, State of Texas
Comm. Expires 03-30-2026
Notary ID 125722565

**Private Easements Schedule**

    Penalty for Private Use                      $250,000

**Public Easements Schedule**

    Penalty for Public Use                     $250,000

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

**Produce trade name materials:**

| | | |
|---|---|---|
| a. Name | $ | 50,000 |
| b. Drivers License Number | $ | 50,000 |
| c. Social Security Number | $ | 100,000 |
| d. Retinal Scans | $ | 5,000,000 |
| e. Fingerprinting | $ | 200,000 |
| f. Photographing | $ | 200,000 |
| g. DNA | $ | 5,000,000 |
|    1. Mouth swab | $ | 5,000,000 |
|    2. Blood samples | $ | 5,000,000 |
|    3. Urine samples | $ | 5,000,000 |
|    4. Breathalyzer testing | $ | 5,000,000 |
|    5. Hair samples | $ | 5,000,000 |
|    6. Skin samples | $ | 5,000,000 |
|    7. Clothing samples | $ | 5,000,000 |
|    8. Forced giving of fluids/samples | $ | 5,000,000 |

**Issue Traffic citations and tickets of any traffic nature:**

    a. Utilizing false evidence and lies.          $ 1,000,000

    b. Violation of Oath/ Color of Law.          $. 2,000,000

**Appearance in court because of traffic citations:**

    a. Time in court                  $ 75,000/hr with 1 hour min.

    b. If Fine is imposed              $ 500,000

**Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce,**

| | | |
|---|---|---|
| a. Agency by Estoppel | $ | 50,000 |
| b. Color of Law | $ | 150,000 |
| c. Implied Color of Law | $ | 150,000. |
| d. Criminal Coercion | $ | 500,000 |
| e. criminal Contempt of court | $ | 500,000 |
| f. Estoppel by Election | $ | 350,000 |

| | | |
|---|---|---|
| g. | Estoppel by Laches | $ 350,000 |
| h. | Equitable Estoppel | $ 500,000 |
| i. | Fraud | $ 1,000,000 |
| j. | Fraud upon the court | $ 2,000,000 |
| k. | Larceny | $ 250,000 |
| l. | Grand Larceny | $ 250,000 |
| m. | Larceny by Extortion | $ 1,000,000 |
| n. | Larceny by Trick | $ 1,000,000 |
| o. | Obstruction of Justice | $ 100,000 |
| p. | Obtaining Property by False Pretenses | $ 1,000,000 |
| q. | Simulating Legal Process | $ 1,000,000 |
| r. | Vexatious Litigation | $ 5,000,000 |
| s. | Trespass upon Motor Conveyance | $ 100,000 |
| t. | Unauthorized Relocation of Motor Conveyance | $ 100,000 |
| u. | Seizure of Motor Conveyance | $ 100,000 |
| v. | Theft of License Plate | $ 10,000 |
| w. | Unlawful Lien on Motor Conveyance | $ 50,000 |

**Use of trade name protected material under threat, duress, and/ or coercion:**

| | | |
|---|---|---|
| a. | Name written by the informant | $ 250,000 |
| b. | Drivers License written by informant | $ 150,000 |
| c. | Social Security Number written by informant | $ 150,000 |
| d. | Miscellaneous Material written by informant | $ 500,000 |

**Produce any personal information/property for any kind of business interaction:**

| | | |
|---|---|---|
| a. | Financial Information | $ 100,000 |
| b. | Property inside of motor vehicle | $ 150,000 |

**Time Usage for traffic stops:**

| | | |
|---|---|---|
| a. | 30 minutes | $ 5,000/30 minutes min |
| b. | 60 minutes | $ 10,000 |
| a. | 90 minutes | $ 15,000 |

## Court Appearance Schedule

These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5000.00 for breach of contract.

**Demand for Appearance in court:**

a. My Appearance

b. under protest and duress:  $  75,000/hour

c. Voluntarily  $  10,000/hour

**Use of trade name material**

a. Name

b. under protest and duress:  $  25,000

c. Voluntarily  $  10,000

d. Drivers License

e. under protest and duress:  $  25,000

f. Voluntarily  $  10,000

g. Social Security Number

h. under protest and duress:  $  25,000

i. Voluntarily  $  10,000

j. Miscellaneous Material  $  25,000

k. Produce any personal information for any kind of business interaction:

a. Financial Information  $  10,000

b. Drivers License  $  10,000

c. Social Security Number  $  250,000

d. Any documents produced by me  $  10,000 per document

**Time usage for court appearances:**

a. 30 minutes

a. Under Protest and Duress  $  33,500

b. Voluntarily  $  10,000

c. 60 minutes  $  75,000

| | | |
|---|---|---|
| d.Voluntarily | $ | 20,000 |
| b.90 minutes or more | | |
| a.Under Protest and Duress | $ | 100,500 |
| b.Voluntarily | $ | 30,000 |

## Trespass-Fee Schedule

**Trespass** by public official(s), police officer(s), judge(s), attorney(s), Corporation(s)and other fictional entities as well as all others who desire to contract:

| | |
|---|---|
| a.Failure to honor God Given Rights | $20,000 |
| b.Failure to honor Oath of Office | $50,000 |
| c.Failure to honor Constitutional Oath | $50,000 |
| a.Failure to honor Written and/or Oral Word | $ 5,000 |
| d.Silence/Dishonor/Default | $ 5,000 |
| e.Failure to honor /No Bond | $ 5,000 |
| f.Phone call to telephone number used by Secured Party including from alleged debt collectors | $ 5,000each |
| a.Telephone message left on Secured Party phone Service or equipment | $ 5,000 each |
| a.Use of Street Address/Mailing location of Secured Party | $ 5,000 each |
| b.Time Waiting for Scheduled Service per hour | $ 1,000 Minimum or |
| c.Detention from Free Movement and/or cuffed hour | $ 75,000 Minimum or per |
| d.Incarceration per hour | $ 75,000 Minimum or |
| e.Failure to Follow Federal and/or State Statutes, Codes, Rules and/or Regulations | $ 50,000 |
| a.Failure to State a Claim upon which | |

| Relief Can Be Granted | $25,0000 |
|---|---|
| a.Failure to Present a Living Injured Party | $100,000 |
| b.Failure to Provide Contract Signed by the Parties | $100,000* |
| c.Failure to Provide IRS 1099OID(s), and Other | |
|    IRS Reporting Form(s) Requirements upon Request | $100,000* |
| a.Default By Non Response or Incomplete Response | $100,000* |
| b.Fraud | $1,000,000* |
| c.Racketeering | $1,000,000* |
| d.Theft of Public Funds | $1,000,000* |
| e.Dishonor in Commerce | $1,000,000* |
| f.Failure to pay Counterclaim in full within (30) Thirty | |
|    Calendar Days of Default as set forth herein | $1,000,000** |
| a.Perverting of Justice Judgment | $ 1,000,000* |
| b.Use of Common-law Trade-name/Trade-mark | |
|    After One Warning (per each occurrence) | $  50,000 Each |
| w.  Forcing psychiatric evaluations | $ 500,000 per day |
| x.  Refusal to provide adequate and proper nutrition | |
|    while incarcerated | $ 50,000 per day |
| a.Refusal to provide proper exercise while | |
|    incarcerated | $ 50,000 per day |
| a.Refusal to provide proper dental care while | |
|    Incarcerated | $ 50,000 per day |
| a.Forced giving of body fluids | $ 5,000,000  per day |
| b. Forced injections/inoculations, vaccines | $ 5,000,000  per day |
| c.Forced separation from marriage contract | $ 160,000  per day |
| d.Confiscation/kidnapping of a body not a US | |
|    Citizen | $ 1,600,000 per day |

a. Corporate State continuing a mortgage for more

Than five years in violation of Banking Act of

1864 which takes precedence over current

Statutes at large                                              $ 1,600,000 per day

Attempted extortion of funds from birth certificate

account, Social security account or any other

associated accounts by fraud, deception and

or Forgery by any agent, entity or corporation        $ 6,000,000 per count
or charge

a. Attempted extortion of signature          $ 6,000,000 per count or
charge

b. Attempted forgery of signature            $ 6,000,000 per count or
charge


*Per Occurrence and Includes any Third Party Defendant

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

**Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.**

## Kidnapping (If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, it IS kidnapping)                              $    50,0000

## Services to others and/or Corporation(s):
| | | |
|---|---|---|
| a. Studying | $    500 per hour | |
| while under threat, duress, coercion | $ 75,000 per hour | |
| b. Analyzing | $    500 per hour | |
| while under threat, duress, coercion | $ 75,000 per hour | |
| c. Research | $    500 per hour | |
| while under threat, duress, coercion | $ 75,000 per hour | |
| d. Preparing Documents | $    500 per hour | |

|   |   |
|---|---|
| while under threat, duress, coercion | $ 75,000 per hour |
| e. Answering Questions | $    500 per hour |
| while under threat, duress, coercion | $ 75,000 per hour |
| f. Providing Information | $    500 per hour |
| while under threat, duress, coercion | $ 75,000 per hour |

**If invoiced, payment is due 15 days after receipt date.**

**Make all payments to:**

**Flavius Nichita Euristhe**
**C/o Rural Route**
**9912 Villa Verde Drive**
**Fort Worth, Zip Exempt**

# EXHIBIT ___F___

## ____ Pages

Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter, "Affiant")

### Bill for Notice of Dishonor in Commerce

Presented to:

David Spector in private and public capacity as CEO
PennyMac
6101 Condor Drive, Moorpark CA 93021
Registered Mail # RE 633 999 277 US

On Behalf of:
KIMILA SHAVONNE EURISTHE (en Legis)
C/o 900 N Blue Mound Rd.
Suite144- 111
Saginaw, Texas Republic Near [ 76131]

From the desk of and by the hand of the womb-man, a creation of nature and nature's God, commonly known by my family, friends and neighbors as Kimila Euristhe claim the right to Redress this Matter for the estate of KIMLIA SHAVONNE HOWARD as listed on the BIRTH CERTIFICATE. All rights are and will be reclaimed, reserved and retained by: Kimila-Shavonne; ,Euristhe as executor, transmitting utility / signatory, and co-beneficiary of the PCT-CQ estate held in-trust.

It is my intention and freewill, as a creation of nature and nature's God, to exercise my God given right to use and protect the private property, held in-trust for the beneficial owner being me, as one of the people of the several American states, defined as USC 8 section 1101, (a) 21, 23, "as one who owes allegiance to a state" [non-corporate],

David Spector and PennyMac Claimed to have a contract which suggested that we owe them over $500,000.dollars secured by property (9912 Villa Verde Dr. Located in Fort Worth Texas. We have no contract with PennyMac and asked for validation of this alleged debt via certified mail IAW 15 USC 1962(G). They Failed to provide any lawful contract and have sinned move to foreclose on the real estate despite the facts:

1. We have no legal binding contract with him /them. "A constructive contract is where duty defines it instead of the contract defining the duty to be performed. Constructive contracts are fictions of law adopted to enforce the legal duties by actions of Contract where no proper contract exists, express or Implied." **Graham v. Cummings, 57 Atl. 943, 208 Pa. 616 (citing Hertzog v. Hertzog, 29 Pa. [5 Casey] 465**
2. The Property was paid in full o/a March , 2021 to Everette Financial Dba Supreme Lending.
3. Supreme lending sold the note NOT the contract to PennyMac after it was paid in full from funds from our trust.
4. Supreme Lending  has now teamed up with PennyMac and have added Aldridge Pite LLP and have scheduled a non judicial foreclosure of said property on July 5th, 2023; utilizing the note which is null and void due to teh material fact the property was paid in full o/a March 8, 2021
5. It is a fact that a non judicial foreclosure is illegal and **All Code is a Constructive Contract and not law.** See"Revised Code of Washington…. is not the law…" **Self v. Rhay, 61 Wn. 2d 261, 264-65 (Wash. 1963**
6. "A constructive contract is where duty defines it instead of the contract defining the duty to be performed. Constructive contracts are fictions of law adopted to enforce the legal duties by actions of Contract where no proper contract exists, express or Implied." **Graham v. Cummings, 57 Atl. 943, 208 Pa. 616 (citing Hertzog v. Hertzog, 29 Pa. [5 Casey] 465**

Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter, "Affiant")

7. **The property scheduled to be auctioned on July 5th, 2023 is held in land patent and as such is exempt from foreclosure with over 60 su[preme court cases which makes this action a matter already settled in law and is res juricata.**

8. **PennyMac and its cohorts by passed a fair judicial proceeding and are engaged in performing a non judicial foreclosure which Constitutes Theft by material falsehoods and enforcing contracts not held.**

9. **We were denied due process and denied the truth in evidence. See: "Since the Constitution is intended for the observance of the judiciary as well as other departments of government** and the judges are sworn to support its provisions, the courts are not at liberty to overlook or disregard its commands or counteract by evasions thereof, it is their duty in authorized proceedings to give full effect to the existing Constitution and to obey all constitutional provisions irrespective of their opinion as to the wisdom or the desirability of such provisions and irrespective of the consequences, thus it is said that the courts should be in our alert to enforce the provisions of the United States Constitution and guard against their infringement by legislative fiat or otherwise in accordance with these basic principles, the rule is fixed that the duty in the proper case to declare a law unconstitutional cannot be declined and must be performed in accordance with the delivered judgment of the tribunal before which the validity of the enactment it is directly drawn into question. If the Constitution prescribes one rule and the statute another in a different rule, it is the duty of the courts to declare that the Constitution and not the statute [or code] governs in cases before them for judgment." -- **16Am Jur 2d., Sec. 155:,**

10. PennyMac and its cohorts may be relying on the Uniform Commercial Code UCC which is a system of colorable laws which have been codified in the form of the UCC. One difference between Common Law and the UCC is that in common law contracts must be entered into (1)knowingly, (2)voluntarily, and (3)intentionally. Under the UCC this is not so first of all contracts are necessary, but under the UCC agreements can be binding, and if you only exercise the benefit of an agreement it is presumed or implied that you intend to meet the obligation associated with those benefits. This compelled benefit whic requires compelled performance is slavery and if this is the case " I was tricked into a benefit without even being told what the benefit is" I was never given a chance to challenge the jurisdiction and still don't know whether we are in common law, Maritime Jurisdiction or if this is a common law contract, or a contract enforceable by Statutory jurisdiction ( which is not even real law and is colorable, and only administered by article 1 County and district courts applicapable to 14th amendment citizens, of which i am not. I am sui juris and protected by international treaty via the United Nations

11. The UCC provides the remedy at UCC1-308. It goes on to say that when a waivable right or claim is involved, the failure to make a reservation thereof causes a loss of the right and bars it's assertion at a later date (UCC 1–308.9) Upon Realizing that I was the victim of Human trafficking and understanding the fraud that was committed against me; I changed my status IAW 8 USC 1101 (a) 21, (23) and immediately rescinded all contracts utilizing "without prejudice UCC 1-308" and published it on the record for the record. And made my claim known early with publication. IAW (UCC 1-308) goes on to say that you have to make your claim known early, further it says the sufficiency of the reservation any expression indicating an intention to reserve rights is sufficient such as without prejudice. (UCC 1-308.4)

12. Further, within the UCC it provides me a recourse to deal with this at 1.-103.6, which says " The code is complementary to the common law which remains in force except were displaced by the code statute should be construed in harmony with the common law unless there is a clear legislative intent to abrogate the common law" You see even the code

Kimila

Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter, "Affiant")

recognizes common law. I was denied due process and was extorted, human trafficked and currently at risk of having my property stolen. And these band of thugs are not giving me an opportunity to speak or defend myself. Treating me like an African slave and denying me the truth in evidence and violating me with prejudice.

13. I claim **Res Judicata** and **Stare Decisis** as 'Duty of Care' by all public actors, employees, and agents for the now settled matter of my Right-to-Travel in non-commercial intercourse. **Res Judicata** (RJ), also known as claim preclusion, is the Latin term for "a matter decided" and refers to a case or question of a matter in which there has been a final judgment on the subject matter jurisdiction (right-to-travel) and that the question is no longer subject to appeal or questionable. **Stare Decisis** is the doctrine that courts will adhere to precedent in making their decisions. Stare decisis means "to stand by things decided" in Latin.

## This bill is now presented and is due in 30 day upon receipt.

a. Fraud - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
b. Extortion - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
c. Denial of Right to Happiness/Harassment – Causing Financial Harm - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
d. Dishonor in Commerce - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
e. Collusion - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
f. Racketeering - $1,000,000.00 ()One million US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
g. Conspiracy - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
h. Defamation - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
i. Violations of TILA - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
j. Violations of FDCPA - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.
k. Violation of Copyright- $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

*Total Due  on or before July 1st 2023.*                    *$11,000,000.00 (Eleven million) US Dollars*

*Please remit payment to address above via certified mail*

*PENALTIES*
1. Failure to pay claim in full within 30 days of default – One million US Dollars per calendar day beginning on the 31st day after default.
2. Failure to pay claim within 60 days of default - Three million US Dollars per calendar day beginning the 61st day after default.
3. Failure to pay claim in full within 90 days of default - Five million US Dollars per calendar day beginning on the 91st day of default.
4. All claims are represented in US dollars which is defined for the purposes of this contract as the value of a one ounce silver coin of .999 fine silver as established by the US Mint on the first day of default. If the claim is paid in federal reserve notes or other lawful negotiable instruments, these instruments will only be accepted at the par value of silver as indicated above. *(as a show of good faith rates are calculated in Federal Reserve Notes if paid within 30 days after 30 days rates will calculated at the value of  a one ounce silver coin of 0.999)*
5. Total Damages will be assessed as the total amount of the damages as outlined in items 1-13 added to seven (7) times the damages, for Punitive, or other additional damages.
6. Damages to be collected via garnishing wages, bank accounts, real and/or personal property, future earnings, all public hazard bonds, corporate bonds, blanket bonds, insurance policies, CAFR funds,

By *Kimila· Shavonne ;· Euristhe*
Kimila Shavonne Euristhe agent for KIMILA SHAVONNE HOWARD
Without Prejudice, All Rights Reserved UCC1-308

*June 1 2023*

Bill For Dishonor - David Spector PennyMac

To Whom It May Concern:

     The annexed Notice of Intent – Fee Schedule is a schedule of mandatory fees instated by the Secured Party Creditor, Flavius Nichita Euristhe ©, Authorized Representative on behalf of KIMILA EURISTHE ©, KIMILA S EURISTHE © and KIMILA SHAVONNE EURISTHE ©, KIMILA HOWARD ©, KIMILA S HOWARD © and KIMILA SHAVONNE HOWARD ©, Ens Legis. I, Kimila Shavonne Euristhe ©, do hereby set forth fees to be instated in any business dealing with KIMILA EURISTHE ©, KIMILA S EURISTHE © and KIMILA SHAVONNE EURISTHE ©, for any business conducted relevant to this schedule. Fees are due and MUST be paid before said business can commence. In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after day of receipt. If said fees are not met, it is the right of the Secured Party Creditor, Kimila Shavonne Euristhe ©, to refuse or void any form of business interaction and/or transaction. Fees are subject to change at any time without prior notice. Secured Party Creditor, Kimila Shavonne Euristhe ©, is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time.

                                           All Rights Reserved,

                       By Kimila-Shavonne'. Euristhe

**Kimila Shavonne Euristhe ©, American State National Secured Party Lien Creditor, Authorized Representative for KIMILA SHAVONNE EURISTHE ©, Ens Legis Without Prejudice**

### Witness and Acknowledgement

Texas State
Tarrant County

A living woman affirmed before me, a Recording Secretary/Notary, on this _15th_ day of _December_ , 2022, that Kimila Shavonne Euristhe personally appeared and known to me to be the woman whose name is referenced within the instrument and acknowledged to be the same.

Autograph: _____

My Notary Commission expires _03/30/2026_

LINDA WATSON
Notary Public, State of Texas
Comm. Expires 03-30-2026
Notary ID 125722565

## Private Easements Schedule
Penalty for Private Use $250,000

## Public Easements Schedule
Penalty for Public Use $250,000

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

**Produce trade name materials:**

| | | |
|---|---|---|
| a. Name | $ | 50,000 |
| b. Drivers License Number | $ | 50,000 |
| c. Social Security Number | $ | 100,000 |
| d. Retinal Scans | $ | 5,000,000 |
| e. Fingerprinting | $ | 200,000 |
| f. Photographing | $ | 200,000 |
| g. DNA | $ | 5,000,000 |
| 1. Mouth swab | $ | 5,000,000 |
| 2. Blood samples | $ | 5,000,000 |
| 3. Urine samples | $ | 5,000,000 |
| 4. Breathalyzer testing | $ | 5,000,000 |
| 5. Hair samples | $ | 5,000,000 |
| 6. Skin samples | $ | 5,000,000 |
| 7. Clothing samples | $ | 5,000,000 |
| 8. Forced giving of fluids/samples | $ | 5,000,000 |

**Issue Traffic citations and tickets of any traffic nature:**

| | | |
|---|---|---|
| a. Utilizing false evidence and lies. | $ | 1,000,000 |
| b. Violation of Oath/ Color of Law. | $. | 2,000,000 |

**Appearance in court because of traffic citations:**

| | | |
|---|---|---|
| a. Time in court | $ | 75,000/hr with 1 hour min. |
| b. If Fine is imposed | $ | 500,000 |

**Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce,**

| | | |
|---|---|---|
| a. Agency by Estoppel | $ | 50,000 |
| b. Color of Law | $ | 150,000 |
| c. Implied Color of Law | $ | 150,000. |
| d. Criminal Coercion | $ | 500,000 |
| e. criminal Contempt of court | $ | 500,000 |
| f. Estoppel by Election | $ | 350,000 |

|   |   |   |   |
|---|---|---|---|
| g. | Estoppel by Laches | $ | 350,000 |
| h. | Equitable Estoppel | $ | 500,000 |
| i. | Fraud | $ | 1,000,000 |
| j. | Fraud upon the court | $ | 2,000,000 |
| k. | Larceny | $ | 250,000 |
| l. | Grand Larceny | $ | 250,000 |
| m. | Larceny by Extortion | $ | 1,000,000 |
| n. | Larceny by Trick | $ | 1,000,000 |
| o. | Obstruction of Justice | $ | 100,000 |
| p. | Obtaining Property by False Pretenses | $ | 1,000,000 |
| q. | Simulating Legal Process | $ | 1,000,000 |
| r. | Vexatious Litigation | $ | 5,000,000 |
| s. | Trespass upon Motor Conveyance | $ | 100,000 |
| t. | Unauthorized Relocation of Motor Conveyance | $ | 100,000 |
| u. | Seizure of Motor Conveyance | $ | 100,000 |
| v. | Theft of License Plate | $ | 10,000 |
| w. | Unlawful Lien on Motor Conveyance | $ | 50,000 |

**Use of trade name protected material under threat, duress, and/ or coercion:**

|   |   |   |   |
|---|---|---|---|
| a. | Name written by the informant | $ | 250,000 |
| b. | Drivers License written by informant | $ | 150,000 |
| c. | Social Security Number written by informant | $ | 150,000 |
| d. | Miscellaneous Material written by informant | $ | 500,000 |

**Produce any personal information/property for any kind of business interaction:**

|   |   |   |   |
|---|---|---|---|
| a. | Financial Information | $ | 100,000 |
| b. | Property inside of motor vehicle | $ | 150,000 |

**Time Usage for traffic stops:**

|   |   |   |   |
|---|---|---|---|
| a. | 30 minutes | $ | 5,000/30 minutes min |
| b. | 60 minutes | $ | 10,000 |
| a. | 90 minutes | $ | 15,000 |

## Court Appearance Schedule

These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5000.00 for breach of contract.

**Demand for Appearance in court:**

    a.My Appearance

      b.under protest and duress:      $   75,000/hour

      c.Voluntarily      $   10,000/hour

**Use of trade name material**

    a.Name

      b.under protest and duress:      $   25,000

      c.Voluntarily      $   10,000

    d.Drivers License

      e.under protest and duress:      $   25,000

      f.Voluntarily      $   10,000

    g.Social Security Number

      h.under protest and duress:      $   25,000

      i.Voluntarily      $   10,000

    j.Miscellaneous Material      $   25,000

    k.Produce any personal information for any kind of business interaction:

    a.Financial Information      $   10,000

    b.Drivers License      $   10,000

    c.Social Security Number      $   250,000

    d.Any documents produced by me      $   10,000 per document

**Time usage for court appearances:**

    a.30 minutes

      a.Under Protest and Duress      $   33,500

      b.Voluntarily      $   10,000

      c.60 minutes      $   75,000

| | | |
|---|---|---|
| d.Voluntarily | $ | 20,000 |
| b.90 minutes or more | | |
| a.Under Protest and Duress | $ | 100,500 |
| b.Voluntarily | $ | 30,000 |

## Trespass-Fee Schedule

**Trespass by public official(s), police officer(s), judge(s), attorney(s), Corporation(s)and other fictional entities as well as all others who desire to contract:**

| | |
|---|---|
| a.Failure to honor God Given Rights | $20,000 |
| b.Failure to honor Oath of Office | $50,000 |
| c.Failure to honor Constitutional Oath | $50,000 |
| a.Failure to honor Written and/or Oral Word | $ 5,000 |
| d.Silence/Dishonor/Default | $ 5,000 |
| e.Failure to honor /No Bond | $ 5,000 |
| f.Phone call to telephone number used by Secured Party including from alleged debt collectors | $ 5,000each |
| a.Telephone message left on Secured Party phone Service or equipment | $ 5,000 each |
| a.Use of Street Address/Mailing location of Secured Party | $ 5,000 each |
| b.Time Waiting for Scheduled Service | $ 1,000 Minimum or per hour |
| c.Detention from Free Movement and/or cuffed | $ 75,000 Minimum or per hour |
| d.Incarceration | $ 75,000 Minimum or per hour |
| e.Failure to Follow Federal and/or State Statutes, Codes, Rules and/or Regulations | $ 50,000 |
| a.Failure to State a Claim upon which | |

| | |
|---|---|
| Relief Can Be Granted | $25,0000 |
| a. Failure to Present a Living Injured Party | $100,000 |
| b. Failure to Provide Contract Signed by the Parties | $100,000* |
| c. Failure to Provide IRS 1099OID(s), and Other | |
|     IRS Reporting Form(s) Requirements upon Request | $100,000* |
| a. Default By Non Response or Incomplete Response | $100,000* |
| b. Fraud | $1,000,000* |
| c. Racketeering | $1,000,000* |
| d. Theft of Public Funds | $1,000,000* |
| e. Dishonor in Commerce | $1,000,000* |
| f. Failure to pay Counterclaim in full within (30) Thirty | |
|     Calendar Days of Default as set forth herein | $1,000,000** |
| a. Perverting of Justice Judgment | $ 1,000,000* |
| b. Use of Common-law Trade-name/Trade-mark | |
|     After One Warning (per each occurrence) | $ 50,000 Each |
| w.   Forcing psychiatric evaluations | $ 500,000 per day |
| x.   Refusal to provide adequate and proper nutrition | |
|     while incarcerated | $ 50,000 per day |
| a. Refusal to provide proper exercise while | |
|     incarcerated | $ 50,000 per day |
| a. Refusal to provide proper dental care while | |
|     Incarcerated | $ 50,000 per day |
| a. Forced giving of body fluids | $ 5,000,000 per day |
| b. Forced injections/inoculations, vaccines | $ 5,000,000 per day |
| c. Forced separation from marriage contract | $ 160,000 per day |
| d. Confiscation/kidnapping of a body not a US | |
|     Citizen | $ 1,600,000 per day |

a. Corporate State continuing a mortgage for more

Than five years in violation of Banking Act of

1864 which takes precedence over current

Statutes at large                                                    $ 1,600,000 per day

Attempted extortion of funds from birth certificate

account, Social security account or any other

associated accounts by fraud, deception and

or Forgery by any agent, entity or corporation         $ 6,000,000 per count
or charge

a. Attempted extortion of signature          $ 6,000,000 per count or
charge

b. Attempted forgery of signature            $ 6,000,000 per count or
charge

*Per Occurrence and Includes any Third Party Defendant

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

**Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.**

## Kidnapping (If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, it IS kidnapping)                    $    50,0000

## Services to others and/or Corporation(s):

    a.  Studying                                            $     500 per hour
        while under threat, duress, coercion      $ 75,000 per hour

    b.  Analyzing                                           $     500 per hour
        while under threat, duress, coercion      $ 75,000 per hour

    c.  Research                                            $     500 per hour
        while under threat, duress, coercion      $ 75,000 per hour

    d.  Preparing Documents                                  $     500 per hour

|  | while under threat, duress, coercion | $ 75,000 per hour |
| --- | --- | --- |
| e. | Answering Questions | $    500 per hour |
|  | while under threat, duress, coercion | $ 75,000 per hour |
| f. | Providing Information | $    500 per hour |
|  | while under threat, duress, coercion | $ 75,000 per hour |

**If invoiced, payment is due 15 days after receipt date.**

**Make all payments to:**

**Kimila S Euristhe**
**C/o Rural Route**
**9912 Villa Verde Drive**
**Fort Worth, Zip Exempt**

# EXHIBIT G

## ___ Pages

ORIGIN ID:JTOA    (866) 595-4122
JAVIER ALCALA
PENNYMAC
6131 CONDOR DR.

MOORPARK, CA 93021
UNITED STATES US

SHIP DATE: 03APR23
ACTWGT: 1.00 LB
CAD: 4679110/INET4580

BILL SENDER

TO **FLAVIUS NICHITA EURISTHE**

9912 VILLA VERDE DR.

FORT WORTH TX 76179

(360) 970-8479          REF: 1201.4302
INV:
PO:                              DEPT:





FedEx
Express

E

FedEx Ship Manager - Print Your Label(s)

WED - 05 APR 8:00P

** 2DAY **

TRK# 7717 4494 3604      RES
0201
                                          76179
**SA MWLA**        TX-US  DFW





4/3/23, 3:27 PM

◄ Insert shipping
   document here.

# EXHIBIT _H_

# _1_ **Pages**

# The 8 Parts of a LAWFUL CONTRACT

**Definition**
A contract is an agreement entered into voluntarily by two or more parties with the intention of creating a legal obligation. An express contract is one whose terms are specifically stated, either orally or in writing. An implied contract is one where the terms are inferred, in whole or in part, from conduct or circumstances rather than from written or spoken words. The only legal difference between an implied contract and an express contract is the way that mutual assent is given.

**A Lawful Contract, when in writing, requires:**

**1. Parties competent to contract**
The parties to a contract should be competent, being of the age of majority/consent, of sound mind, and not disqualified from contracting by any law to which s/he is subject. A flaw in capacity may be due to minority, lunacy, idiocy, drunkenness or status. The status of the parties should be of like kind, being *artificial Legal Person and artificial Legal Person*, or *living Man/Woman and living Man/Woman*, allowing two or more parties but never a mixture of these kinds.

**2. Free and genuine consent**
The consent of the parties to the agreement must be free and genuine. The consent of the parties should not be obtained by misrepresentation, fraud, undue influence, coercion or mistake. If the consent is obtained by any of these flaws, then the contract is not valid.

**3. Full disclosure**
When negotiating a contract, *full disclosure* is the act of providing all material information, or telling the "whole truth", about any matter which may influence the decision-making of the other party or parties before they decide to enter into a contract.

**4. Sufficient mutual consideration**
The *consideration* is something of value possessed by the parties that is brought to the contract table. This something of value is bargained for and given in exchange for a promise or a performance. The parties must each *receive a benefit* and each *suffer a detriment*. To be enforceable, a contract must have sufficient consideration. A contract is unenforceable if it has insufficient or unequal consideration without agreement.

**5. Certainty of terms**
The Terms and Conditions of the contract must be fully disclosed and agreed upon, and must be certain and fixed, i.e. not variable as with interest rates.

**6. Meeting of the minds**
A *meeting of the minds 'consensus ad idem'*, occurs between the parties when they recognise each other, understand their mutual obligations, and agree. This *meeting of minds* can only occur between like kinds in status, *Man/Woman with Man/Woman*, or when these are "acting" as *Legal Person with Legal Person*. A corporation and another corporation may enter into contract by way of 'accomodation parties', and a sentient being and another sentient being may enter into a contract directly, but a corporation and a sentient being together cannot enter into a contract as they are not of equal status.

**7. Signatures or autographs**
Written contracts between *artificial Legal Persons* must carry the wet ink *signatures* of the parties, because a wet ink signature is an "accommodation" from a *living Man/Woman*, declared or not. Written contracts between sentient beings must carry the wet ink *autographs* of the parties, and/or living identification such as a thumbprint. Living status is recognised by a thumbprint, or more often by an *unambiguous declaration* with the *autograph*, such as "authorised agent" written below.

**8. Privity of contract**
A contract exists only between the parties. No third-party can obtain rights contained within a contract, or buy or sell a contract, without the express permission of the original parties.

Created by: Flavius- Nichita :, Euristhe.(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne :. Euristhe.(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter, "Affiant")

## Affidavit of Truth and Fact-PennyMac Dishonor in Commerce with Bill for Transgressions

"Affidavits are often the only supporting evidence….

Affidavits alone should therefore certainly be sufficient to prove a *prima facie* case."

*United States v. Kis*, 658 F.2d 526, 536 N.28 (7th Cir. 1981)

Notice to agent is notice to principal, notice to principal is notice to all.
UCC 1 § -308, & UCC 3 § -202, & UCC 9 § -109, 1

**From Flavius & Kimila Euristhe (Affiant)**
c/o 9912 Villa Verde Drive. Fort Worth, Texas Republic U.S.A. Near. [76179]
**Non-Domestic/Non-Resident Mail**

To Respondents:
David Spector in private and public capacity as CEO
PennyMac
6101 Condor Drive, Moorpark CA 93021
Registered Mail # RE 633 999 277 US

Richard J Hipolit in his private and public capacity as General Counsel for
Department of Veterans Affairs
Office of General Counsel
810 Vermont Avenue N.W.
Washington DC 20420
Registered Mail # RE 633 999 285 US

Scott Everette  in his private and public capacity as Founder & President
Everette Financial Dba Supreme Lending
14801 Quorum Drive, suite 160, Dallas Texas 75251،
Registered Mail # RR  859 744 972 US

CC: Universal Postal Union. Berne, Switzerland

## Affidavit of Truth and Fact

**Be it known by all**; I am I, and therefore, as I am a creation of nature and nature's God, with DNA intact [1] and not altered to be cDNA by the mRNA (EMU) Emergency Use Authorization concoction, it is my will and desire to correct the errors of my past and do as my creator has commanded me.

[1] See… ASSOCIATION FOR MOLECULAR PATHOLOGY v. MYRIAD GENETICS, INC. 569 U. S. 576 (2013) No. 12–398. Argued April 15, 2013—Decided June 13, 2013  "(c) cDNA is not a "product of nature," so it is patent eligible under §101. cDNA does not present the same obstacles to patentability as naturally occurring, isolated DNA segments." …. "in light of Mayo Collaborative Services v. Prometheus Laboratories, Inc., 566 U. S. 66, the Circuit found both isolated DNA and cDNA patent eligible." … Held: "A naturally occurring DNA segment is a product of nature and not patent eligible merely because it has been isolated, but cDNA is patent eligible because it is not naturally occurring."

**Be it known by all:** *Any presumed, assumed, or implied Constructive Contract, or Commercial Contract, or Contracts under UCC and all unconscionable contracts contrary to the constitution of the United States of America is rebutted and any and all power[s] of Attorney are hereby revoked for forever, by reason of nondisclosure, and other Lawful measures, and by expressing my will to do so, by: Flavius-Nichita- Euristhe - Executor & Kimila-Shavonne-  Euristhe –*

Page 1 of 11 Affidavit of Truth-Dishonor PennyMac & Notice to Coconspirators

Created for: Flavius- Nichita ;. Euristhe.; Euristhe.(executor) Created for: FLAVIUS NICHITA EURISTHE – (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe.(executrix) Created for KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter, "Affiant")

*Executrix. We further demand that all Respondents Listed above produce for our inspection All contracts that they are basing their claim on and used to peruse a non-judicial foreclosure within 21 days of receipt of this affidavit. Failure to produce a contract that meets the 8 elements of a Lawful contract defined as ( See Exhibit H). Please note a promissory note is not a contract. Failure to produce a contract as defined ( See Exhibit H) Shall incur a fee of (a) 1 Million US Dollars Federal Reserve Notes for failure to produce a contract to substantiate claim, and (b) a fee of 1 Million US Dollars Federal Reserve Notes for pursuing action without cause and causing mental anguish and harm by use of contracts not held And an additional fee of (c)1 Million US Dollars Federal Reserve Notes for lying and using manufactured false evidence in committing in fraud. The Total 3 Million US Dollars Federal Reserve Notes shall be due five days upon notice and receipt of the bill. take Notice and govern your selves accordingly.*

**Whereas:** LAW (is) the **Land** Juris, being common law, of superior titles and private property rights. The **Air** Juris being Trusts and Wills, for the benefit of another, Canons of Trust and Duty of Care. The **Water** Juris being commercial contracts, code of commerce and statute, commercial intercourse, the admiralty form and in-land marine contracts.

As Flavius, as a man, as one people, no-longer being ignorant of the LAW, it is my free will to take dominion over the Land, Air and Water. As Kimila, as a womb-man, as one people, no-longer being ignorant of the LAW, it is my free will to take dominion over the Land, Air and Water

**By our hand and free-will,** We create this Affidavit of Truth and Fact for the Estates of FLAVIUS NICHITA EURISTHE as listed on the BIRTH CERTIFICATE . All rights are and will be reclaimed, reserved and retained by me Flavius- Nichita; Euristhe, as executor, transmitting utility / signatory, and co-beneficiary of the PCT-CQ estate, held in-trust. & for the Estates of KIMILA SHAVONNE HOWARD as listed on the BIRTH CERTIFICATE. All rights are and will be reclaimed, reserved and retained by me Kimila- Shavonne; Euristhe, as executrix, transmitting utility / signatory, and co-beneficiary of the PCT-CQ estate, held in-trust.

All respondents are required to respond to this affidavit within 21 days. If you do not respond within 21 days, then this will be a matter of well settled law in my regard, and you and any potential affiliated parties would be held liable for trespass, Theft of private property or any loss damages or harm or any cause of potential injury to us. Note, direct response to this instrument is required. I give no consent to any unconscionable adhesion contracts. If you do not respond to this affidavit point by point via formal rebuttal under sworn statement under penalty of perjury by a living breathing live person; then I shall know through acquiescence that you have complied fully and completely in this matter. I thank you in appreciation for your diligent attention and service in this important matter.

Whereas an affidavit is the appropriate common law method for establishing a claim as status (Vlandis v. Kline, 412 U.S. 441 (1973)); allegations in an affidavit must be considered as true in absence of counter-affidavit (Group v. Finletter, 108 F. Supp. 327; FRCP 28 U.S.C.A. Rule 9(d)); and an Affidavit which is not contested in a timely manner shall be considered undisputed facts as a matter of law (Morris v. NCR, 44 SW2d 433). Therefore, with a profound respect for the law, being of sound mind, and acting in good faith, We, Flavius, a living man with a living soul, acting *sui juris*, & Kimila, a living womb-man with a living soul, acting *sui juris*, courteously present this Instrument to state the relevant known facts, as known and viewed from our own perspective, to the best of our knowledge, as a Declaration in the Form of an **Affidavit.**

Created by Flavius- Nichita-; Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created for: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) (hereinafter, "Affiant")

**The undersigned Affiants , Flavius Nichita Euristhe, Authorized Representative for FLAVIUS NICHITA EURISTHE & Kimila Shavonne Euristhe Authorized Representative fro KIMILA SHAVONNE HOWARD Affiants and alleged Borrowers, Herby issue this notice of dishonor in the form of an affidavit to David Spector in his Private and Public capacity as PennyMac CEO, along with a bill for his transgression and dishonor. And to notify other coconspirators/ respondents of their duty to respond to this affidavit. We do solemnly swear, declare under penalty of perjury and states as follows:**

State of Texas        )
                      ) ss:
County of Tarrant     )

1. It is a fact that we have no contract with PennyMac. PennyMac Purchased bad paper form *Everette Financial Dba Supreme Lending who was paid in full out of the Affiants Trusts* at the time of Closing on the property. PennyMac is holding us to **contracts not held and have made us slaves in violation of 18 USC 1584** and have scheduled our property to be sold at auctiom on the court steps of a court house located in Tarrant County, Fort Worth Texas 76196 -0401 On July 5th ,2023 via Aldridge Pite LLP ( See Exhibit A) and in **violation of 18 USC 241 and 18USC 242** . We hereby challenge the jurisdiction and ability to sell our property.

2. It is a fact that Exhibit A demonstrates that Everette Financial Dba Supreme Lending, PennyMac, And Aldridge Pite LLP are in violation of common law copyright and patent infringement with the United States Patent Trade Office by using without our expressed written authorization and as such a fee is required for the infringement (See Exhibit B)

3. It is a fact that the subject property is held in land Patent and is in a sacred Trust. A material fact of which Aldridge Pite LLP was made aware via registered mail number RF 184191 145 US received by respondent on May 26th, 2023 at 3:14pm . ( See Exhibit C )Notice was also sent to Tarrant County Clerk on registered mail number RF 184 191 106 US and received May 22, 2023 at 10:14am. The Texas Attorney General received their notification via RF 184 191 110 US on May 24th, 2023 at 7:44 am. The Texas Secretary Received notification via RF 184 191 123 US on May 24th, 2023 at 5:43 am. The Tarrant county received notice on RF 184 191 137 US May 22, 2023 at 10:14am

4. It is a fact that we **were denied the truth in evidence** . as we have not had an opportunity to review the laws and authority under which Aldridge Pite LLP . Nor have we had an opportunity to review the alleged contract which we allegedly signed with PennyMac giving them authority to take such action. We requested said document (See Exhibit D) PennyMac and Everette Financial DBA Supreme Lending have decided to steal our property and is taking the proposed action against us . *Especially since the property is paid in Full* We were never given notice and never had an opportunity to discuss this matter before a judge.

5. It is a fact that *Everette Financial was paid in full at closing* from our Cesti Que Vie or Public Charitable trust by using our social security numbers and signatures, by means of fraud and swindle and with the aide of coconspirators in Violation of 18 USC 241 and 242 they received the full amount of $547,475.00 Five hundred fourth seven thousand four hundred and seventy five thousand Federal reserve notes.

6. It is a fact that we sent PennyMac Lawful Money on March 15, 2023via certified mail number 7021 1970 0002 1699 2600 as a show of god faith and to ge the contract. Which PennyMac received on March 20, 2023 at 10:31am . PennyMac returned the payment via Fed Ex number 7717 4494 3604 from their agent Javier Alcalá ( See Exhibit G) As an American state and national the only money that we can use is lawful money which is gold or silver unfortunately those forms of payment and not accepted the only accepted form of

Page 3 of 11 Affidavit of Truth-Dishonor PennyMac & Notice to Cocconspirators

Created by: Flavius- Nichita :. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE- - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter, "Affiant")

payment is coinage which is also lawful money. Federal reserve notes are "colorable" money as it has no substance. In common law jurisdiction that contract would be unenforceable.colorable means it appears to be genius even but it is not. And is not redeemable for lawful money(i.e. silver or gold) therefore , it is fake. So a promise to pay which is a Federal Reserve Note when used to pay an obligation only postpones the payment to later and it is never paid. *We paid the debt and PennyMac returned the payment thereby cancelling the debt if there was a debt.*

7. It is a fact, that we sent a conditional acceptance for value upon proof of validation of the debt in accordance with (IAW) 15 USC 1962G and Under RESPA IAW 12 USC 2605(e) And gave the respondent PennyMac and their General counsel Mallory Garner and opportunity to address this matter. We cited MERS Min no; 1003071-1001295554-3 and loan number 819565186. In that notice we advised that their silence would be taken as acquiescence by estoppel. It was sent by registered mail number RF 184 189589 US and was received January 25th, 2023 at 1:01pm.

8. It is a fact that PennyMac responded on January 31, 2023, however they failed  failed to meet the requirements set forth in our  previous document in item 5. They failed to provide the contract requested which would meet the definition of a lawful contract i.e *1. Parties competent, of the age of consent, contract between legal or lawful entities. 2. Free and genuine consent, not obtained by fraud, deceit, coercion, or mistake. 3. Full disclosure providing all material information that may influence a decision. 4. Sufficient consideration, something of value exchanged between the parties. 5. Certainty of terms and conditions, fixed and unable to be changed without agreement. 6. Meeting of the minds, when the parties recognize and understand their obligations. 7. Signatures or autographs, in wet ink, as recorded evidence of reciprocal consent.*

9. It is a fact that we responded to their January 31 correspondence via certified mail number 7021 1970 0002 1699 2556 ( See Exhibit D)which was received on February 21, 2023 at 1:18 pm. The VA received similar correspondence via certified mail number 7021 1970 0002 1699 2532 on March 21,2023 at 5:58am. The consumer Financial protection Bureau also received the correspondence under certified mail number 7021 1970 0002  1699 2549 on March, 2023 at 8:25am. In this affidavit we requested again a copy of the lawful contract and asked how are we in contract under the doctrine of ultra Vires and how can an en legis entity enter into contract with us the living man and woman. They never responded and we now accept PennyMacs Silence as acquiescence by estoppel and present a bill from Flavius N Euristhe, authorized representative  for and on behalf of FLAVIUS NICHITA EUIRSHE aggrieved party, based on  at my discretion either USC and or fee schedule for violations published December 15, 2022.( See Exhibit E) and Kimila S Euristhe authorized representative for and on behalf of KIMILA SHAVONNE HOWARD aggrieved party, at my discretion either USC and or fee schedule for violations published December 15, 2022. (See Exhibit F)

10. It is a fact that after Everette Financial dba Supreme Lending  received payment in full in march of 2021 and  that they never provided us with the correct IRS forms nor did they give us title to the property. They did an illegal conversion and gave us the bill in the form of the promissory note which we had signed prior to them receiving the funds. They then later sold the note not the Contract to PennyMac who is now foreclosing on our property with Everette Financial dba Supreme Lending and Aldridge Pite LLP who are going to steal my property and split the profits with other co conspirators.

11. It is a fact that, "every right when withheld must have a remedy and every injury must have its proper redress" Chief Justice John Marshall see: Marburry V. Madison. Money was stolen from our trusts and paid the property in full yet the party who absconded  over Five hundred thousand Fedreal Reserve Notes ie Everett Financial Dba Supreme Lending is the one the people stealing and auctioning my property, along with PennyMac with who I hold in contract and again the property was paid in full

Page 4 of 11 Affidavit of Truth-Dishonor PennyMac & Notice to Coconspirators

Created by: Flavius-Nichita.; Euristhe.(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne.; Euristhe.(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter, 'Affiant')

12. It is a fact that this property is in Land patent and is in a sacred Trust. Property held in Private Land claim patent. Which is defined as: A claim based on the assertion that the claimant or his predecessor in interest )derived his right while the land was under dominion of a foreign government. A patent alone passes perfect title to grantee See: Wilcox v. Jackson, 13 PET US. 498, 10 L.Ed 264. When the United States has parted with a title by patent , legally issued, and surveyed upon surveys made by itself and approved by the proper department, the title so granted cannot be impaired by any subsequent survey made by the government for its own purposes, See: Gage v. Dani's 13 LA. ANN, 128. UCC § 9-109 (d) (11) (B) fixtures in Section 9-334; 9-102 (41) "Fixtures'' "means goods that have become so related to particular real property that an interest in them arises under real property law."

13. It is a fact, that **Title 18 U.S. Code, Part 1, Chapter 2 § 31** [U.S. Code trumps local and state code. *Acceptance of federal funding places the state code as subordinate to Federal interests.] Take note and conduct yourselves accordingly. Each US Supreme court case which is cited in this affidavit and is Res Juricata is a motion upon which relief should be granted. Each case ignored which has been cited carries a $15,000. US Silver Dollar fine for the violation of failure to follow the law an imposing emotional distress. Take note and conduct yourselves accordingly. US Silver Dollars is converted at the ratio of 24:1. 24 US Silver dollars to 1 Federal Reserve Note. Notice is hereby given.*

14. It is a fact that, **The Constitution for the United States of America (1789)** is positive law, a trust indenture and "the supreme law of the land". All States of the United States of America must honor Judicial Proceedings of every other State. The higher Courts opinions and rulings of every state must be re-cognized by the other states of the Union in order to insure domestic tranquility and continuity of justice as to insure confidence and trust in our judicial system as best may be achieved.

15. It is a fact that, "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them" – **Miranda v. Arizona, 384 U.S. 436, 491. The exercise of this non judicial foreclosure is illegal and unconstitutional. Further** any infringement of sovereign unalienable rights as protected by the constitution for the United States of America C.1787 as amended by the first ten amendments, known as the bill of rights c. 1791 is declared excluded, null and void. In case of ejectment, where the question has been who has the legal title, the title patent of the government in unassailable, Sanford v. Sanford 139 US 642. The transfer of lawful title  patent to public domain gives the right to possess and enjoy the land transferred , Gibson v. Chouteau, 80 US 92.

16. It is a fact that  property held in Land patent is immune from collateral attack. The United States Supreme Court is not silent on this matter and has already spoken on this. There is no issue of law here and this matter is Res Judicata. See: Collin's v. Bartlett, 44 CAL 371; See Weber v. Peer Marquette Boom Co., 62 Michigan 626, 30 N.W. 469; Suret v. Doe, 24 Miss 118; & Pittsmon Cooper Co. v. Vanina, 71 mont. 44, 227 PAC 45; Green v. Baker, 47 NEB 934, 66 NW 1032. Additionally, when land patent is transferred claim / purchaser will be protected.

17. It is a fact that a warranty deed in not true title , but rather a color of title.  Which means that in a warranty deed the State of Texas would be co owner of the Land. **Land Cannot be taken for Debt or taxes, But Real Estate can be taken. This authority is derived from the Constitution of the United States of America, Article IV, Sec.3, Clause,2 better known as the land disposal section. The house cannot exist without the land and We own the Land Patent and the hose was paid for in full on Mar 2021. There is no debt and this is theft.**

Page 5 of 11 Affidavit of Truth-Dishonor PennyMac & Notice to Coconspirators

Created by Flavius- Nichita-, Euristhe,(executor) Created for:: FLAVIUS NICHITA EURISTHE – (VESSEL), & Created by: Kimila-Shavonne -;
Euristhe,(executor) Created for: KIMILA SHAVONNE HOWARD –EURISTHE - (VESSEL) ( hereinafter, "Affiant")

18. It is a fact, we are going on the record for the record and asking the The parties involved to remove our property from the July 5th 2023 Auction and provide a release from all the respondents. The rationale for this is simply that the property has been paid for and the individual who has received funds for the property is leading the charge to auction property that has already been paid for. This is a material fact of which Everette Financial Dba Supreme Lending is aware. Take notice and be forewarned that Failure to reveal the material facts of a license or any agreement is immediate grounds for estoppel." *Lo Bue v. Porazzo*, 48 Cal.App.2d 82, 119, p.2d 346, 348.

19. It is a fact that we are going on the record for the record and asking the parties to stop this egregious and unconstitutional action within 21 days of receipt of this Affidavit or we will be forced to take action and remedy this matter in the appropriate place having jurisdiction over the aggrieved parties kimila and Flavius.

20. IT is a fact that the United Nations defines human trafficking as the receipt and exploitation of people for profit. We are going on the record for the record and stating that we have been victims of Human trafficking at the hands of the respondents and co-conspirators and will be seeking protection from the United Nations under International Treaty. This is the 6th documented time we have been violated by the Veterans Administration

21. It is a fact that we are going on the record for the record and say, Land Patents are stare decisis ( i.e., res judicata) and a claim upon which relief should be granted. See. Summa Corp. Supra; Wineman v. Gastrell, 54 Fed 819; U.S. Appeal 581].

22. It is a fact that we are going on the record for the record ans say, there is a distinction between land and real estate. They are not homogeneous and are two separate and distinct things . To the respondents and all concerned understand the distinction. "Land Patents are issued ( and theoretically passed) between sovereigns. Deeds are executed by persons and private corporations without the sovereign powers." See: Leading Fighter v. County of Gregory, 230 n.w. 2d114, 116 (1975). The earliest law for granting land patents was passed by congress on April 24,1820. Sovereign citizens were electors in their respective state republics. Land owners are the only authority in the united states of America with the power to elect public officers of government at every level, county, state and national.

23. It is a fact that you cannot buy land. You cannot sell land. Land must be granted. As a sovereign "American" citizen it is mine, inherent since the original thirteen colonies formed the united states of America, and each additional state republic entered the union. Full payment is already made in the Land Patent and all subsequent assignments. The registration fees in the securing of the Land Patent were paid to the Surveyor General ( $1.25 an acre or $2.25 an acre for mining claim). This was not the purchase of land. The land patent speaks plainly " ... to give and grant (not sell) unto " your name" and his heirs and assigns forever." To grant is to give freely not to purchase.

24. We are Sovereign American State Nationals, under Title 8 United States Code [USC] section 1101 (21)(a), (23). We are not a citizens, persons nor residents under the 14th amendment and not subject to their jurisdiction. Our status as an American State National affords us limited diplomatic immunity and protection under the United Nations and by International Treaties. We are competent in this matter and are Sui juris.

25. Our proper names are Flavius- Nichita Euristhe & Kimila Shavonne Euristhe (*in upper* and lower case letters NOT all UPPER CASE LETTERS ) pursuant to Title 18 U.S. Code § 1342 affirm and attest under the laws of the united States of America,

Created by: Flavius- Nichita -. Euristhe,(executor) Created for:. FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter, "Affiant")

without the United States corporation, this is the truth of my Affidavit of, the whole truth and nothing but the truth, and not misleading, so help me God...; fully stating that the ATTORNEY GENERAL'S OFFICE understands and fully agrees to the seriousness in regards to communicating with "proper persons in their own «prover name" as required by the code and not under any fictitious, false. or assumed title. name or address under the authority of Title 18 U.S. Code § 1342 above and fully agrees to abide by this code while communicating by way of US Postal, personally, or use any associated organizations, corporations, partners or by Attorneys) and not make any claims by using the United States Postal mail to commit mail Fraud.

26. We are not residents of Washington DC neither are we in the Federal Zone. Our proper mailing address is Flavius-Nichita, Euristhe & Kimila- Shavonne; Euristhe C/O Rural Route 9912 Villa Verdre Drive , Fort Worth, Texas Republic, Near [ 76179] "non domestic" without the United states. To avoid any presumption that we are in the Federal Zone. We will NOT accept and will return to sender any correspondence bearing our name in ALL CAPITAL LETTERS, and has 2 letter state, and zip codes in the address as that can be construed to mean that we volunteer to be under federal jurisdiction. We reserve the right to file a claim and seek remedy for disputes under treaty and international law to include but not limited to Universal Postal Union.

27. When a lawfully qualified Sovereign American individual has a claim to title and is challenged, the court of competent original and exclusive jurisdiction is Common Law Supreme Court (Article III). Any action against a patent by a corporate state or their respective statutory, legislative units (i.e., courts) would be an action at Law which is outside the venue and jurisdiction of these Article 1 courts. There is no Law issue contained herein which may be heard in any of the State courts (Article 1), nor can any court of Equity/ Admiralty/ Military set aside, annul, or correct a LAND PATENT. It is further resolved that article 1 Courts use statutory jurisdiction- which is made up and not defined in black law dictionary 4th edition. [The word statute as defined byBlacks Law Dictionary 4th edition means written law in contradiction to unwritten law. See. Foster v. Brown, 199, Ga. 444, 34 S.E.2d, 530 535 See Common Law] [ unwritten law is common law, "contradiction" means "as opposed to" [opposite to] any attempt to impose jurisdiction on us in an article 1 Court will result in a fee of $15,000 in US Silver Dollar Coin converable at the legal and lawful ratio prescribed by law of 24 :1 of Silver Dollar to Federal Reserve Note upon notification by affiants and shall continue at an additional penalty of $1000.00 US Dollars in Silver specie convertible at the legal and lawful ratio prescribed by law of 24 : 1 Silver Dollars to Federal Reserve Notes per day beginning day 2 until paid or until until released in the case of being held in contempt of court to force compliance.

28. We herby invoke our right to immunity and all the privileges granted In accordance with (IAW) 22 USC 254d. Additionally, 49 Statute 3097 Treaty Series 881 Conventions and Duties and Rights of the States, placed all states under international law, making all courts, Intentional courts. Therefore ability to govern is subject to the limit of the law, and that limit is reached with the revocation of consent.

29. OPPORTUNITY TO CURE: In the case of PennyMac. There is no opportunity to cure. We have accepted their silence to our previous affidavits as acquiescence and have issued a unrebutted judgement; It is now a well settled matter in law. We now present them with the bill for dishonor. _THE ONLY OPPORTUNITY TO CURE is to stop this foreclosure accept the truth in the law and issue a release of claim signed by all the respondents and deliver by certified mail_  This is the only opportunity to cure now given to the other co- conspirators /Respondents listed above. Please take note of page three, second paragraph of the Land Patent (_See attached Exhibit C_), which states "_Any confiscation or seizure of any kind of any of the guaranteed, absolute, Private and Public properties by any of the De Facto/Renegade/Corporate officers, etc. will result in_

Created by: Flavius-Nichita ;. Euristhe,(executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) & Created by: Kimila-Shavonne ;. Euristhe,(executor) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter, "Affiant")

*damages of Ten Million Dollars of United States (Treaty States, nation-state) specie Money (United States Dollars silver)"Blocked"), that being Enumerated in Article L Section 10, Clause 1 as "gold and silver Coin" in the Constitution for the United States of America (1764 to date), to be multiplied by not only the damaging party(s), but all those in concert and causes action. "*

30.  For the edification of understanding Ten Million silver dollars is defined as lawful money convertible at a ratio of 24:1, 24 silver dollar to 1 Federal Reserve Note. Thereby making the amount $240, 000, 000.00 Two Hundred and forty million federal reserve notes. PLEASE Take note and govern yourselves accordingly

31.  For the edification of understanding those in concert and cause this action is defined as all the respondents listed above in the private and public capacity. As they have the ability to stop the Illegal, unlawful and unconstitutional pending foreclosure in which this affidavit serves as Actual Notice. Where The United States Supreme Court has already spoken on this matter and it is Res Judicata.

32.  It is a fact THAT, Respondents who operated in Dishonor and in violation of Title 18 and other applicable Supreme Court cases and the Constitution are subject to penalties as follows:

a.  Fraud - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

b.  Extortion - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

c.  Denial of Right to Happiness/Harassment – Causing Financial Harm -  $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

d.  Dishonor in Commerce - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

e.  Collusion - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

f.  Racketeering - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

g.  Conspiracy - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

h.  Breach of Fiduciary Duty - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

i.  Intimidation - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

j.  Defamation - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

k.  Violations of TILA - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

l.  Coercion - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

m.  Violations of FDCPA - $1,000,000.00 (One million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

*PENALTIES*

1.  Failure to pay claim in full within 30 days of default – One million US Dollars per calendar day beginning on the 31st day after default.

2.  Failure to pay claim within 60 days of default - Three million US Dollars per calendar day beginning the 61st day after default.

3.  Failure to pay claim in full within 90 days of default - Five million US Dollars per calendar day beginning on the 91st day of default.

4.  All claims are represented in US dollars which is defined for the purposes of this contract as the value of a one ounce silver coin of .999 fine silver as established by the US Mint on the first day of default. If the claim is paid in federal reserve notes or other lawful negotiable instruments, these instruments will only be accepted at the par value of silver as indicated above.

5.  Total Damages will be assessed as the total amount of the damages as outlined in items 1-13 added to seven (7) times the damages, for Punitive, or other additional damages.

6.  Damages to be collected via garnishing wages, bank accounts, real and/or personal property, future earnings, all public hazard bonds, corporate bonds, blanket bonds, insurance policies, CAFR funds,

Page 8 of 11 Affidavit of Truth-Dishonor PennyMac & Notice to Coconspirators

Created by: Flavius- Nichita :. Euristhe.(executor) Created for: FLAVIUS NICHITA EURISTHE – (VESSEL) & Created by: Kimila-Shavonne :. Euristhe.(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter, "Affiant")

401-k(s), 801k(s), retirement funds, personal wealth and properties, tax credits (OMB 1545-0117, 1545-0112, 1545-0110) or any other source of revenue as needed to cure your dishonor

**Flavius-Nichita: Euristhe**
c/o 9912 Villa Verde Drive.
**Fort Worth, Texas.**
**U.S.A. Near. [76179]**
**Non-Domestic/Non-Resident Mail**

33.   *Supporting laws including but not limited to*

**18 U.S. Code § 1651. Piracy under law of nations**
Whoever, on the high seas, commits the crime of piracy as defined by the law of nations, and is afterwards brought into or found in the United States, shall be imprisoned for life.

**18 U.S. Code § 1341. Frauds and swindles**
Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.

**18 U.S.C. § 1651 et Seq. Piracy and privateering are federal offenses.**
It is a FELONY to use one?s office, de facto or otherwise, in the capacity of a ?Debt Collector? to collect a debt without the requisite evidentiary proof of the debt giving rise to the obligation and the resulting liability. Ever hear of ?RICO;? or read 18 U.S.C. " 1951-1968, particularly," 1961(3)]. Without showing liability on the face of the instrument, the prosecution has failed to state a claim. Under the FDCPA, 28 U.S.C. " 3001 et seq, without verification of the debt, upon timely demand therefore, Scienter and FELONY FRAUD ensues.

**NO written contract is enforceable if it is made without any element of a lawful contract:**

1. Parties competent, of the age of consent, contract between legal or lawful entities. 2. Free and genuine consent, not obtained by fraud, deceit, coercion, or mistake. 3. Full disclosure, providing all material information that may influence a decision. 4. Sufficient consideration, something of value exchanged between the parties. 5. Certainty of terms and conditions, fixed and unable to be changed without agreement. 6. Meeting of the minds, when the parties recognise and understand their obligations.7. Signatures or autographs, in wet ink, as recorded evidence of reciprocal consent.

**Contract Case Law:**

"Failure to reveal the material facts of a license or any agreement is immediate grounds for estoppel." *Lo Bue v. Porazzo,* 48 Cal.App.2d 82, 119, p.2d 346, 348.

"Waivers of fundamental Rights must be knowing, intentional, and voluntary acts, done with sufficient awareness of the relevant circumstances and likely consequences." *U.S. v. Brady,* 397 U.S. 742 at 748 (1970); U.S.v. O'Dell, 160 F.2d 304 (6th Cir. 1947)".

Unconscionable "contract". "One which no sensible man not under delusion, or duress, or in distress would make, and such as no honest and fair man would accept." *Franklin Fire Ins. Co. v. Noll,* 115 Ind. App. 289, 58 N.E.2d 947, 949, 950.

"Party cannot be bound by contract that he has not made or authorized." Alexander v. Bosworth (1915), 26 C.A. 589, 599, 147 P.607.

**Subject Jurisdiction.** With no subject matter jurisdiction, the judge and other officers of the court have no official or judicial immunity and can be held personally and criminally liable for wrongdoing. The courts have held:
*"When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost."*
*Rankin v. Howard,* (1980) 633 F.2d 844, cert. den. Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326.

Page 9 of 11 Affidavit of Truth-Dishonor PennyMac & Notice to Coconspirators

Created By: Flavius~ Nichita ;. Euristhe, (executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL) ,& Created by: Kimila-Shavonne ;. Euristhe,(executrix) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL,) (hereinafter, "Affiant")

*"A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts."*
**Davis v. Burris,** 51 Ariz. 220, 75 P.2d 689 (1938).

*"When a judicial officer acts entirely without jurisdiction or without compliance with jurisdiction requisites he may be held civilly liable for abuse of process even though his act involved a decision made in good faith, that he had jurisdiction."*

The International Organization Immunities Act of 1945 placed all courts under the jurisdiction of the United Nations (reference Title 22 CFR Foreign Relations with Oaths of Office under section 92.12 and 92.31). Under Title 8 USC 1481 all oath takers judges, law enforcement officers, etc.) voluntarily forfeit their citizenship via the Oath of Office thus becoming foreign agents and are required to register under the Foreign Sovereign Immunity Act. **US Govt. Code imposes $75,000 fine and imprisonment for Unregistered Foreign Agents.**

I have presented and registered this document-vessel under the jurisdiction of the Universal Postal Union by paying the transit fees of $1.00 as the postmaster cancelling the stamp of this vessel, for this vessel's delivery and peaceful protection under Registered mail# _____

Notice to principal is notice to agent & Notice to agent is notice to principal.

Autographed by Flavius Nichita Euristhe , a man, a Living Soul on the __1st__ day of __June__ , 20 23 in the 47th year since Born alive. By: Flavius Nichita Euristhe

*Flavur-Nichita; Euristhe* for FLAVIUS NICHITA EURISTHE (c).

Autographed by Kimila Shavonne Euristhe , a man, a Living Soul on the __1 st__ day of __July__ , 20 23 in the 41st year since Born alive. By: KimilaShavonne Euristhe

*Kimila-Shavonne; Euristhe* for KIMILA SHAVONNE HOWARD (c)

Without Prejudice - Without Recourse - all unalienable rights guaranteed UCC 1-308

Created by: Flavius- Nichita-, Euristhe, (executor) Created for: FLAVIUS NICHITA EURISTHE - (VESSEL), & Created by: Kimila-Shavonne-;, Euristhe,(executor) Created for: KIMILA SHAVONNE HOWARD -EURISTHE - (VESSEL) ( hereinafter, "Affiant")

Notary Public as JURAT CERTIFICATE

Texas State

Tarrant County

The United States of America, without the United States

On ____1st____ day of ____June____, in the year of our lord two thousand twenty three,

before me, a Notary Public, personally appeared

_Flavius Euristhe and Kimila Euristhe_

who proved to me on the basis of satisfactory evidence to be the man and woman whose Names

are subscribed to the within attached instrument and acknowledged to Me that they executed the

same in their authorized capacity, and that by their autograph(s) on the instrument the man and

woman executed, the instrument known as

_Affidavit Truth Dishonor - PennyMac - Bill_

I certify under PENALTY OF PERJURY under the lawful laws of Texas State that the foregoing

paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

of Notary / Jurat                            seal

**BRITTANY ARNOLD**
Notary Public, State of Texas
Comm. Expires 08-16-2026
Notary ID 133911025

**NOTICE:** Use of the notary public is for verification of signature and identity confirmation only. It implies no consent to federal jurisdiction under the Buck Act as one is 'without the jurisdiction of the District of Columbia'.

**NOTICE:** Use of the notary public is for verification of autograph or seal of individual biological 'character' confirmation only implying no presumption to federal jurisdiction whatsoever.

Notice to agents is notice to principal, Notice to principal is notice to agent.

This is _The End_ of this affidavit.



# EXHIBIT FF

## _____ Pages

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

BANK ONE, N.A.,                              )
                                             )        Case No. 03-047448-CZ
                Plaintiff,                   )
                                             )        Hon. E.. Sosnick
        v.                                   )
                                             )        AFFIDAVIT OF WALKER F. TODD,
HARSHAVARDHAN DAVE and                       )        EXPERT WITNESS FOR DEFENDANTS
PRATIMA DAVE, jointly and severally,         )
                                             )
                Defendants.                  )

---

Harshavardhan Dave and Pratima H. Dave          Michael C. Hammer (P41705)
C/o 5128 Echo Road                              Ryan O. Lawlor (P64693)
Bloomfield Hills, MI 48302                      Dickinson Wright PLLC
Defendants, *in propria persona*                Attorneys for Bank One, N.A.
                                                500 Woodward Avenue, Suite 4000
                                                Detroit, Michigan 48226
                                                (313) 223-3500

Now comes the Affiant, Walker F. Todd, a citizen of the United States and the State of Ohio over the age of 21 years, and declares as follows, under penalty of perjury:

1.  That I am familiar with the Promissory Note and Disbursement Request and Authorization, dated November 23, 1999, together sometimes referred to in other documents filed by Defendants in this case as the "alleged agreement" between Defendants and Plaintiff but called the "Note" in this Affidavit. If called as a witness, I would testify as stated herein. I make this Affidavit based on my own personal knowledge of the legal, economic, and historical principles stated herein, except that I have relied entirely on documents provided to me, including the Note, regarding certain facts at issue in this case of which I previously had no direct and personal knowledge. I am making this affidavit based on my experience and expertise as an attorney, economist, research writer, and teacher. I am competent to make the following statements.

1

## PROFESSIONAL BACKGROUND QUALIFICATIONS

2.  My qualifications as an expert witness in monetary and banking instruments are as follows. For 20 years, I worked as an attorney and legal officer for the legal departments of the Federal Reserve Banks of New York and Cleveland. Among other things, I was assigned responsibility for questions involving both novel and routine notes, bonds, bankers' acceptances, securities, and other financial instruments in connection with my work for the Reserve Banks' discount windows and parts of the open market trading desk function in New York. In addition, for nine years, I worked as an economic research officer at the Federal Reserve Bank of Cleveland. I became one of the Federal Reserve System's recognized experts on the legal history of central banking and the pledging of notes, bonds, and other financial instruments at the discount window to enable the Federal Reserve to make advances of credit that became or could become money. I also have read extensively treatises on the legal and financial history of money and banking and have published several articles covering all of the subjects just mentioned. I have served as an expert witness in several trials involving banking practices and monetary instruments. A summary biographical sketch and resume including further details of my work experience, readings, publications, and education will be tendered to Defendants and may be made available to the Court and to Plaintiff's counsel upon request.

## GENERALLY ACCEPTED ACCOUNTING PRINCIPLES

3.  Banks are required to adhere to Generally Accepted Accounting Principles (GAAP). GAAP follows an accounting convention that lies at the heart of the double-entry bookkeeping system called the Matching Principle. This principle works as follows: When a bank accepts bullion, coin, currency, checks, drafts, promissory notes, or any other similar instruments (hereinafter "instruments") from customers and deposits or records the instruments as assets, it must record offsetting liabilities that match the assets that it accepted from customers. The liabilities represent the amounts that the bank owes the customers, funds accepted from customers. In a fractional reserve banking system like the United States banking system, most of the funds advanced to borrowers (assets of the banks) **are created by the banks themselves** and are not merely transferred from one set of depositors to another set of borrowers.

## RELEVANCE OF SUBTLE DISTINCTIONS ABOUT TYPES OF MONEY

4.  From my study of historical and economic writings on the subject, I conclude that a common misconception about the nature of money unfortunately has been perpetuated in the U.S. monetary and banking systems, especially since the 1930s. In classical economic theory, once economic exchange has moved beyond the barter stage, there are two types of money: money of *exchange* and money of *account*.. For nearly 300 years in both Europe and the United States, confusion about the distinctiveness of these two concepts has led to persistent attempts to treat money of account as the equivalent of money of exchange. In reality, especially in a fractional reserve banking system, a comparatively small amount of money of exchange (e.g., gold, silver, and official currency notes) may support a vastly larger quantity of

3

business transactions denominated in money of account. The sum of these transactions is the sum of credit extensions in the economy. With the exception of customary stores of value like gold and silver, the monetary base of the economy largely consists of credit instruments. **<u>Against this background, I conclude that the Note, despite some language about "lawful money" explained below, clearly contemplates both disbursement of funds and eventual repayment or settlement in money of account (that is, money of exchange would be welcome but is not required to repay or settle the Note).</u>** The factual basis of this conclusion is the reference in the Disbursement Request and Authorization to repayment of $95,905.16 to Michigan National Bank from the proceeds of the Note. That was an exchange of the credit of Bank One (Plaintiff) for credit apparently and previously extended to Defendants by Michigan National Bank. Also, there is no reason to believe that Plaintiff would refuse a substitution of the credit of another bank or banker as complete payment of the Defendants' repayment obligation under the Note. This is a case about exchanges of money of account (credit), not about exchanges of money of exchange (lawful money or even legal tender).

5. Ironically, the Note explicitly refers to repayment in "lawful money of the United States of America" (*see* "Promise to Pay" clause). Traditionally and legally, Congress defines the phrase "lawful money" for the United States. Lawful money <u>was</u> the form of money of exchange that the federal government (or any state) could be required by statute to receive in payment of taxes or other debts. Traditionally, as defined by Congress, lawful money only included gold, silver, and currency notes redeemable for gold or silver on demand. In a banking law context, lawful money was only those forms of money of exchange (the forms just mentioned, plus U.S. bonds and notes redeemable for gold) that constituted the reserves of a national bank prior to 1913

4

(date of creation of the Federal Reserve Banks). *See,* Lawful Money, *Webster's New International Dictionary* (2d ed. 1950). <u>In light of these facts, I conclude that Plaintiff and Defendants exchanged reciprocal credits involving money of account and not money of exchange; no lawful money was or probably ever would be disbursed by either side in the covered transactions.</u> This conclusion also is consistent with the bookkeeping entries that underlie the loan account in dispute in the present case. Moreover, it is puzzling why Plaintiff would retain the archaic language, "lawful money of the United States of America," in its otherwise modern-seeming Note. It is possible that this language is merely a legacy from the pre-1933 era. Modern credit agreements might include repayment language such as, "The repayment obligation under this agreement shall continue until payment is received *in fully and finally collected funds,*" which avoids the entire question of "In what form of money **or credit** is the repayment obligation due?"

6. *Legal tender,* <u>a related concept but one that is economically inferior to *lawful money* because it allows payment in instruments that cannot be redeemed for gold or silver on demand, has been the form of money of exchange commonly used in the United States since 1933,</u> when domestic private gold transactions were suspended (until 1974).. Basically, legal tender is whatever the government says that it is. The most common form of legal tender today is Federal Reserve notes, which by law cannot be redeemed for gold since 1934 or, since 1964, for silver. *See,* 31 U.S.C. Sections 5103, 5118 (b), and 5119 (a).

Note: I question the statement that fed reserve notes cannot be redeemed for silver since 1964. It was Johnson who declared on 15 March 1967 that after 15 June 1967 that Fed Res Notes would not be exchanged for silver and the practice did stop on 15 June

1967 – not 1964. I believe this to be error in the text of the author's affidavit.

7. *Legal tender under the Uniform Commercial Code (U.C.C.)*, Section 1-201 (24) (Official Comment), is a concept that sometimes surfaces in cases of this nature. <u>The referenced Official Comment notes that the definition of *money* is not limited to *legal tender* under the U.C.C.</u> *Money* is defined in Section 1-201 (24) as "a medium of exchange authorized or adopted by a domestic or foreign government and includes a monetary unit of account established by an intergovernmental organization or by agreement between two or more nations." The relevant Official Comment states that "The test adopted is that of sanction of government, whether by authorization before issue or adoption afterward, which recognizes the circulating medium as a part of the official currency of that government. <u>The narrow view that money is limited to legal tender is rejected.</u>" Thus, I conclude that the U.C.C. tends to validate the classical theoretical view of money.

## HOW BANKS BEGAN TO LEND THEIR OWN CREDIT INSTEAD OF REAL MONEY

8. In my opinion, the best sources of information on the origins and use of <u>credit as money</u> are in Alfred Marshall, MONEY, CREDIT & COMMERCE 249-251 (1929) and Charles P. Kindleberger, A FINANCIAL HISTORY OF WESTERN EUROPE 50-53 (1984). A synthesis of these sources, as applied to the facts of the present case, is as follows: As commercial banks and discount houses (private bankers) became established in parts of Europe (especially Great Britain) and North America, by the mid-nineteenth century they commonly made loans to borrowers by extending their own credit to the borrowers or, at the borrowers' direction, to third parties. The typical form of such extensions of credit was drafts or bills of exchange drawn upon themselves (claims on the credit of the drawees) instead of disbursements of bullion,

6

coin, or other forms of money. In transactions with third parties, these <u>drafts and bills came to serve most of the ordinary functions of money</u>. The third parties had to determine for themselves whether such "credit money" had value and, if so, how much. The Federal Reserve Act of 1913 was drafted with this model of the commercial economy in mind and provided at least two mechanisms (the discount window and the open-market trading desk) by which certain types of bankers' credits could be exchanged for Federal Reserve credits, which in turn could be withdrawn in lawful money. Credit at the Federal Reserve eventually became the principal form of monetary reserves of the commercial banking system, especially after the suspension of domestic transactions in gold in 1933. <u>Thus, credit money</u> is not alien to the current official monetary system; it is just rarely used as a device for the creation of Federal Reserve credit that, in turn, in the form of either Federal Reserve notes or banks' deposits at Federal Reserve Banks, <u>functions as money in the current monetary system.</u> In fact, a means by which the Federal Reserve expands the money supply, loosely defined, is to set banks' reserve requirements (currently, usually ten percent of demand liabilities) at levels that would encourage banks to extend new credit to borrowers on their own books that third parties would have to present to the same banks for redemption, thus leading to an expansion of bank-created credit money. In the modern economy, many non-bank providers of credit also extend book credit to their customers without previously setting aside an equivalent amount of monetary reserves (credit card line of credit access checks issued by non-banks are a good example of this type of credit), which also causes an expansion of the aggregate quantity of credit money. The discussion of money taken from Federal Reserve and other modern sources in paragraphs 11 et seq. is consistent with the account of the origins of the use of bank credit as money in this paragraph.

## ADVANCES OF BANK CREDIT AS THE EQUIVALENT OF MONEY

9.  Plaintiff apparently asserts that the Defendants signed a promise to pay, such as a note(s) or credit application (collectively, the "Note"), in exchange for the Plaintiff's advance of funds, credit, or some type of money to or on behalf of Defendant. However, the bookkeeping entries required by application of GAAP and the Federal Reserve's own writings should trigger close scrutiny of Plaintiff's apparent assertions that it lent its funds, credit, or money to or on behalf of Defendants, thereby causing them to owe the Plaintiff $400,000. According to the bookkeeping entries shown or otherwise described to me and application of GAAP, the Defendants allegedly were to tender some form of *money* ("lawful money of the United States of America" is the type of money explicitly called for in the Note), securities or other capital equivalent to money, funds, credit, or something else of value in exchange (money of exchange, loosely defined), collectively referred to herein as "money," to repay what the Plaintiff claims was the *money* lent to the Defendants. **It is not an unreasonable argument to state that Plaintiff apparently changed the economic substance of the transaction from that contemplated in the credit application form, agreement, note(s), or other similar instrument(s) that the Defendants executed, thereby changing the costs and risks to the Defendants.** At most, the Plaintiff extended its own *credit* (money of account), but the Defendants were required to repay in *money* (money of exchange, and *lawful money* at that), **which creates at least the inference of inequality of obligations** on the two sides of the transaction (*money*, including *lawful money*, is to be exchanged for *bank credit*).

8

**MODERN AUTHORITIES ON MONEY**

11. To understand what occurred between Plaintiff and Defendants concerning the alleged loan of *money* or, more accurately, *credit*, it is helpful to review a modern Federal Reserve description of a bank's lending process. *See*, David H. Friedman, MONEY AND BANKING (4th ed. 1984)(apparently already introduced into this case): "The commercial bank lending process is similar to that of a thrift in that the receipt of cash from depositors increases both its assets and its deposit liabilities, which enables it to make additional loans and investments. . . . When a commercial bank makes a business loan, it accepts as an asset the borrower's debt obligation (the promise to repay) and creates a liability on its books in the form of a demand deposit in the amount of the loan." (Consumer loans are funded similarly.) Therefore, the bank's original bookkeeping entry should show an increase in the amount of the asset credited on the asset side of its books and a corresponding increase equal to the value of the asset on the liability side of its books. **This would show that the bank received the customer's signed promise to repay as an *asset*, thus *monetizing* the customer's signature and creating on its books a liability in the form of a demand deposit or other demand liability of the bank.** The bank then usually would hold this demand deposit in a transaction account on behalf of the customer. Instead of the bank lending its *money* or other assets to the customer, as the customer reasonably might believe from the face of the Note, the bank *created* funds for the customer's transaction account without the customer's permission, authorization, or knowledge and delivered the *credit* on its own books representing those funds to the customer, meanwhile alleging that the bank lent the customer *money*. If Plaintiff's response to this line of argument is to the effect that it acknowledges that it lent credit or issued credit instead of money, one might refer to Thomas P. Fitch, BARRON'S

9

BUSINESS GUIDE DICTIONARY OF BANKING TERMS, "Credit banking," 3. "Bookkeeping entry representing a deposit of funds into an account." **But Plaintiff's loan agreement apparently avoids claiming that the bank actually lent the Defendants** *money*. **They apparently state in the agreement that the Defendants are obligated to repay Plaintiff principal and interest for the "Valuable consideration (money) the bank gave the customer (borrower)." The loan agreement and Note apparently still delete any reference to the bank's receipt of actual cash value from the Defendants and exchange of that receipt for actual cash value that the Plaintiff banker returned.**

**12. <u>According to the Federal Reserve Bank of New York, money is anything that has value that banks and people accept as money; money does not have to be issued by the government.</u> For example, David H. Friedman, I BET YOU THOUGHT. . . . 9, Federal Reserve Bank of New York (4th ed. 1984)(apparently already introduced into this case), explains that banks create new money by depositing IOUs, promissory notes, offset by bank liabilities called checking account balances. Page 5 says, <u>"Money doesn't have to be intrinsically valuable, be issued by government, or be in any special form. . . ."**

13. The publication, Anne Marie L. Gonczy, MODERN MONEY MECHANICS 7-33, Federal Reserve Bank of Chicago (rev. ed. June 1992)(apparently already introduced into this case), contains standard bookkeeping entries demonstrating that *money* ordinarily is recorded as a bank *asset*, while a bank *liability* is evidence of *money* that a bank owes. The bookkeeping entries tend to prove that banks accept cash, checks, drafts, and promissory notes/credit agreements (assets) as *money* deposited to create credit or checkbook money that are bank *liabilities*, which shows that, absent any right of setoff, banks owe *money* to persons who deposit *money*.. **<u>Cash (money of</u>**

**exchange) is money, and credit or promissory notes (money of account) become money when banks deposit promissory notes with the intent of treating them like deposits of cash.** *See*, 12 U.S.C. Section 1813 (*l*)(1) (definition of "deposit" under Federal Deposit Insurance Act). The Plaintiff acts in the capacity of a lending or banking institution, and <u>the newly issued credit or money is similar or equivalent to a promissory note, which may be treated as a deposit of money</u> when received by the lending bank.. Federal Reserve Bank of Dallas publication MONEY AND BANKING, page 11, explains that when banks grant loans, they create new money. The new money is created because a new "loan becomes a deposit, just like a paycheck does." **MODERN MONEY MECHANICS**, page 6, says, "What they [banks] do when they make loans is to accept promissory notes in exchange for credits to the borrowers' transaction accounts." **The next sentence on the same page explains that the banks' assets and liabilities increase by the amount of the loans.**

## COMMENTARY AND SUMMARY OF ARGUMENT

14. Plaintiff apparently accepted the Defendants' Note and credit application (money of account) in exchange for its own credit (also money of account) and deposited that credit into an account with the Defendants' names on the account, as well as apparently issuing its own credit for $95,905.16 to Michigan National Bank for the account of the Defendants. One reasonably might argue that the Plaintiff recorded the Note or credit application as a loan (money of account) from the Defendants to the Plaintiff and that the Plaintiff then became the borrower of an equivalent amount of money of account from the Defendants.

**15. The Plaintiff in fact never lent any of its own pre-existing money, credit, or assets as consideration to purchase the Note or credit agreement from the Defendants.** (Robertson Notes: I add that when the bank does the forgoing, then in that event, there is an utter ***failure of consideration*** for the "loan contract".) When the Plaintiff deposited the Defendants' $400,000 of newly issued credit into an account, the Plaintiff created from $360,000 to $400,000 of new money (the nominal principal amount less up to ten percent or $40,000 of reserves that the Federal Reserve would require against a demand deposit of this size). The Plaintiff received $400,000 of credit or money of account from the Defendants as an asset. GAAP ordinarily would require that the Plaintiff record a liability account, crediting the Defendants' deposit account, showing that the Plaintiff owes $400,000 of money to the Defendants, just as if the Defendants were to deposit cash or a payroll check into their account.

16. The following appears to be a disputed fact in this case about which I have insufficient information on which to form a conclusion: I infer that it is alleged that Plaintiff refused to lend the Defendants Plaintiff's own money or assets and recorded a $400,000 loan from the Defendants to the Plaintiff, which arguably was a $400,000 deposit of money of account by the Defendants, and then when the Plaintiff repaid the Defendants by paying its own credit (money of account) in the amount of $400,000 to third-party sellers of goods and services for the account of Defendants, the Defendants were repaid their loan to Plaintiff, and the transaction was complete.

17. I do not have sufficient knowledge of the facts in this case to form a conclusion on the following disputed points: None of the following material facts are disclosed in the credit application or Note or were advertised by Plaintiff to prove that the

Defendants are the true lenders and the Plaintiff is the true borrower. **The Plaintiff is trying to use the credit application form or the Note to persuade and deceive the Defendants into believing that the opposite occurred and that the Defendants were the borrower and not the lender.** The following point is undisputed: The Defendants' loan of their credit to Plaintiff, when issued and paid from their deposit or credit account at Plaintiff, became money in the Federal Reserve System (subject to a reduction of up to ten percent for reserve requirements) as the newly issued credit was paid pursuant to written orders, including checks and wire transfers, to sellers of goods and services for the account of Defendants.

## CONCLUSION

18. Based on the foregoing, Plaintiff is using the Defendant's Note for its own purposes, and it remains to be proven whether Plaintiff has incurred any financial loss or actual damages (I do not have sufficient information to form a conclusion on this point). In any case, the inclusion of the "lawful money" language in the repayment clause of the Note is confusing at best and in fact may be misleading in the context described above.

## **AFFIRMATION**

19. I hereby affirm that I prepared and have read this Affidavit and that I believe the foregoing statements in this Affidavit to be true. I hereby further affirm that the basis of these beliefs is either my own direct knowledge of the legal principles and historical facts involved and with respect to which I hold myself out as an expert or statements made or documents provided to me by third parties whose veracity I reasonably assumed.

Further the Affiant sayeth naught.

At Chagrin Falls, Ohio

December 5, 2003

                                       _____
                                       WALKER F. TODD (Ohio bar no. 0064539)
                                       Expert witness for the Defendants
                                       Walker F. Todd, Attorney at Law
                                       1164 Sheerbrook Drive
                                       Chagrin Falls, Ohio 44022
                                       (440) 338-1169, fax (440) 338-1537
                                       e-mail: westodd@adelphia.net

## **NOTARY'S VERIFICATION**

At Chagrin Falls, Ohio
December 5, 2003

On this day personally came before me the above-named Affiant, who proved his identity to me to my satisfaction, and he acknowledged his signature on this Affidavit in my presence and stated that he did so with full understanding that he was subject to the penalties of perjury.

                                         _____
                                         Notary Public of the State of Ohio

**Note: Emphasis added.**

14

CONSUMER LAW — MORTGAGE FORECLOSURE — MASSACHUSETTS SUPREME JUDICIAL COURT UNANIMOUSLY VOIDS FORECLOSURE SALES BECAUSE SECURITIZATION TRUSTS COULD NOT DEMONSTRATE CLEAR CHAINS OF TITLE TO MORTGAGES. — *U.S. Bank National Ass'n v. Ibanez*, 941 N.E.2d 40 (Mass. 2011).

As a result of the ongoing foreclosure crisis, at least two million mortgage foreclosure cases have been brought before state and federal courts over the past five years, and approximately two million more such cases are still waiting to be heard.[1]  These cases are forcing courts to examine how long-established principles of state property law apply to modern mortgage lending and securitization practices.  Recently, in *U.S. Bank National Ass'n v. Ibanez*,[2] the Massachusetts Supreme Judicial Court voided two foreclosure sales by U.S. Bank and Wells Fargo[3] because the banks could not demonstrate that they were assigned the associated mortgages in writing prior to the foreclosure sales.[4]  In reaching this conclusion, the court held that the possession of a promissory note secured by a mortgage is not sufficient to demonstrate authority to foreclose.[5]  Some commentators have criticized this holding as a departure from the common law rule that the mortgage "follows the note,"[6] which they claim is codified in the Uniform Commercial Code.[7]  However, a careful analysis reveals that *Ibanez* establishes that the mortgage follows the note as a security interest, but not as a real property interest.  This holding, in turn, has important implications for foreclosure litigation in Massachusetts and possibly in several other states as well.

In 2005, Antonio Ibanez took out a mortgage loan to purchase a property in Springfield, Massachusetts.[8]  The mortgage loan was secured by a mortgage to lender Rose Mortgage, Inc., which then as-

---

[1] *Times Topics: Foreclosures*, N.Y. TIMES, http://topics.nytimes.com/top/reference/timestopics/subjects/f/foreclosures/index.html (last updated June 27, 2011).

[2] 941 N.E.2d 40 (Mass. 2011).

[3] *Id.* at 44.

[4] *Id.* at 54.

[5] *Id.* at 53–54.

[6] What is commonly referred to in everyday speech as a "mortgage" is referred to in legal terminology as a "mortgage loan," which is a loan secured by an interest in real property. *See* BLACK'S LAW DICTIONARY 1020 (9th ed. 2009).  A mortgage loan is comprised of two key components: a "note" and a "mortgage."  The "note" is a promissory note signed by the borrower that obligates the borrower to repay a certain amount of money to the holder of that note. *Id.* at 1162.  The "mortgage" is the instrument whereby the borrower grants a security interest in real property to the lender. *Id.* at 1101–02.

[7] *See, e.g.*, 5 BAXTER DUNAWAY, THE LAW OF DISTRESSED REAL ESTATE § 72A:32 (2011); Victoria V. Corder, *Homeowners and Bondholders as Unlikely Allies: Allocating the Costs of Securitization in Foreclosure*, BANKING & FIN. SERVS. POL'Y REP., May 2011, at 19, 23.

[8] *Ibanez*, 941 N.E.2d at 45–46.

signed the mortgage to Option One Mortgage Corporation, which executed an assignment of the Ibanez mortgage "in blank" (that is, without naming an assignee).[9]  Then, according to U.S. Bank, the Ibanez mortgage changed hands through a series of assignments and was ultimately pooled with over one thousand other mortgages and assigned to U.S. Bank.[10]  At some point, U.S. Bank also came to hold the promissory note secured by the Ibanez mortgage.[11]  When the assignment process was complete, "the Ibanez and other loans were pooled into a trust and converted into mortgage-backed securities that [could] be bought and sold by investors — a process known as securitization."[12]  That same year, Mark and Tammy LaRace took out a loan secured by a property in Springfield, Massachusetts, and after a very similar series of transactions, Wells Fargo came to hold the LaRaces' promissory note and (allegedly) the mortgage securing it.[13]

In 2007, both Ibanez and the LaRaces defaulted on their mortgage loans, and U.S. Bank and Wells Fargo foreclosed on their properties.[14]  The banks then purchased the properties at the resulting foreclosure sales.[15]  It was undisputed that the banks held the Ibanez and LaRace promissory notes at the time of the foreclosure sales.[16]  However, despite the banks' contentions that they were assigned the mortgages prior to the foreclosure sales, the banks were unable to produce written documentation demonstrating the assignments.[17]  Nevertheless, the banks were able to demonstrate that *after* each foreclosure sale they were officially assigned the mortgages in writing.[18]  The banks argued that the postsale assignments, together with the evidence they offered of presale assignments, established their authority to foreclose on the properties.[19]

In 2008, the banks brought separate actions in Massachusetts land court to quiet title to the Ibanez and LaRace properties, and the two cases were heard jointly.[20]  The banks asserted in their complaints that they became the holders of the mortgages through the assignments ex-

---

[9] *Id.* at 46.
[10] *Id.*
[11] *See id.* at 53–54 (taking for granted that U.S. Bank held the promissory note).
[12] *Id.* at 46.
[13] *See id.* at 47–48, 53–54.
[14] *See id.* at 44.  Massachusetts foreclosures are conducted nonjudicially via the power of sale granted to the mortgage holder by the terms of the mortgage instrument. *See* MASS. GEN. LAWS ch. 183, § 21 (2011); *id.* ch. 244, § 14.
[15] *Ibanez*, 941 N.E.2d at 44.
[16] *See id.* at 53.
[17] *Id.*
[18] *See id.* at 47, 49.
[19] *See id.* at 54.
[20] *Id.* at 44–45.

ecuted after the foreclosure sales.[21]  Neither Ibanez nor the LaRaces initially responded, and the banks moved for default judgment.[22]

The land court entered judgment against the banks.[23]  The judge ruled that because the banks had not been assigned the mortgages until after the foreclosure sales, they "had no interest in the mortgages being foreclosed at the time of the publication of the notices of sale or at the time of the foreclosure sales."[24]  Therefore, the notices of the foreclosure sales improperly named the banks as the mortgage holders, in violation of the statutory requirements for the foreclosure process.[25]

The Supreme Judicial Court granted the parties' applications for direct appellate review[26] and affirmed in a unanimous opinion written by Justice Gants.[27]  Justice Gants began his analysis with a discussion of the requirements for establishing authority to foreclose on a property under Massachusetts law.[28]  If the borrower defaults on his or her mortgage loan payments to the holder of the note, Massachusetts's statutory framework provides for nonjudicial foreclosure, whereby the foreclosing party can move to foreclose without first seeking court approval.[29]  Because of the "substantial power" that this scheme affords the foreclosing party,[30] Justice Gants stated that the party must "follow strictly"[31] the terms of the power of sale, including the requirement that "only a *present holder of the mortgage* is authorized to foreclose on the mortgaged property."[32]  The banks could therefore have had authority to foreclose on the Ibanez and LaRace properties only "if they were the assignees of the mortgages at the time of the notice of sale and the subsequent foreclosure sale,"[33] or in other words, if they could demonstrate valid and complete chains of title for the mortgages (as distinct from the notes secured by those mortgages).  Furthermore, because Massachusetts is a "title theory" state,[34] "a mortgage is a transfer

---

[21] *Id.* at 44.

[22] *Id.*

[23] *Id.* at 45.

[24] *Id.*

[25] *Id.* (citing MASS. GEN. LAWS ch. 244, § 14 (2011)).  The banks subsequently brought motions to vacate the judgment, submitting hundreds of pages of previously undisclosed documents, many of which "related to the creation of the securitized mortgage pools in which the Ibanez and LaRace mortgages were purportedly included." *Id.*  The land court denied the motions. *Id.*

[26] *Id.*

[27] *Id.* at 44.

[28] *See id.* at 49–51.

[29] *Id.* at 49.

[30] *Id.*

[31] *Id.* at 49–50 (quoting Moore v. Dick, 72 N.E. 967, 968 (Mass. 1905)) (internal quotation marks omitted).

[32] *Id.* at 50 (emphasis added).

[33] *Id.* at 51.

[34] American courts have traditionally recognized one of three theories of mortgage law: the "title," "lien," and "intermediate" theories.  RESTATEMENT (THIRD) OF PROP.: MORTGAGES

of legal title in a property to secure a debt," meaning that any such assignment is a conveyance of an interest in land and therefore must be made in "a writing signed by the grantor."[35] As a result, whether the banks had the authority to foreclose would hinge on whether the documentation they submitted to the court demonstrated clear chains of mortgage assignments ending with the timely assignments of the mortgages to the securitization trusts.[36]

The banks offered four alternative reasons that the documentation they submitted to the court demonstrated valid chains of title.[37] First, they argued that the mortgages were assigned via the agreements that created the securitization trusts.[38] The court rejected this argument because the securitization documents did not contain loan schedules specifically identifying the Ibanez and LaRace mortgages as among those assigned.[39] The court did, however, note that an assignment need not be in "recordable form at the time of the notice of sale . . . although recording is likely the better practice," and that an executed securitization agreement containing a loan schedule that "clearly and specifically identifies the mortgage at issue as among those assigned[] may suffice to establish the trustee as the mortgage holder."[40]

Second, the banks claimed that the mortgages were transferred via the assignments in blank.[41] However, in their reply briefs, the banks conceded that assignments in blank do not constitute lawful assignments.[42] The *Ibanez* court agreed, noting that conveyances of real property that do not name the assignees are facially invalid under Massachusetts law.[43]

Third, the banks claimed that because a mortgage follows the note, the mortgages were assigned via the transfer of the notes.[44] In response, Justice Gants wrote, "the assignment of the note does not carry with it the assignment of the mortgage," but "[r]ather, the holder of the mortgage holds the mortgage in trust for the purchaser of the note, who has an equitable right to obtain an assignment of the mortgage,

---

§ 4.1 cmt. a (1997) (explicating the theories). The "title theory" approach is a minority approach. *See id.* cmt. a(2).

[35] *Ibanez*, 941 N.E.2d at 51; *see also* MASS. GEN. LAWS ch. 183, § 3 (2011).

[36] *See Ibanez*, 941 N.E.2d at 53.

[37] *See id.* at 52–54.

[38] *Id.* at 51.

[39] *Id.* at 52. Wells Fargo had claimed that the LaRace mortgage was clearly identified in the securitization agreement's loan schedule because data for one of the loans listed matched the LaRace property's zip code, city, payment history, and loan amount. *Id.* at 48.

[40] *Id.* at 53.

[41] *Id.*

[42] *Id.*

[43] *Id.*

[44] *Id.*

which may be accomplished by filing an action in court and obtaining an equitable order of assignment."[45] Thus, "[i]n the absence of a valid written assignment of a mortgage or a court order of assignment, the mortgage holder remains unchanged," and the banks' holding of the mortgage notes was insufficient to establish authority to foreclose.[46]

Fourth, the banks contended that the post-sale assignments of the mortgages established their authority to foreclose.[47] The court wrote that even if such "confirmatory" assignments have in recent years become a standard industry practice, "[a] confirmatory assignment . . . cannot confirm an assignment that was not validly made earlier or backdate an assignment being made for the first time."[48] The court thus voided the foreclosure sales.[49] Justice Cordy[50] concurred separately "only to underscore that what is surprising about these cases is not the statement of principles articulated by the court regarding title law and the law of foreclosure . . . but rather the utter carelessness with which the plaintiff banks documented the titles to their assets."[51]

Much of the existing commentary on *Ibanez* has focused on the decision's implications for the mortgage securitization process.[52] However, a perhaps less understood aspect of the court's decision is its holding that a party must have been validly assigned the mortgage in order to have authority to foreclose. Though the *Ibanez* court purported merely to be applying "well established" law in reaching this conclusion,[53] several commentators have criticized the court for what they

---

[45] *Id.* at 53–54 (citing Barnes v. Boardman, 21 N.E. 308, 309 (Mass. 1889); Young v. Miller, 72 Mass. (6 Gray) 152, 154 (1856)).

[46] *Id.* at 54.

[47] *Id.*

[48] *Id.* at 55.

[49] *Id.*

[50] Justice Cordy was joined by Justice Botsford.

[51] *Ibanez*, 941 N.E.2d at 55 (Cordy, J., concurring).

[52] *See, e.g.,* Stephen S. Kudenholdt, Stephen F.J. Ornstein & John P. Holahan, *The Massachusetts Supreme Judicial Court Foreclosure Decisions: The Impact on the Securitization Documentation Process,* 128 BANKING L.J. 195 (2011); Adam Levitin, Ibanez *and Securitization Fail,* CREDIT SLIPS (Jan. 10, 2011, 2:23 PM), http://www.creditslips.org/creditslips/2011/01/ibanez.html.

[53] *Ibanez*, 941 N.E.2d at 55. Interestingly, though the court derived this holding nearly entirely from principles expressed in *Barnes v. Boardman,* 21 N.E. 308 (Mass. 1889), and *Young v. Miller,* 72 Mass. (6 Gray) 152 (1856), these cases were cited in only three of the briefs filed by the parties and their amici. *See* Brief of Defendant-Appellee Antonio Ibanez at 26, *Ibanez,* 941 N.E.2d 40 (No. SJC-10694); Brief of Amici Curiae Darlene Manson, Germano Depina, Robert Lane, Ann Coiley, Roberto Szumik, Geraldo Dosanjos, and National Consumer Law Center at 30, 35–37, *Ibanez,* 941 N.E.2d 40 (No. SJC-10694); Brief of Amicus Curiae the Real Estate Bar Ass'n for Massachusetts, Inc. at 11–12, *Ibanez,* 941 N.E.2d 40 (No. SJC-10694) [hereinafter REBA Amicus Brief]. The other six briefs filed by the parties and their amici did not cite *Barnes* or *Young. See* Appellants' Opening Brief, *Ibanez,* 941 N.E.2d 40 (No. SJC-10694); Brief of Appellant Wells Fargo Bank, as Trustee, in Reply to the Brief of Appellees Mark A. LaRace and Tammy L. LaRace, *Ibanez,* 941 N.E.2d 40 (No. SJC-10694); Brief of Appellant U.S. Bank, as Trustee, in Reply to the

claim was a departure from the rule that the mortgage "follows the note," meaning that the transfer of a note confers on the transferee the rights of a mortgage holder. According to these critics, this rule is codified in the Uniform Commercial Code and supersedes conflicting common law doctrines.[54] However, one of the main reasons that the debate over whether the mortgage "follows the note" is so contentious and so confusing is that there are, in fact, two distinct ways in which a mortgage could be said to "follow the note," and only one of these appears to have been addressed by *Ibanez*.

The first way in which the mortgage may follow the note is as the security interest for the mortgage loan. If the mortgage follows the note in this manner, the note would remain secured even after a transfer to an individual who does not hold the mortgage. *Ibanez* is not necessarily inconsistent with the notion that the mortgage follows the note in this fashion, for two reasons. First, *Ibanez* confirmed that the mortgage holder serves as a trustee for the note holder, and this relationship prevents the note from becoming unsecured by virtue of the note holder's inability to enforce it on his or her own.[55] Second, the *Ibanez* court left untouched section 9-203(g) of the Uniform Commercial Code (which has been adopted by Massachusetts), which provides that the transfer of a secured note also transfers the security interest.[56]

The second sense in which the mortgage may "follow the note" is as an interest in real property. If the mortgage follows the note in this manner, the holder of the note could claim legal title to the property securing the mortgage debt. A careful analysis of the language used by the *Ibanez* court strongly suggests that the court used the term "mortgage" only in this sense, and therefore held only that the mortgage does not follow the note as a real property interest. For example, the court referred to "the mortgage" being held "in trust for the purchaser of the note,"[57] and it makes no sense to speak of "holding" a "security inter-

---

Brief of Appellee Antonio Ibanez, *Ibanez*, 941 N.E.2d 40 (No. SJC-10694); Brief and Supplemental Record Appendix of the Defendants-Appellees Mark A. LaRace and Tammy L. LaRace, *Ibanez*, 941 N.E.2d 40 (No. SJC-10694); Brief of Amicus Curiae the Attorney General on Behalf of the Commonwealth of Massachusetts, *Ibanez*, 941 N.E.2d 40 (No. SJC-10694); Brief of Amicus Curiae Marie McDonnell, CFE, *Ibanez*, 941 N.E.2d 40 (No. SJC-10694).

[54] *See, e.g.,* DUNAWAY, *supra* note 7; Corder, *supra* note 7, at 19, 23. Furthermore, the Real Estate Bar Association for Massachusetts argued in its amicus brief that "[i]t has been long held as an axiomatic principle of Massachusetts law that the mortgage follows the note," REBA Amicus Brief, *supra* note 53, at 11, and that this understanding reflected "an analysis of applicable legal precedent as well as long-standing practice among the conveyancing bar," *id.* at 14.

[55] *See* RESTATEMENT (THIRD) OF PROP.: MORTGAGES § 5.4 cmt. e (1997).

[56] *See* MASS. GEN. LAWS ch. 106, § 9-203(g) (2010); U.C.C. § 9-203 cmt. 9 (2000). Alternatively, it is possible that when the Massachusetts General Court adopted the current version of section 9-203 in 2001, it did not intend to modify the rules for the transfer of real property. That is, it is possible that section 9-203(g) does not apply to mortgage assignments at all.

[57] *See Ibanez*, 941 N.E.2d at 54.

est" in this manner. Furthermore, the relevant passages of the cases cited by the court in support of this holding clearly refer to the term "mortgage" as an interest in real property.[58]

*Ibanez* therefore can be interpreted as establishing that in Massachusetts the mortgage "follows the note" as a *security* interest (that is, as the security for the mortgage loan), but not as a *real property* interest (that is, as legal title to the property securing the loan).[59] This interpretation of *Ibanez* resolves what at first appears to be a contradiction between state real property law and section 9-203(g) of the Uniform Commercial Code. Furthermore, as the debate over whether the mortgage "follows the note" is not confined to Massachusetts, the *Ibanez* court's resolution of this issue may serve as a model for other state courts, particularly for those in states that follow the title theory of mortgage law.[60]

The *Ibanez* court's resolution of this debate has several important implications for the ongoing foreclosure crisis. First, and perhaps most obviously, *Ibanez* clarifies that any entity wishing to foreclose on a property must be able to demonstrate, in writing, a clear and valid chain of title for the mortgage in question. This holding raises a new (or more accurately, previously ignored) procedural hurdle for foreclosure, and it provides mortgage loan borrowers with another potential defense to foreclosure. One might ask why the court would require such a seemingly duplicative procedure. A possible answer is that, in recognition of the gravity of removing individuals or families from their homes, the *Ibanez* court felt that any interest in maintaining efficiency in the foreclosure process was outweighed by an interest in preventing fraud.[61]

---

[58] *See Barnes*, 21 N.E. at 309 (stating that "the mortgagee would hold the legal title in trust for the purchaser of the debt"); *Young*, 72 Mass. (6 Gray) at 153 (stating that the holder of a mortgage note has "an equitable interest in real estate, the legal title to which is in another; such interest being manifested by an actual or resulting trust").

[59] *See also* PERMANENT EDITORIAL BOARD FOR THE UNIFORM COMMERCIAL CODE, DRAFT REPORT: UCC RULES APPLICABLE TO THE ASSIGNMENT OF MORTGAGE NOTES AND TO THE OWNERSHIP AND ENFORCEMENT OF THOSE NOTES AND THE MORTGAGES SECURING THEM 8-9 n.37 (2011) (presenting the assignment of "an interest in the mortgage securing the note" as governed by contract law, but presenting the assignment of "the mortgage" as "the province of real property law").

[60] Many states' statutory schemes explicitly grant the power to foreclose only to the holder of a mortgage or to a party with an analogous function, such as the trustee of a deed of trust. *See, e.g.*, CAL. CIV. CODE § 2932.5 (West 2011); NEV. REV. STAT. ANN. § 107.080 (West 2011). Additionally, a recent Nevada Supreme Court case reached essentially the same result as *Ibanez* on whether the mortgage "follows the note." *See* Levya v. Nat'l Default Servicing Corp., 255 P.3d 1275, 1280 (Nev. 2011).

[61] The court seemed to adopt this perspective when it stated that "[w]here . . . mortgage loans are pooled together in a trust and converted into mortgage-backed securities, the underlying promissory notes serve as financial instruments generating a potential income stream for inves-

Second, *Ibanez* suggests that many recent foreclosures may have been invalid, which could cause individuals who purchased wrongfully foreclosed-on properties to lose any legitimate claims to the titles to those properties.[62] Such fears may be compounded by the fact that many foreclosures are conducted by entities known as "special servicers,"[63] which may not have been formally assigned the mortgage, or by Mortgage Electronic Registration Systems, Inc. (MERS),[64] whose assignment documentation has recently been called into question.[65] This consequence, in turn, may negatively impact title insurers, as it suggests they may face an increase in claims, as well as companies with an existing inventory of properties obtained at foreclosure sales, as they may find it more difficult to sell these properties and to obtain title insurance.[66]

But perhaps the most important lesson of *Ibanez* is that even in an age of rapid innovation in mortgage lending and securitization, mortgage lenders and other participants in the mortgage loan market must still comply with state property law, even if that law has been infrequently examined for over a century and no longer corresponds with widespread mortgage lending industry practices. While it remains to be seen how courts in Massachusetts and other states will resolve the myriad mortgage law issues currently before them, *Ibanez* will almost certainly aid that process by clarifying a complex point of law that, though it might seem quite abstract or technical to a casual observer, is of the utmost importance to mortgage lenders, investors, and families struggling to stay in their homes.

---

tors, but the mortgages securing these notes are still legal title to someone's home or farm and must be treated as such." *Ibanez*, 941 N.E.2d at 51–52.

[62] *See id.* at 55 (Cordy, J., concurring) (raising this issue). The Massachusetts Supreme Judicial Court recently addressed this issue in *Bevilacqua v. Rodriguez*, 955 N.E.2d 884 (Mass. 2011), in which the court held that a purchaser of a wrongfully foreclosed-on property did not have standing to try title to that property. *Id.* at 892–93, 898.

[63] *See* Adam J. Levitin & Tara Twomey, *Mortgage Servicing*, 28 YALE J. REG. 1, 24 (2011) (discussing the role of special servicers).

[64] *See In re* Huggins, 357 B.R. 180, 183 (Bankr. D. Mass. 2006) ("MERS administers an electronic registry to track the transfer of ownership interests and servicing rights in mortgage loans, serving as mortgagee of record and holding legal title to mortgages in a nominee capacity.").

[65] *See* Jennifer B. McKim, *Coakley Steps Up Probe into Foreclosure Fraud*, BOSTON.COM (July 26, 2011), http://articles.boston.com/2011-07-26/business/29817105_1_coakley-foreclosure-fraud-mers (noting that the Massachusetts Attorney General launched an investigation to adequately document mortgage assignments). *See generally* Christopher L. Peterson, *Foreclosure, Subprime Mortgage Lending, and the Mortgage Electronic Registration System*, 78 U. CIN. L. REV. 1359, 1374–97 (2010) (discussing the legal issues raised by MERS).

[66] *See* Levitin, *supra* note 52.